E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
 3403 Tenth Street, Suite 200
 Riverside, California 92501
 Telephone: (951) 276-6924
 Facsimile: (951) 276-6202
 Email: Sonah.Lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 20-00192-JGB |
|---|---|
| Plaintiff, | UNITED STATES' OBJECTIONS TO THE PRESENTENCE REPORT AND SENTENCING POSITION REGARDING DEFENDANT JOSUE GAMALIEL VIDAL QUINTANILLA; DECLARATION OF SONAH LEE; EXHIBITS A-F |
| v. | |
| JOSUE GAMALIEL VIDAL QUINTANILLA, | |
| Defendant. | Sentencing Date: February 27, 2023 Sentencing Time: 2:00 P.M. Location: Ctrm. of the Hon. Jesus G. Bernal |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, hereby files its Objections to the Presentence Report and Sentencing Position Regarding Defendant Josue Gamaliel Vidal Quintanilla.

The United States' Objections and Sentencing Position is based on the attached memorandum of points and authorities and the accompanying declaration of Sonah Lee with attached Exhibits A-F, the

United States Probation and Pretrial Services Office's Presentence
Report ("PSR") and Recommendation Letter, the record of the
proceedings in this case, and any further evidence and argument that
the Court may permit.  The United States respectfully requests the
opportunity to supplement this Sentencing Position or to respond to
defendant or the Probation Office as may be come necessary.

Dated: February 13, 2023          Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                  SEAN D. PETERSON
                                  Assistant United States Attorney
                                  Chief, Riverside Branch Office


                                         /s/ Sonah Lee
                                  _____
                                  SONAH LEE
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

# TABLE OF CONTENTS

I.   INTRODUCTION.........................................................1

II.  STATEMENT OF FACTS...................................................2

III. GUIDELINES CALCULATIONS..............................................4

IV.  ASSESSMENT OF THE SECTION 3553(a) FACTORS AND THE UNITED
     STATES' SENTENCING POSITION..........................................7

     A.   Nature and Circumstances of the Offense Are Egregious.....7

     B.   A Slight Downward Variance is Appropriate Considering
          Defendant's Personal History and Characteristics..........9

     C.   Supervised Release.......................................10

V.   RESTITUTION.........................................................11

VI.  CONCLUSION..........................................................11

1

<u>**TABLE OF AUTHORITIES**</u>

2

**FEDERAL CASES**                                                              **PAGE**

3

<u>Beckles v. United States</u>,

4       137 S. Ct. 886 (2017) ........................................ 6

5

<u>United States v. Jordan</u>,

6       256 F.3d 922, 930 (9th Cir. 2001). ......................... 5

7

<u>New York v. Ferber</u>,

8       458 U.S. 747 (1982) ......................................... 8

9

<u>Paroline v. United States</u>,

       572 U.S. 434 (2014) ......................................... 8

10

<u>United States v. Williams</u>,

11      553 U.S. 285 (2008) ......................................... 8

12

<u>United States v. Brika</u>,

13      487 F.3d 450 (6th Cir. 2007) ................................ 6

14

<u>United States v. Buchan</u>,

       2021 WL 4988020 (9th Cir. 2021) ............................. 6

15

<u>United States v. Fisher</u>,

16      502 F.3d 293 (3d Cir. 2007) ................................. 6

17

<u>United States v. Gonzalez</u>,

18      492 F.3d 1031 (9th Cir. 2007) ............................... 6

19

<u>United States v. Jones</u>,

20      531 F.3d 163 (2d Cir. 2008) ................................. 6

21

<u>United States v. Leahy</u>,

       473 F.3d 401 (1st Cir. 2007) ................................ 6

22

<u>United States v. Lonich</u>,

23      23 F.4th 881 (9th Cir. 2022) ................................ 6

24

<u>United States v. MacEwan</u>,

25      445 F.3d 237 (3d Cir. 2006) ................................. 8

26

<u>United States v. Norris</u>,

27      159 F.3d 926 (5th Cir. 1998) ................................ 9

28

ii

<u>United States v. Reuter,</u>
    463 F.3d 792 (7th Cir. 2006) ................................... 6


**FEDERAL STATUTES**

18 U.S.C. § 2251 ........................................... 6, 8

18 U.S.C. § 2252A ......................................... 7, 11

18 U.S.C. § 2259 ............................................ 11

18 U.S.C. § 3553 ............................................ 11

18 U.S.C. § 3583 ............................................ 10

18 U.S.C. § 3664 ............................................. 2

18 U.S.C. § 3771 ............................................ 10


**OTHER**

USSG § 2G2.2 ................................................. 4

USSG §§ 3E1.1 ................................................ 4

USSG § 5D1.2 ................................................ 11

USSG § 5E1.1 ................................................ 11

iii

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.   INTRODUCTION

Defendant Josue Gamaliel Vidal Quintanilla ("defendant") was a middle school teacher whose actions betrayed the trust given to him by every parent and the community-at-large to educate, protect, and guide children--he downloaded, accessed, traded, received, and distributed child pornography over the internet.  This conduct is abhorrent in and of itself, but it is especially disturbing and unacceptable considering defendant's role in the community as a teacher.  Further, defendant crossed yet another boundary--he admitted that he live-streamed himself masturbating to minors online and he would ask minors to do the same for him.  Defendant pled guilty to distribution of child pornography under a written plea agreement (Dkt. 21[1]), and faces a mandatory minimum sentence of five years, although his sentence should be much higher.

On March 18, 2022, the United States Probation and Pretrial Services Office ("USPO") disclosed defendant's Recommendation Letter ("RL") and PSR.  (Dkts. 25, 26.)  According to the USPO, defendant's Total Offense Level is 33 and his Criminal History Category is I, which results in an advisory Guidelines range of 135-168 months. (PSR ¶¶ 23-40, 45, 80.)  The USPO is recommending a high-end sentence of 168 months' imprisonment followed by a lifetime period of supervised release.  (RL at 1-2, 7.)

The United States objects to the USPO's calculation of the Total Offense Level and submits that the correct Total Offense Level is 38,

---

[1] Consistent with the written plea agreement, the United States intends to dismiss the remaining counts of the Indictment at the time of sentencing, so long as defendant has complied with the terms of the plea agreement.

resulting in an advisory Guidelines range of 235-240 months. The United States respectfully requests that the Court impose a sentence of 188-months' imprisonment followed by 30 years of supervised release,[2] and a $100 mandatory special assessment. Further, under 18 U.S.C. § 3664(d)(5),[3] defendant must be ordered to pay restitution, which will be addressed in a separate filing.

## II.  STATEMENT OF FACTS

The facts are straightforward and disturbing: Homeland Security Investigation ("HSI") agents received several Cybertips that Kik and Snapchat accounts assigned to defendant were suspected of uploading child pornography onto Kik and Snapchat platforms. (PSR ¶¶ 10-12; Dkt. 1 in Case No. ED 20-MJ-512 ("Complaint") at ¶¶ 20-28.) HSI soon obtained and executed a search warrant at defendant's residence in Fontana, California. (PSR ¶ 13; Complaint ¶¶ 35-37.)

Defendant agreed to talk to HSI about his involvement with child pornography after receiving a <u>Miranda</u> warning. (PSR ¶ 13; Complaint ¶ 38.) Defendant admitted to viewing child pornography since early 2019 (shortly after he started teaching at a middle school in 2018). (PSR ¶¶ 13, 69; Complaint ¶ 39.) Defendant admitted to viewing child pornography on Kik, Snapchat, Mega, and Dropbox. (PSR ¶¶ 13; Complaint ¶¶ 39-40.) Defendant also admitted to trading Mega and Dropbox links to child pornography with other individuals online. (<u>Id.</u>)

---

[2] As part of the plea agreement, defendant has agreed that supervised release should be <u>no less than</u> 20 years. (Dkt. 21 ¶ 2(h).) He also agreed to various terms of supervised release in an Appendix to his plea agreement.

[3] The parties are currently in discussions concerning the restitution total that the Court should order.

1       HSI, with defendant's consent, reviewed defendant's Snapchat
2   accounts and located several conversations where defendant traded
3   child pornography with other Snapchat users.  (PSR ¶ 14; Complaint
4   ¶¶ 42-43.)  One of the conversations took place on August 22, 2020,
5   where defendant sent another user a video file depicting an adult
6   male vaginally penetrating a nude prepubescent female as well as a
7   video file depicting a nude prepubescent female masturbating.  (Id.)
8   HSI recovered about 1,500 still images and 724 video files from
9   defendant's various Kik, Snapchat, digital devices, and Mega account
10  links.  (PSR ¶ 14.)

11      During the interview with HSI, defendant admitted that he also
12  engaged in video conversations with multiple other Snapchat users who
13  professed to be minors online when he streamed himself masturbating
14  and solicited them to masturbate for him.  (PSR ¶¶ 17-18; Complaint
15  ¶¶ 44-46.)  Defendant admitted to masturbating for others and asking
16  that they do the same as recently as the night before the execution
17  of the search warrant.  (Complaint ¶ 45.)  The other Snapchat and
18  Instagram users represented themselves to be 10-13 years old, the
19  same age as his students at the middle school where he was a teacher
20  until his arrest in this case.  (PSR ¶ 18; Complaint ¶¶ 44-46.)
21  Defendant would ask these minors to "masturbate . . . [and] show
22  parts of themselves . . ." (Decl. of Sonah Lee, Exh. A at 53.)  When
23  asked whether defendant would ask the girls to penetrate themselves
24  with "combs or toothbrushes," defendant admitted that "they would do
25  that."  (Id.)

26

27

28

1  III.      **GUIDELINES CALCULATIONS**

2       The United States agrees with the USPO that defendant's properly

3  calculated Criminal History Category is I.  (PSR ¶¶ 42-45.)

4       The USPO calculated defendant's Total Offense Level as follows:

| Base Offense Level | 22 | USSG § 2G2.2(a)(2) |
|---|---|---|
| Prepubescent Minor | +2 | USSG § 2G2.2(b)(2) |
| Valuable Consideration | +5 | USSG § 2G2.2(b)(3)(B) |
| Use of Computer | +2 | USSG § 2G2.2(b)(6) |
| 600+ Images | +5 | USSG § 2G2.2(b)(7)(D) |
| Acceptance of Responsibility | -3 | USSG §§ 3E1.1(a), (b) |
| Total Offense Level | 33 | |

(PSR ¶¶ 25-40.)  The United States concurs with these adjustments

recommended in the PSR.  With Criminal History Category I, USPO

calculated defendant's advisory Guidelines range to be 135-168

months.  (PSR ¶ 80.)

       The United States submits that an additional five-level

sentencing enhancement is applicable under USSG § 2G2.2(b)(5) in this

case.  This sentencing enhancement applies where a defendant engages

in a pattern of activity involving the sexual abuse or exploitation

of a minor.  See USSG § 2G2.2(b)(5).  The Application Note for this

enhancement says that "pattern of activity" means "any combination of

two or more separate instances of sexual exploitation of a minor,"

regardless of whether the abuse or exploitation occurred "during the

course of the offense," "involved the same minor," or "resulted in a

conviction."  "[S]exual abuse or exploitation" means, among other

things, any conduct described in 18 U.S.C. §§ 2251(a)-(c) (production

4

of child pornography), 2422 (coercion and enticement), or any attempt
or conspiracy to commit such an act.

First, from the plain language of the Application Note, this
sentencing enhancement applies broadly.  Generally, the United
States' burden of proof regarding sentencing enhancements is
preponderance of the evidence, unless the sentencing enhancement has
such a disproportionate effect on the sentence relative to the
offense of conviction, when the United States must prove the
enhancement by clear and convincing standard.[4]  United States v.
Jordan, 256 F.3d 922, 930 (9th Cir. 2001).

---

[4] Whether the United States has to prove the enhancement under
preponderance of evidence or has to prove it under a heightened clear
and convincing standard depends on these following factors:

(1)   whether the enhanced sentence falls within the maximum
      sentence for the crime alleged in the indictment (it still
      falls under the maximum sentence);

(2)   whether the enhanced sentence negates the presumption of
      innocence or the prosecution's burden of proof for the
      crime alleged in the indictment (it does not);

(3)   whether the facts offered in support of the enhancement
      crate new offenses requiring separate punishment (it does
      not);

(4)   whether the increase in sentence is based on the extent of
      a conspiracy (it does not);

(5)   whether the increase in the number of offense levels is
      less than or equal to four (the proposed enhancement is
      greater than four); and

(6)   whether the length of the enhanced sentence more than
      double the length of the sentence authorized by the initial
      sentencing guideline range in a case where the defendant
      would otherwise have received a relatively short sentence
      (it does not).

Jordan, 256 F.3d at 928.

The United States submits that given that the initial sentencing
guideline range is 135-168 months and the guideline range advocated
by the United States is 235-240 months, and all others factors other
than the number of enhancements (five levels vs. four levels) suggest
*(footnote cont'd on next page)*

5

Under either standard of proof, the evidence shows that a five-level sentencing enhancement for pattern of activity involving the sexual abuse or exploitation applies in this case.  Defendant admitted that he engaged in video conversations with minor users on Snapchat and Instagram, where he live-streamed himself masturbating and solicited the minors to engage in and stream themselves to show him "part of themselves" and to masturbate with him.  HSI located parts of the recent conversations on defendant's Snapchat account. Defendant admitted that they would penetrate themselves with foreign objects during these video conversations.  The sexually explicit conduct that defendant solicited and got multiple minors to engage in constitutes criminal conduct prohibited by 18 U.S.C. §§ 2251 and 2422.  The five-level enhancement is undoubtedly appropriate here.

---

that the United States' burden of proof in this matter is preponderance of evidence.

But the correct rule is that the clear-and-convincing standard is never appropriate under the advisory Guidelines regime.  That heightened standard originated under a system of mandatory Sentencing Guidelines.  See Jordan, 256 F.3d 922, 927 (9th Cir. 2001) (discussing development of standard).  Although the Ninth Circuit has continued to apply the standard under the now-advisory Guidelines, see, e.g., United States v. Gonzalez, 492 F.3d 1031, 1039 n.5 (9th Cir. 2007), other circuits have not, see, e.g., United States v. Jones, 531 F.3d 163, 176 (2d Cir. 2008); United States v. Fisher, 502 F.3d 293, 305-06 (3d Cir. 2007); United States v. Brika, 487 F.3d 450, 460-62 (6th Cir. 2007); United States v. Leahy, 473 F.3d 401, 413 (1st Cir. 2007); United States v. Reuter, 463 F.3d 792, 792-93 (7th Cir. 2006).  Continued application of the standard—even as an exception to the ordinary rule—is clearly irreconcilable with modern Due Process doctrine.  See Beckles v. United States, 137 S. Ct. 886 (2017); United States v. Buchan, 2021 WL 4988020, *2-*6 (9th Cir. 2021) (unpublished) (R. Nelson, concurring); cf. United States v. Lonich, 23 F.4th 881, 910 n.6 (9th Cir. 2022) (panel believes it is bound by prior Ninth Circuit precedent to apply higher standard.

With the five-level enhancement, the United States submits that the correct Total Offense Level is 38, resulting in an advisory Guidelines range of 235-240 months.[5]

///

## IV.   ASSESSMENT OF THE SECTION 3553(a) FACTORS AND THE UNITED STATES' SENTENCING POSITION

Here, a sentence of 188 months' imprisonment is sufficient, but not greater than necessary, to comply with the purposes of sentencing.  The nature and circumstances of the offense, the history and characteristics of the defendant, the need to afford adequate deterrence, and the need to avoid unwarranted disparities, all support a sentence of 188 months, and no less, in this case.

### A.   Nature and Circumstances of the Offense Are Egregious

Defendant's conduct in this case was, without a doubt, egregious.  Defendant accessed, downloaded, possessed, and distributed child pornography.  Possession and distribution of child pornography is not a victimless crime, as Victim Impact Statements attached as Exhibits B-F to this Sentencing Position clearly demonstrate.  Such criminal conduct "is intrinsically related to the sexual abuse of children" both because "the distribution network for child pornography must be closed if the production of material which requires the sexual exploitation of children is to be effectively controlled," and because it constitutes a "permanent record of the children's participation and the harm to the child is exacerbated by

---

[5] The advisory Guidelines range for Level 38 with CHC I is 235-293 months, but the statutory maximum penalty for distribution of child pornography is 240 months.  See 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1).  Accordingly, that is the high end of the range.

7

their circulation." New York v. Ferber, 458 U.S. 747, 759 (1982).
Crimes like the defendant's guarantee that the underlying abuse is
"in effect repeated" since the victim knows "her humiliation and hurt
were and would be renewed into the future as an ever-increasing
number of wrongdoers witnessed the crimes committed against her."
Paroline v. United States, 572 U.S. 434, 441 (2014).

As the Supreme Court has explained, "[c]hild pornography harms
and debases the most defenseless of our citizens.  Both the State and
Federal Government have sought to suppress it for many years, only to
find it proliferating through the new medium of the Internet."
United States v. Williams, 553 U.S. 285, 307 (2008).  Congress, too,
has explained the difficulties in successfully combating the
"immense" problem of child pornography and the "rapidly-growing
market" for such materials, which is fueled by new technologies that
were largely unavailable when the Sentencing Guidelines were first
promulgated.  See S. Rep. No. 108-2 (2003).  Indeed, despite the
"pernicious evil" of the crime, S. Rep. No. 104358, Congress has
repeatedly expressed its dismay about the "excessive leniency" of
federal sentences, H. Rep. No. 108-66, especially in light of the
"continuing harm" caused to the children appearing in such materials,
as well as the inflammatory effect it has on the "desires of child
molesters, pedophiles, and child pornographers," which results in a
robust and growing market for child pornography and therefore
increased abuse of innocent children, see Child Pornography
Prevention Act of 1996, Pub. L. No. 104-208, § 121, 110 Stat. 3009,
3009-26, 27 (1996), codified as amended at 18 U.S.C. § 2251; United
States v. MacEwan, 445 F.3d 237, 250 (3d Cir. 2006); United States v.

1  Norris, 159 F.3d 926, 929 (5th Cir. 1998) ("[T]he 'victimization' of
2  the children involved does not end when the pornographer's camera is
3  put away.").

4      Not only was defendant's conduct in accessing child pornography
5  disturbing, but he did not stop at merely downloading, watching,
6  trading, and distributing child pornography online.  He compounded
7  his crime by crossing yet another line--he reached out to minors
8  online (who appear to be the same age as his students) and asked them
9  to watch him livestream his masturbation and further asked them to
10 livestream themselves masturbating, including with foreign objects
11 like combs.  Defendant's crimes, especially given that he had direct
12 access to children through his job as a middle school teacher, are
13 simply terrifying.

14      **B.   A Slight Downward Variance is Appropriate Considering**
         **Defendant's Personal History and Characteristics**
15

16      In mitigation, the United States notes that defendant was
17 cooperative when confronted by law enforcement at the time of the
18 search warrant execution at his residence in Fontana.  He readily
19 admitted to his illegal conduct and expressed seemingly genuine
20 remorse for his conduct.  Indeed, defendant even confessed that he
21 tried to wean himself off of viewing child pornography several times
22 unsuccessfully.

23      The United States' recommendation of 188 months' custody is a
24 variance from the correctly-calculated Guidelines range of 235-240
25 months, and represents a downward variance of two levels.  This is a
26 fair and just recommendation considering defendant's immediate
27 cooperation with law enforcement, ostensibly genuine remorse, and

28
                                  9

1  asserted traumatic personal history referenced in the Presentence

2  Report (see ¶¶ 54-55).  While a sentence less than the correctly-

3  calculated Guidelines range is appropriate, that sentence should be

4  no less than 188 months when balancing the nature of the conduct and

5  defendant's background, among other things.

6      **C.  Supervised Release**

7      The Court should impose supervised release for 30 years for

8  several reasons.[6]  First, the Crime Victims' Rights Act guarantees

9  the "right to full and timely restitution."  18 U.S.C. § 3771(a)(6).

10  Because financial obligations will be imposed in this case, terms of

11  supervision concerning repayment should exist for a sufficient amount

12  of time to reasonably ensure full and timely repayment.  Second,

13  recidivism is a concern.  Congress explained when amending 18 U.S.C.

14  § 3583 that "[s]tudies have shown that sex offenders are four times

15  more likely than other violent criminals to recommit their crimes.

16  Moreover, the recidivism rates do not appreciably decline as

17  offenders age . . . .  While any criminal's subsequent re-offending

18  is of public concern, preventing sexual offenders from re-offending

19  is particularly important, given the irrefutable and irreparable harm

20  that these offenses cause victims and the fear they generate in the

21  community."  H.R. Rep. 107-527.  There is a significant risk that

22  defendant will reoffend when compared to a non-sex offender.

23      To be sure, Congress specifically intended for the term of

24  supervised release for sexual offenses to be longer than other

25  felonies.  See 18 U.S.C. § 3583(k) (maximum term of supervised

26  release for various sex offenses, including violations of 18 U.S.C.

27  _____

28      [6] As noted, defendant has agreed that supervised release should
be no less than 20 years.  (Dkt. 21 ¶ 2(h).)

§ 2252A, is life, with a mandatory minimum term of five years).
Congress's intent is similarly reflected in the policy statements by
the United States Sentencing Commission.  See Id. § 3553(a)(5)
(requiring consideration of "any pertinent policy
statement . . . issued by the Sentencing Commission").  The
Guidelines recommend imposition of the maximum term of life
supervision for any defendant who has committed a sex offense:[7] "If
the instant offense of conviction is a sex offense, the statutory
maximum term of supervised release is recommended."  USSG
§ 5D1.2(b)(2).  The Court should impose 30 years of supervised
release.

**V.   RESTITUTION**

As noted by the USPO, 18 U.S.C. § 2259 prescribes mandatory
victim restitution for defendant's crime of conviction (as does USSG
§ 5E1.1).  The United States will confer with the defense concerning
whether the parties can reach a stipulation as to restitution.  The
United States will file briefing on this issue in the event the
parties are not able to come to a stipulated total.

**VI.  CONCLUSION**

For the foregoing reasons, the United States respectfully
submits that defendant should be sentenced to 188 months in custody,
followed by 30 years of supervised release, with a $100 mandatory
assessment, and restitution (as will be addressed in a later filing).

---

[7] Application Note 1 to USSG § 5D1.2 defines a "sex offense" to mean
an offense perpetrated against a minor under chapter 109A or 110 of
Title 18 of the United States Code.  A violation of 18 U.S.C. § 2252A
is included as part of chapter 110.  Thus, defendant's conviction for
distribution of child pornography, in violation of 18 U.S.C.
§ 2252A(a)(2)(A), is a sex offense.

This sentence is appropriate and warranted based on the nature and circumstances of the offense, the history and characteristics of the defendant, the need to afford adequate deterrence, and the need to avoid unwarranted disparities.

1
## **DECLARATION OF SONAH LEE**

2      I, Sonah Lee, declare as follows:

3      1.   I am an Assistant United States Attorney in the United

4   States Attorney's Office for the Central District of California.   I

5   am the attorney representing the United States in the prosecution of

6   <u>United States v. Vidal Quintanilla</u>, ED CR 20-00192-JGB.

7      2.   Attached as Exhibit A to this declaration is a draft

8   transcript of defendant's post-<u>Miranda</u> interview in connection with

9   this investigation.

10     3.   Attached as Exhibit B to this declaration is a victim

11  impact statement submitted by "April" from the "Aprilblonde" series.

12     4.   Attached as Exhibit C to this declaration is a victim

13  impact statement submitted by "Ballet Girl2".

14     5.   Attached as Exhibit D to this declaration is a victim

15  impact statement submitted by "Mt. Lime."

16     6.   Attached as Exhibit E to this declaration is a victim

17  impact statement submitted by "Pia" from the "Sweet White Sugar"

18  series.

19     7.   Attached as Exhibit F to this declaration is a victim

20  impact statements submitted by "Vicky" and family members from the

21  "Vicky" series.

22     I declare under penalty of perjury under the laws of the United

23  States of America that the foregoing is true and correct and that

24  this declaration is executed at Riverside, California, on February

25  13, 2022.

26

27  _____
                               SONAH LEE

28

# EXHIBIT A

**INTERVIEW WITH JOSUE VIDAL**

**SA RUIZ= Special Agent Jonathan Ruiz**
**DET. RODRIGUEZ= Detective Joshua Rodriguez**
**SA SHELTON= Special Agent Ben Shelton**
**SA ROELFS= Special Agent Dayna Roelfs**
**SA KWAN= Special Agent Gorden Kwan**
**SA CAVENY= Special Agent Denis Caveny**
**GS BURDETT= Group Supervisor Jeffrey Burdett**
**VIDAL=Josue Vidal**

**START OF RECORDING VN810011**

SA RUIZ:         The date is September 23, 2020. Attempt interview of Josue Vidal. The time is
                 6:30 a.m. Address ▮▮▮ Upas Court, Fontana, California. Jonathan Ruiz and
                 Detective Rodriguez. Ready?

DET. RODRIGUEZ: Yup.

SA RUIZ:         In an effort to kind of speed things along. Um, I'm going to start - I'll start
                 asking some questions and showing everybody a copy of the warrant. I have
                 another copy that I'm going to leave with Agent Swearingen. I know you want
                 to see it so I told him, you know, go ahead and start. All the residents can -
                 can see it. But so we can get out of here sooner than later, will just go ahead
                 and start. Josue, if you don't mind, we'll just talk outside briefly and then
                 we'll have, I guess, a family meeting if you want. We'll be - we'll be open
                 about everything.

VIDAL:           Okay.

SA RUIZ:         Are you cold? Do you want a jacket or something?

VIDAL:           No, it's fine.

SA RUIZ:         Okay, cool.

VIDAL:           I just want to get sandals.

SA RUIZ:         I gotcha. Yeah, let's get some shoes.

| | | |
|---|---|---|
| 46 | | |
| 47 | DET. RODRIGUEZ: | Here you are- |
| 48 | | |
| 49 | SA RUIZ: | This shouldn't be- |
| 50 | | |
| 51 | DET. RODRIGUEZ: | Here's some sandals. |
| 52 | | |
| 53 | VIDAL: | These are my moms sandals but that's fine. |
| 54 | | |
| 55 | SA RUIZ: | No, that's fine. They look better on you anyway. You can just have a seat |
| 56 | | right there. |
| 57 | | |
| 58 | VIDAL: | Okay. |
| 59 | | |
| 60 | SA RUIZ: | I wanted to - I wanted to kind of get away from everybody, okay, so we can |
| 61 | | maybe talk privately. Um, I, uh, just have a couple of questions. I'll be asking |
| 62 | | everybody in the house. Just kind of some basic bio questions. You're not |
| 63 | | under arrest. Did anybody tell you that you - you were under arrest? |
| 64 | | |
| 65 | VIDAL: | No. |
| 66 | | |
| 67 | SA RUIZ: | Okay. I just want to make sure you understand that. Um, you work today? |
| 68 | | |
| 69 | VIDAL: | Uh-uh. |
| 70 | | |
| 71 | SA RUIZ: | Okay. I want to make sure we don't impede that, okay? So that's why I |
| 72 | | wanted to talk with you first you can get on with your day. I'm hoping with |
| 73 | | your cooperation we can get out of your hair and be less of an inconvenience |
| 74 | | as we already are but, um, that depends on a few things too, okay? Your full |
| 75 | | name? |
| 76 | | |
| 77 | VIDAL: | I'm Josue Gamaliel Vidal Quintanilla. |
| 78 | | |
| 79 | SA RUIZ: | Um, you said Quintanilla? |
| 80 | | |
| 81 | VIDAL: | Yes. |
| 82 | | |
| 83 | SA RUIZ: | Vidal? Okay and you just go by Mr. Vidal? |
| 84 | | |
| 85 | VIDAL: | Mm-hmm. |
| 86 | | |
| 87 | SA RUIZ: | Okay. And your birthday? |
| 88 | | |
| 89 | VIDAL: | Um, ███████ 1991. |
| 90 | | |

| | | |
|---|---|---|
| 91 | SA RUIZ: | '91? |
| 92 | | |
| 93 | VIDAL: | Yes. |
| 94 | | |
| 95 | SA RUIZ: | Okay. And then do you have a Social? |
| 96 | | |
| 97 | VIDAL: | Yes. |
| 98 | | |
| 99 | SA RUIZ: | Okay, what is it? |
| 100 | | |
| 101 | VIDAL: | ██-█-2689. |
| 102 | | |
| 103 | SA RUIZ: | Okay. Um. And, what - any - any of the - we have a search warrant. Let me |
| 104 | | explain this first. We have a search warrant and I'm going to show it to you |
| 105 | | for the - the premises and your person. Um, it's not an arrest warrant. I don't |
| 106 | | anticipate taking you into custody today. Anything that we seize today we are |
| 107 | | going to have forensics look at. If we don't have to keep it, we want to return |
| 108 | | it. Is there a way I can get in touch with you if I need to return property, like, |
| 109 | | computers or - or any property that gets taken, we'll write it on inventory but I |
| 110 | | want to make sure that - that stuff gets back to you should we not need to keep |
| 111 | | it. What's a good number for you? |
| 112 | | |
| 113 | VIDAL: | Um, ███- |
| 114 | | |
| 115 | SA RUIZ: | Okay. |
| 116 | | |
| 117 | VIDAL: | ██-2-0-5-5. |
| 118 | | |
| 119 | SA RUIZ: | And an email? |
| 120 | | |
| 121 | VIDAL: | Um, Josue J-O-S-U-E underscore Vidal V-I-D-A-L underscore |
| 122 | | ██@yahoo.com. |
| 123 | | |
| 124 | SA RUIZ: | At Yahoo, okay. |
| 125 | | |
| 126 | VIDAL: | That's my old personal email. |
| 127 | | |
| 128 | SA RUIZ: | Yeah? How long have you had that one? |
| 129 | | |
| 130 | VIDAL: | Four years, from when I was in middle or high school. |
| 131 | | |
| 132 | SA RUIZ: | Oh, okay so you've had that for a while. |
| 133 | | |
| 134 | VIDAL: | Yeah. |
| 135 | | |

| | | |
|---|---|---|
| 136 | SA RUIZ: | We - I ran into somebody yesterday who was still using an old AOL account |
| 137 | | which I was very surprised to hear. So we have a copy or here's - I'm going to |
| 138 | | leave you with copies of the search warrants. Um, and were also going to be |
| 139 | | leaving you with copies of anything that is seized, okay? Um, you know, |
| 140 | | before I get that, let me show you my ID first of all. My name is Jonathan |
| 141 | | Ruiz. I'm a Special Agent with Department of Homeland Security, |
| 142 | | Immigration and Customs Enforcement. We're not here for an immigration |
| 143 | | issue, okay? In fact I - I can't say that I care less about that because that's not |
| 144 | | what I'm supposed to say but we are not here for that, okay? You can just call |
| 145 | | me Jonathan, all right? This is Detective Rodriguez with Fontana PD. |
| 146 | | |
| 147 | DET. RODRIGUEZ: | Just call me Joe. |
| 148 | | |
| 149 | SA RUIZ: | Alright, I'm hoping we can have an honest discussion about the online activity |
| 150 | | that's been - that's been going on, okay? It's concerning given what you do |
| 151 | | for a living, but at the same time I understand that there are things that |
| 152 | | Detective Rodriguez and I see. We do a lot of these kinds of search warrants |
| 153 | | and we sometimes we see worst-case scenarios. You have a pleasant family. I |
| 154 | | don't - I don't know that this is one of those situations. What people do in the |
| 155 | | confines of their own room, look at online, is one thing. And then as Detective |
| 156 | | Rodriguez can probably swear to as well, we see worst-case scenarios where |
| 157 | | you have, like, kids in cages when we - when we execute search warrants, |
| 158 | | okay? I'm hoping we can have an honest discussion about where you are at in |
| 159 | | that spectrum of what you do in the confines of your own room. To what we |
| 160 | | see worst-case scenario, because the Internet activity at this house, your |
| 161 | | phone, has been monitored for a while. The type of content that is being |
| 162 | | shared by people who are not involved in that - that lifestyle would just |
| 163 | | automatically think someone like yourself is a monster. We deal with people |
| 164 | | all the time. We're not here to judge. We're not here to make you feel bad |
| 165 | | about it. I'm here to be honest with you, to try to find the people who are |
| 166 | | producing this material. I'm hoping you can help me with that. Department of |
| 167 | | Homeland Security has interest in a few individuals you've spoke to on |
| 168 | | different platforms that we want to identify. There have been images that you |
| 169 | | have received, images you have sent to these people. There is information in |
| 170 | | those images that help us identify where those guys are located and where |
| 171 | | these images are being produced. |
| 172 | | |
| 173 | VIDAL: | Mm-hm. |
| 174 | | |
| 175 | SA RUIZ: | And ultimately that's - that's my main goal is making sure one, there aren't |
| 176 | | any kids in danger, that there aren't any kids being victimized and having |
| 177 | | images recorded of them and sent out. It doesn't look like we have that here. |
| 178 | | But there's a lot of things that on the surface can look normal and don't. But I |
| 179 | | would like to have a conversation about that with you, okay? |
| 180 | | |

| | | |
|---|---|---|
| 181 | VIDAL: | Mm-hm. |
| 182 | | |
| 183 | SA RUIZ: | It's completely voluntary. I'm hoping that we can leave here today and move |
| 184 | | this investigation forward and identify these people. But that - that also |
| 185 | | depends on your willingness to - if you want to answer some questions. I'm |
| 186 | | going to give you these warrants here. I'm going to explain them to you. I'm |
| 187 | | not gonna hide anything from you. I'm not here to trick you. You seem like - |
| 188 | | you seem like you're a nice guy. I'm going to give you the benefit of the |
| 189 | | doubt. We - I know his team does, like, 100 of these a year. We do the same. |
| 190 | | We see all sorts of people. I'm not going to base your activity online as a |
| 191 | | means to judge you, just like these other guys who are doing some horrendous |
| 192 | | things, okay? So if you're honest with me I'm going to be completely honest |
| 193 | | with you. The search warrant for your person. It's a Federal warrant signed by |
| 194 | | the judge. That's all this front page is, okay? It's just - it's just the person, the |
| 195 | | judge's signature, date and time. If there's anything we seize from your person |
| 196 | | we - we identify it here. The first attachment is we have to be clear about what |
| 197 | | we're going to search, brief description and then the second attachment are |
| 198 | | going to be the things that we're looking for. I'm not here to, you know, take |
| 199 | | cars or things like that. It's not within our rights to just take everything that we |
| 200 | | can. We are focused on narrowly - narrowing down our items, okay? So we |
| 201 | | are looking at all the computer devices and I hope we don't have to take them |
| 202 | | all. I'm sure there are devices that you don't engage on the - engage these |
| 203 | | platforms on. I have no interest in taking those things and I don't want to |
| 204 | | impede your ability to do your job either. Its going to depend on some |
| 205 | | cooperation if we can get those whether you'd now and say, hey, these are |
| 206 | | fine to stay or we gotta take him to the lab, okay? It's completely up to you. |
| 207 | | But we do have to search these things before we can allow them to go back |
| 208 | | into your custody. The other search warrant is for the residents. Basically, just |
| 209 | | the property here and the same thing as the other warrant, it's a description. |
| 210 | | Not a description, I'm sorry, but the location and actually that's your person. |
| 211 | | I'm sorry. I pulled out both of yours. This is the residence, the signature, |
| 212 | | things that we take, or things that we seize, the attachment of the property, |
| 213 | | basically outlining, you know, I can't going search your neighbor's property |
| 214 | | just because your adjacent to it. It's very specific as to what we can search. |
| 215 | | Bless you. |
| 216 | | |
| 217 | DET. RODRIGUEZ: | Thanks. |
| 218 | | |
| 219 | SA RUIZ: | Same, and of course items to be seized. So if anything within the scope of the |
| 220 | | warrant is identified here then will be documenting it here and will be leaving |
| 221 | | it with you. I would rather just talk to you directly versus having to go through |
| 222 | | your parents. This is something - you're an adult. I think that we can talk to |
| 223 | | you directly with. I'll leave you with my contact information so that we can |
| 224 | | have an open dialogue as this thing moves forward. The people inside are here |
| 225 | | to search for evidence. Then you have a prosecuting attorney who decides |

| | | |
|---|---|---|
| 226 | | whether or not to prosecute. It's up to them. I'm here to gather the information |
| 227 | | that they have and the information that we talk about today and represent that |
| 228 | | accurately to the people who make that decision, okay. That's it. I liked to |
| 229 | | think that like there's an accident, you know, you walk into the kitchen, you |
| 230 | | hear a loud bang and you see your mom in there and let's say there's eggs all |
| 231 | | over the floor and she's got a carton of eggs in her hand. And she says, "I |
| 232 | | didn't do it." Looks like she did, right? I'm not here to make anyone feel bad |
| 233 | | for dropping eggs. I'm here to help pick up the pieces, clean it up and move |
| 234 | | forward. Okay? This might be the first time you talk to anybody about the |
| 235 | | stuff. 99.9 percent of the time that is the case, okay? And so I'm not here to |
| 236 | | make you feel bad about it. There may have been some decisions that you're |
| 237 | | not proud of that were going to move forward, okay? And so I told you in the |
| 238 | | beginning we've been monitoring the Internet for a while. So there are things |
| 239 | | that I'm going to ask you questions to if you're comfortable with it and it's |
| 240 | | not because I'm really trying to figure out the answer I'm trying to determine |
| 241 | | if you're being honest with me. Because there is a concern given what you do |
| 242 | | for a living but if you're not being honest with me it makes me wonder if |
| 243 | | there's something else you're hiding. So to the extent, you know, you're |
| 244 | | comfortable I'd liked to ask you some questions and move forward and I'm |
| 245 | | really hoping that one, at the end of this, we can be upfront with you. There's |
| 246 | | another dog? |
| 247 | | |
| 248 | VIDAL: | Yeah, but she doesn't bark. |
| 249 | | |
| 250 | SA RUIZ: | She, barely moves. |
| 251 | | |
| 252 | VIDAL: | She's, like, half blind. |
| 253 | | |
| 254 | SA RUIZ: | What's going on? I would like to be able to take over accounts that you have |
| 255 | | used and have seen child pornography on. So that we can identify people who |
| 256 | | are producing it and and get those people. Okay? That's ultimately what my |
| 257 | | goal is. All right? But let me give you a copy of this. |
| 258 | | |
| 259 | VIDAL: | I'll be honest with you though. I completely regret it. Because I know that it |
| 260 | | was wrong and given what I do I just - I felt really guilty and, you know I'm |
| 261 | | not sure if you've been in a situation where you know you're doing wrong but |
| 262 | | you - you have a hard time stopping? That's - that's, honestly, that's how I |
| 263 | | felt. |
| 264 | | |
| 265 | SA RUIZ: | Okay. |
| 266 | | |
| 267 | VIDAL: | Every single day just I want to stop and |
| 268 | | |
| 269 | SA RUIZ: | Okay. |
| 270 | | |

| | | |
|---|---|---|
| 271 | VIDAL: | Like, I deleted everything that I had. Like, and sometimes I would - I would |
| 272 | | regret it so badly and I'm, like, I don't know why I'm doing this and I never |
| 273 | | wanted my parents to find out or anyone to find out.  I'm like "Oh my |
| 274 | | goodness." I don't want this to like affect me (unintelligible) because I love |
| 275 | | what I do. I love my job and I hate what I've done. Honestly, I just hate it. |
| 276 | | And I'll be honest with you, now this - this is a really good motivation to just |
| 277 | | completely stop. |
| 278 | | |
| 279 | SA RUIZ: | I hope so. |
| 280 | | |
| 281 | VIDAL: | Now I know this is probably really serious. |
| 282 | | |
| 283 | SA RUIZ: | Yeah - yeah. Well, and like I prefaced this conversation with, there - I - I have |
| 284 | | talked to people many times -- I've been doing this for 14 years -- that that say |
| 285 | | the exact same thing and then they won't be honest during an interview. It's |
| 286 | | completely voluntary, right? And so there are times where they'll lie to me |
| 287 | | during it and it makes me wonder what else they're hiding and then we find |
| 288 | | things on their phones that isn't just involving trading images of children nude |
| 289 | | or engaging in sex acts. It is worse than that and not to say that if that's |
| 290 | | happened it's okay to disclose to me. I'm just saying that just be honest with |
| 291 | | me so that we can move forward. We can, if we need to, we can get you help. |
| 292 | | We can help provide you with a means to make sure this stops because you, |
| 293 | | look, school is, I mean, some people enjoy school. I didn't necessarily enjoy |
| 294 | | school, but it takes a lot to get where you're at and I'm not here to jeopardize |
| 295 | | that. It's not my job to make you feel shitty or good or whatever about it. I'm |
| 296 | | here just to make sure that, one, this stops, and two the stuff that they seize |
| 297 | | doesn't just speak for itself. I am sure you've seen things online that are |
| 298 | | jarring. Not something you're necessarily into, maybe something you saved, |
| 299 | | but without really intending for - to enjoy it. But it might be on your |
| 300 | | computer. It might be on your phones. Those things tend to describe you |
| 301 | | moving forward once they're seized. I'm here to have a conversation about |
| 302 | | what the real Josue is about as far as these are the kind of images I looked at |
| 303 | | and these are the kind of images I reviewed. I may have seen these. I'm not |
| 304 | | into those. I'm into these. I'm here to kinda get that open dialog with you so |
| 305 | | that the people who say, hey, look, yeah, he, you know, good people make bad |
| 306 | | decisions and good people do bad things sometimes. But we all gotta move |
| 307 | | forward and how we move forward determines if that person's going to be |
| 308 | | good or bad from there on out, right? |
| 309 | | |
| 310 | VIDAL: | Mm-hm. |
| 311 | | |
| 312 | SA RUIZ: | Let me get - it's a little chilly out here. Let me get you something. Let me give |
| 313 | | you these and take your time reviewing them and then I'll answer any |
| 314 | | questions you have. You need a pen? A jacket - a jacket. Can you get him a |
| 315 | | jacket? |

| | | |
|---|---|---|
| 316 | | |
| 317 | SA SHELTON: | Where is it? |
| 318 | | |
| 319 | SA RUIZ: | In, oh, in his room. Just make sure somebody gets it. |
| 320 | | |
| 321 | SA SHELTON: | Okay, his jacket? |
| 322 | | |
| 323 | SA RUIZ: | Just somebody - make sure somebody gets it. |
| 324 | | |
| 325 | SA SHELTON: | Okay. |
| 326 | | |
| 327 | SA RUIZ: | He's getting you a jacket right now, so. |
| 328 | | |
| 329 | DET. RODRIGUEZ: | Do you have something (unintelligible) on you? |
| 330 | | |
| 331 | SA RUIZ: | I don't think so. Not at the moment. Is he - is he difficult to get back? |
| 332 | | |
| 333 | DET. RODRIGUEZ: | No, uh something else they are working on for court and just want to |
| 334 | | know if they can leave. |
| 335 | | |
| 336 | SA RUIZ: | Oh perfect. Thank you. |
| 337 | | |
| 338 | SA SHELTON: | There you go. |
| 339 | | |
| 340 | DET. RODRIGUEZ: | Here you go buddy. |
| 341 | | |
| 342 | | |
| 343 | SA RUIZ: | Better? |
| 344 | | |
| 345 | VIDAL: | Yeah. |
| 346 | | |
| 347 | SA RUIZ: | A little bit? |
| 348 | | |
| 349 | VIDAL: | I didn't think it was going to be that cold. |
| 350 | | |
| 351 | SA RUIZ: | It's a little - it'll get hot out here but, as you know, it's been hot the last few |
| 352 | | days so I think it's going to heat up. Let me ask you something real quick, |
| 353 | | were you born in the US? |
| 354 | | |
| 355 | VIDAL: | Mm-hmm. |
| 356 | | |
| 357 | SA RUIZ: | Okay. We by no means are just an immigration agency, although we often get |
| 358 | | confused for that being with Homeland Security. So what I need to do is I'm |
| 359 | | going to read you your rights not because I'm taking you into custody or |
| 360 | | because you're under arrest. This engagement is completely voluntary, okay? |

| | | |
|---|---|---|
| 361 | | But because we deal with people who aren't from this country and are |
| 362 | | unaware of what their rights are, my agency, we do this, okay? So before we |
| 363 | | ask you any questions it's my duty to advise you of your rights. You have the |
| 364 | | right to remain silent. Anything you say can be used against you in a court of |
| 365 | | law or other proceedings. You have the right to consult with an attorney |
| 366 | | before making any statement or answering any questions. You have the right |
| 367 | | to have an attorney present with you during questioning. If you can't afford an |
| 368 | | attorney one will be appointed for you before any questioning if you wish. |
| 369 | | And if you decide to answer questions now you still have the right to stop |
| 370 | | asking or answering questions at any time or stop the questioning for the |
| 371 | | purpose of consulting with an attorney. We just had a conversation in English. |
| 372 | | I assume you understand English. I should've asked you that first, because I |
| 373 | | also have a Spanish one. But do you understand English? Okay. Do you |
| 374 | | understand what I read to you? |
| 375 | | |
| 376 | VIDAL: | Mm-hmm. |
| 377 | | |
| 378 | SA RUIZ: | Yes? Okay. You're not - you're not in custody, okay? I don't anticipate taking |
| 379 | | you into custody today. That depends on a lot of things. Like I said, I would |
| 380 | | have to make calls first to decide -- or not to decide -- but to the people who |
| 381 | | decide whether or not to move forward on this and that's why I'm hoping we |
| 382 | | can have a conversation privately so that the things that we might discuss now |
| 383 | | I'm sure are very sensitive as you discussed earlier. You don't - you've never |
| 384 | | envisioned having a conversation with your parents about these things, right? |
| 385 | | So we might be the first people you've ever talk to in person about this subject |
| 386 | | matter. And I'm respectful of that. I don't want to make it anymore difficult |
| 387 | | for you as possible - as it already is, okay? |
| 388 | | |
| 389 | VIDAL: | Mm-hmm. |
| 390 | | |
| 391 | SA RUIZ: | So if we can move forward, there are some questions I have. At the end, if |
| 392 | | you're comfortable, I also have a form should use decide to allow us to do it |
| 393 | | that allows us to take over accounts that you not only have had that have been |
| 394 | | shut down but accounts you currently possess that we might be able to exploit |
| 395 | | to find people who are producing material and in some cases a lot of these - |
| 396 | | we know at least two of them aren't even in the United States but our offices |
| 397 | | in those countries can help us deal with these people. So, if you're |
| 398 | | comfortable, we can move forward and I really don't want to impede the rest |
| 399 | | of your day so we can just move forward if that's okay. Is that okay? Okay. |
| 400 | | One of the things that you said that kinda not necessarily stuck out that I but I |
| 401 | | want to be respectful of is that there have been times where you try to stop and |
| 402 | | you haven't or you deleted stuff and it sounds what he started viewing it |
| 403 | | again. Take me back to when it was that you first started seeing child |
| 404 | | pornography, whether it's online, printed, whatever, just the first time you |
| 405 | | were some minor engaged in a sex act. |

| | | |
|---|---|---|
| 406 | | |
| 407 | VIDAL: | Um, so basically... |
| 408 | | |
| 409 | SA RUIZ: | I'm sorry. I can't. I have a bad ear, so... |
| 410 | | |
| 411 | VIDAL: | I would say January or February. |
| 412 | | |
| 413 | SA RUIZ: | Okay. |
| 414 | | |
| 415 | VIDAL: | And I was not aware of it that they were under age until, um, like, |
| 416 | | (unintelligible) seeing but this was a long time ago so I don't remember how |
| 417 | | (unintelligible), um, person told me that the kid was 14 or 15 and I was not |
| 418 | | aware of that. |
| 419 | | |
| 420 | SA RUIZ: | Okay. |
| 421 | | |
| 422 | VIDAL: | And I would say I was scared at first because I was, like, oh, you know, that's |
| 423 | | a child and I was scared that after watching it and then, like, I would say later |
| 424 | | on it started interesting me and I knew that it was wrong but I didn't want to |
| 425 | | go back to it. So I would say that was back in January or February that I first |
| 426 | | saw. But that was last year. |
| 427 | | |
| 428 | SA RUIZ: | Okay. |
| 429 | | |
| 430 | VIDAL: | Last year. |
| 431 | | |
| 432 | SA RUIZ: | So about a year now? |
| 433 | | |
| 434 | VIDAL: | Yeah. |
| 435 | | |
| 436 | SA RUIZ: | Okay. |
| 437 | | |
| 438 | VIDAL: | A year, but I wasn't aware that it was child. |
| 439 | | |
| 440 | SA RUIZ: | Okay. |
| 441 | | |
| 442 | VIDAL: | But then like I said I was, like, scared after that. And I didn't want to see it |
| 443 | | then for some reason it really got my attention and I was, like, no, I shouldn't |
| 444 | | be watching that stuff. Then I was, like, okay, maybe I'll just try something |
| 445 | | else and kept searching and then found another one like them and I was, like, I |
| 446 | | would say curiosity kind of like got to me and I started watching it and I was, |
| 447 | | like, oh, okay, well, it wasn't that bad what I thought but I knew that it was |
| 448 | | wrong and I felt bad about it. And then I kept on. So I want to say yeah, to |
| 449 | | answer your question about January or February last year. |
| 450 | | |

USA_000931

| | | |
|---|---|---|
| 451<br>452 | SA RUIZ: | Okay. And what platform was that on? Like- |
| 453<br>454 | VIDAL: | That was on I want to say it was Kik. |
| 455<br>456 | SA RUIZ: | On Kik? |
| 457<br>458 | VIDAL: | It was on Kik. |
| 459<br>460 | SA RUIZ: | Okay. And you remember what device it was on? |
| 461<br>462 | VIDAL: | You know what, I can't remember where. I can't remember. |
| 463<br>464<br>465<br>466<br>467 | SA RUIZ: | You don't remember where? Because I know in your room there's quite a few devices in there. Okay. And let's start with that. And it sounds like - are you seeing child pornography on more than one device, or only one device, or something different? |
| 468<br>469 | VIDAL: | I watched on - okay, so, like, for example on my old phone I would watch it. |
| 470<br>471 | SA RUIZ: | Which is what? |
| 472<br>473<br>474 | VIDAL: | It was a - it was a - what do you call that? I can't remember the name of it. It's a Samsung but it's no longer in service. |
| 475<br>476 | SA RUIZ: | Okay. |
| 477<br>478 | VIDAL: | So it doesn't work. |
| 479<br>480 | SA RUIZ: | So it's on your - when you say your old phone, you're referring to a Samsung? |
| 481<br>482 | VIDAL: | Yeah. |
| 483<br>484 | SA RUIZ: | Okay. |
| 485<br>486 | VIDAL: | But, like, there's nothing, I completely deleted everything, like, there's no... |
| 487<br>488 | SA RUIZ: | You wiped it? |
| 489<br>490 | VIDAL: | Yeah. |
| 491<br>492 | SA RUIZ: | Okay. And how long ago did you wipe it? |
| 493<br>494 | VIDAL: | I wiped it... |
| 495 | SA RUIZ: | Approximately. If you tell me a day and forensics says no, it was two days |

| 496 | | ago. I'm not - we're not jamming you up on that. But, I mean, approximate. |
| 497 | | |
| 498 | VIDAL: | I want to - I'm not sure if it was within, like, the last month or two months. |
| 499 | | |
| 500 | SA RUIZ: | Okay. |
| 501 | | |
| 502 | VIDAL: | I don't remember. |
| 503 | | |
| 504 | SA RUIZ: | Within a couple of months? |
| 505 | | |
| 506 | VIDAL: | Yeah. |
| 507 | | |
| 508 | SA RUIZ: | Okay. Now, forensics is going to look at some of the devices. Things that they |
| 509 | | can't look at on scene they're going to have to take and take to the lab. One of |
| 510 | | the things that could help expedite that are the passcodes to the devices so that |
| 511 | | we don't have to take them to the lab for analysis. The Samsung, does it have |
| 512 | | a - the old Samsung that you reset, doesn't have a code? Now? |
| 513 | | |
| 514 | VIDAL: | No. |
| 515 | | |
| 516 | SA RUIZ: | Okay, so it's open? Okay. Do you have any passcodes on your phones? |
| 517 | | |
| 518 | VIDAL: | My - my main phone, yes. |
| 519 | | |
| 520 | SA RUIZ: | Okay and what's your main phone? What is it? |
| 521 | | |
| 522 | VIDAL: | It's - what you mean by what? |
| 523 | | |
| 524 | SA RUIZ: | What is it? What kind of phone is it and? |
| 525 | | |
| 526 | VIDAL: | Well, it's a Samsung 7. |
| 527 | | |
| 528 | SA RUIZ: | A Samsung 7? Okay. I'm going to write this down just so I can keep |
| 529 | | everything in check because there's quite a few devices in your room. |
| 530 | | Samsung 7, okay, and what's the passcode to that? |
| 531 | | |
| 532 | VIDAL: | That one is, um 8-2-3-7. |
| 533 | | |
| 534 | SA RUIZ: | Just those four digits? 8-2-3-7? |
| 535 | | |
| 536 | VIDAL: | Mm-hmm. |
| 537 | | |
| 538 | SA RUIZ: | Okay. Any other devices in your room that require a password? |
| 539 | | |
| 540 | VIDAL: | Just my laptop. My work laptops. |

541
542     SA RUIZ:        Your work laptops? You have two work laptops? Okay what...
543
544     VIDAL:          Actually, three.
545
546     SA RUIZ:        Three? Jesus. Okay, what's the first one?
547
548     VIDAL:          Okay, they're all the same.
549
550     SA RUIZ:        Okay.
551
552     VIDAL:          It's J-E-M-E...
553
554     SA RUIZ:        So let's start from the beginning. J-E...
555
556     VIDAL:          J-E-M-P-N-M-F-23.1.
557
558     SA RUIZ:        Any capitals, or lowercase? Or are they all lowercase?
559
560     VIDAL:          Lowercase.
561
562     SA RUIZ:        Okay so that's J-E-M-P-N-M-F-23.1?
563
564     VIDAL:          Yes.
565
566     Q2:             Okay so it looks like this?
567
568     VIDAL:          Yes.
569
570     SA RUIZ:        What does that mean?
571
572     VIDAL:          It's the - it's the initials of Psalms 23.
573
574     SA RUIZ:        Okay. Religious man.
575
576     VIDAL:          Mm-hmm.
577
578     SA RUIZ:        Okay.
579
580     VIDAL:          That's why that's why am telling you, like, I felt bad for those kids because,
581                     you know, because my faith.
582
583     SA RUIZ:        Okay.
584
585     VIDAL:          And I've been trying my best to stop.

| | | |
|---|---|---|
| 586 | | |
| 587 | SA RUIZ: | Okay. |
| 588 | | |
| 589 | VIDAL: | Because... |
| 590 | | |
| 591 | SA RUIZ: | Okay. When was the last time you saw it, child pornography? |
| 592 | | |
| 593 | VIDAL: | Okay, well I'll be completely honest with you. |
| 594 | | |
| 595 | SA RUIZ: | Well, and let me stop you there. I don't want you to lie to me. Because |
| 596 | | forensics is going to look at the stuff and this is what ends up getting some |
| 597 | | people who talk to us in more trouble when the people who decide whether |
| 598 | | move forward or not the guy will tell me, yeah, you know what, I've got five |
| 599 | | images on my phone. I haven't looked at them in, God, at least a year. And |
| 600 | | then we look at the phone and forensics is, like, no, not only has it been |
| 601 | | looked at today but there's 2,000. It's just better to be honest so that what you |
| 602 | | do tell me we, you know, only you know what's on these devices right now. |
| 603 | | Forensics will find out. I just don't want to be in a position to say, hey, this is |
| 604 | | what Josue told me and I hope it's consistent with that because that's what's |
| 605 | | going to make, you know, whether or not we can, you know, trust you and |
| 606 | | what you say if what we find is consistent. So I just ask that, you know, just |
| 607 | | don't lie about it. Just be honest. When was the last time you saw child |
| 608 | | pornography? |
| 609 | | |
| 610 | VIDAL: | Within the week. |
| 611 | | |
| 612 | SA RUIZ: | Okay. So sometime this week? |
| 613 | | |
| 614 | VIDAL: | Mm-hmm. |
| 615 | | |
| 616 | SA RUIZ: | Okay and what platform was on? |
| 617 | | |
| 618 | VIDAL: | It was on my, let's see, I think was on my tablet. |
| 619 | | |
| 620 | SA RUIZ: | Okay. So the tablet, what is - what is... |
| 621 | | |
| 622 | VIDAL: | Oh, that also has a passcode, the tablet. |
| 623 | | |
| 624 | SA RUIZ: | Okay. |
| 625 | | |
| 626 | VIDAL: | It's the same thing as my phone, 8-2-3-7. |
| 627 | | |
| 628 | SA RUIZ: | Okay. And what is it? Is it a Samsung? Is it something different? Okay. And |
| 629 | | how long have you had it? |
| 630 | | |

| 631 | VIDAL: | I've had that tablet for probably 2 or 3 years. |
| 632 | | |
| 633 | SA RUIZ: | Okay. So it's an older one. Okay. And what platforms do you view child |
| 634 | | pornography on - on the tablet? |
| 635 | | |
| 636 | VIDAL: | So, for that one it has been, like, Mega links or Dropbox links that I've seen |
| 637 | | those things before. |
| 638 | | |
| 639 | SA RUIZ: | Okay. Are you sav- - do you have a Mega account? |
| 640 | | |
| 641 | VIDAL: | No. |
| 642 | | |
| 643 | SA RUIZ: | You've never created one? |
| 644 | | |
| 645 | VIDAL: | I think I do, but I don't have anything, like, I've never used it before. I don't |
| 646 | | think I've ever uploaded anything. I don't think so. I'm not 100 percent sure. |
| 647 | | |
| 648 | SA RUIZ: | Okay - okay. And what about Dropbox? |
| 649 | | |
| 650 | VIDAL: | Dropbox, I do have a Dropbox but I've only used it for personal. |
| 651 | | |
| 652 | SA RUIZ: | Okay. |
| 653 | | |
| 654 | VIDAL: | I've never used it for, like, uploading I don't think. |
| 655 | | |
| 656 | SA RUIZ: | Okay |
| 657 | | |
| 658 | VIDAL: | All tell you this. Along - long time ago, I did have I don't remember the exact |
| 659 | | website that I used. I'm not sure if it was Dropbox. I think it was Dropbox. |
| 660 | | But I uploaded images there and then I deleted them. |
| 661 | | |
| 662 | SA RUIZ: | Okay. Okay. Have you only had one Dropbox? |
| 663 | | |
| 664 | VIDAL: | Yes. |
| 665 | | |
| 666 | SA RUIZ: | Okay. |
| 667 | | |
| 668 | VIDAL: | But I had, like, my own personal, like, the one that I uploaded and deleted that |
| 669 | | was not my personal. That was a different one. |
| 670 | | |
| 671 | SA RUIZ: | And what makes it not personal? Was it someone else's account? |
| 672 | | |
| 673 | VIDAL: | No, it was just a fake account that I used. |
| 674 | | |
| 675 | SA RUIZ: | Okay. Not to - not to be ticky tack, unless you're, like, the government then, |

| | | |
|---|---|---|
| 676 | | you know like, I have a personal email and then I have an official email. |
| 677 | | Anything, whether it's fake or not, on my personal side is all mine whether I |
| 678 | | wanted to be identifiable to me or not. So you have two Dropbox accounts |
| 679 | | spirit one is a registered account to you that's used with a fictitious name and |
| 680 | | then you have one that is what you refer to as your personal? |
| 681 | | |
| 682 | VIDAL: | Mm-hmm. |
| 683 | | |
| 684 | SA RUIZ: | Okay. When it comes to the Dropbox - and the reason why we are - I'm |
| 685 | | getting in the weeds on this, both of our agencies get referrals from providers |
| 686 | | like Dropbox and it can take a year after you upload it. It could be some |
| 687 | | random audit that they do once every two years. And they find material and |
| 688 | | then they refer to us. I don't want another agency to come in years later and |
| 689 | | say, hey, Dropbox found this and they are executing a search warrant. So to |
| 690 | | the extent we can identify that ahead of time, we can alleviate that from |
| 691 | | happening. |
| 692 | | |
| 693 | VIDAL: | Mm-hmm. |
| 694 | | |
| 695 | SA RUIZ: | So. Not only for the purpose of just being thorough, but I want to make sure |
| 696 | | that something like this doesn't happen again that can be prevented, right? |
| 697 | | What was the first Dropbox account that you created? Is that your personal |
| 698 | | one? |
| 699 | | |
| 700 | VIDAL: | Yeah. |
| 701 | | |
| 702 | SA RUIZ: | Okay. And what is not registered to? |
| 703 | | |
| 704 | VIDAL: | That is registered to I want to say my - one of my emails. I don't know the - |
| 705 | | I'm not sure if it's the email address that is associated with that. Okay, what's |
| 706 | | the other email address you have? |
| 707 | | |
| 708 | VIDAL: | Or it could be the other email J-A-Y-G-E-E-V-E-E-Q-████@Gmail.com. |
| 709 | | |
| 710 | SA RUIZ: | At Gmail. Okay. Now, the Gmail, is that the one you register your, like, fake |
| 711 | | accounts to? |
| 712 | | |
| 713 | VIDAL: | I think. |
| 714 | | |
| 715 | SA RUIZ: | You think so? |
| 716 | | |
| 717 | VIDAL: | I'm not hundred percent. |
| 718 | | |
| 719 | SA RUIZ: | Is there any other emails that you have that you use or have subscribed |
| 720 | | services to? |

721
722     VIDAL:          I don't think so.
723
724     SA RUIZ:        Okay. So there's those two...
725
726     VIDAL:          I'm not 100 percent sure though.
727
728     SA RUIZ:        Okay. So I can follow up with Dropbox and say, hey, if you guys find material
729                     or report material relating to these 2 refer it to me versus send something out
730                     that's new. Dropbox, you think you have a Dropbox account for both of these
731                     emails possibly?
732
733     VIDAL:          I'm not hundred percent sure.
734
735     SA RUIZ:        Okay.
736
737     VIDAL:          It's been so long.
738
739     SA RUIZ:        Okay. As of today, do you know if there is child pornography in either of the
740                     Dropbox accounts associated with this?
741
742     VIDAL:          No. think I deleted it.
743
744     SA RUIZ:        Okay, well, you should have never saved them.
745
746     VIDAL:          Mm-hmm.
747
748     SA RUIZ:        But you're saying that you think you've deleted them?
749
750     VIDAL:          Yeah, I believe I did.
751
752     SA RUIZ:        Okay. And about how long ago was that?
753
754     VIDAL:          It was last year. For sure.
755
756     SA RUIZ:        Okay - okay. So right around from time you first started-
757
758     VIDAL:          Mm-hmm.
759
760     SA RUIZ:        -it sounds likely Okay. Now, Mega. You think you may have created an
761                     account? If-
762
763     VIDAL:          I may have but I don't think I ever uploaded anything.
764
765     SA RUIZ:        Okay. Have you ever saved, or when you say upload, you know, into your

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 18

| 766 | | account, you've never saved anything into your Mega account? |
|---|---|---|
| 767 | | |
| 768 | VIDAL: | Uh-uh. |
| 769 | | |
| 770 | SA RUIZ: | Okay. You just look at the links that are shared on the platforms? |
| 771 | | |
| 772 | VIDAL: | Mm-hmm. |
| 773 | | |
| 774 | SA RUIZ: | Okay. Now, when it comes to the platforms that you use to view child |
| 775 | | pornography, what are those platforms? What are all the platforms that you - |
| 776 | | we've talked about Dropbox. We've talked about Mega. What are the other |
| 777 | | ones? Where are these links coming from? |
| 778 | | |
| 779 | VIDAL: | Those all come from a website called Omegle. |
| 780 | | |
| 781 | SA RUIZ: | Okay |
| 782 | | |
| 783 | VIDAL: | That's where people have shared them and sent them. |
| 784 | | |
| 785 | SA RUIZ: | Okay. Omegle? Is there an app for Omegle, or is it just a website? |
| 786 | | |
| 787 | VIDAL: | No. It's a website. |
| 788 | | |
| 789 | SA RUIZ: | Okay. Do you - and Omegle I believe do you have to register an account on |
| 790 | | Omegle? |
| 791 | | |
| 792 | VIDAL: | Yeah. |
| 793 | | |
| 794 | SA RUIZ: | Okay so you just go into these rooms. Is it random? Is it something - a room |
| 795 | | you're searching for? |
| 796 | | |
| 797 | VIDAL: | Yeah, it's a specific room. |
| 798 | | |
| 799 | SA RUIZ: | Okay, and what are the search terms? Because this helps us find, you know, |
| 800 | | people that are going to these - for going into these rooms. What are some of |
| 801 | | the search terms you use in Omegle? |
| 802 | | |
| 803 | VIDAL: | Like, I'm - I'm, like, ashamed to say this but it's things like young porn. |
| 804 | | |
| 805 | SA RUIZ: | Okay. |
| 806 | | |
| 807 | VIDAL: | There's also teen porn. |
| 808 | | |
| 809 | SA RUIZ: | Okay. |
| 810 | | |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 19

| 811<br>812<br>813 | VIDAL: | And I'll be honest with you, like, I'm - I feel ashamed even saying these things. There's young sex, teen sex. What else? There's also trade links. |
| 814<br>815 | SA RUIZ: | Okay. |
| 816<br>817 | VIDAL: | Use that word. |
| 818<br>819 | SA RUIZ: | Okay. |
| 820<br>821 | VIDAL: | Trade links. |
| 822<br>823 | SA RUIZ: | Trade links? Okay. |
| 824<br>825 | VIDAL: | Trade nudes, sent links. |
| 826<br>827 | SA RUIZ: | Trade what? |
| 828<br>829 | VIDAL: | Trade nudes. |
| 830<br>831 | SA RUIZ: | Trade nudes and send nudes? Okay. |
| 832<br>833 | VIDAL: | Yeah, honestly, like... |
| 834<br>835 | SA RUIZ: | Any acronyms? |
| 836<br>837 | VIDAL: | No. |
| 838<br>839<br>840<br>841 | SA RUIZ: | Okay. So that's Omegle. Have you - how many times would you approximate you sent links to downloadable child pornography files either through Dropbox or housed on Mega? |
| 842<br>843 | VIDAL: | To send? |
| 844<br>845 | SA RUIZ: | Yeah, like posted a link to Omegle? |
| 846<br>847 | VIDAL: | What? I'm confused? |
| 848<br>849 | SA RUIZ: | So these links, you're seeing them on Omegal, correct? |
| 850<br>851 | VIDAL: | Mm-hmm. |
| 852<br>853 | SA RUIZ: | Have you ever taken that link and posted it to another room? |
| 854<br>855 | VIDAL: | No, I shared them with other people. |

| | | |
|---|---|---|
| 856 | SA RUIZ: | Individually- |
| 857 | | |
| 858 | VIDAL: | On the website - on the website. |
| 859 | | |
| 860 | SA RUIZ: | In groups or just individually, one-on-one conversations you shared them? |
| 861 | | |
| 862 | VIDAL: | Mm-hmm. |
| 863 | | |
| 864 | SA RUIZ: | Were they Mega links, Drop links, or both? |
| 865 | | |
| 866 | VIDAL: | Yeah, both. |
| 867 | | |
| 868 | SA RUIZ: | Both? |
| 869 | | |
| 870 | VIDAL: | Mega and Dropbox. |
| 871 | | |
| 872 | SA RUIZ: | Okay. Now these these files from Mega and Dropbox, what is the content. If |
| 873 | | you could describe out content, a description of the content that is housed in |
| 874 | | these, what is it? Are they - an individual that I spoke to the other day is only |
| 875 | | into infants so all of his his folders that he would send links to our children |
| 876 | | under, like, 18 months. And then there's, you know, people who are into, like, |
| 877 | | very specific ages. 12 years old to 13 years old, no pubic hair but a little bit of |
| 878 | | breast development, for example. What are some of the - what is the |
| 879 | | description of content that you're sending the links, like what's in them? |
| 880 | | |
| 881 | VIDAL: | So the ones that I've seen, the ones that I never created, those? |
| 882 | | |
| 883 | SA RUIZ: | Just the links that you sent out. |
| 884 | | |
| 885 | VIDAL: | Yeah. |
| 886 | | |
| 887 | SA RUIZ: | Okay. |
| 888 | | |
| 889 | VIDAL: | Those are the ones so those contained, like, all ages, like, sometimes infant to |
| 890 | | 17. |
| 891 | | |
| 892 | SA RUIZ: | Okay. |
| 893 | | |
| 894 | VIDAL: | But I was never into, like, the infant stuff. |
| 895 | | |
| 896 | SA RUIZ: | Okay. |
| 897 | | |
| 898 | VIDAL: | But that's what it contained. So there was, like, a variety. |
| 899 | | |
| 900 | SA RUIZ: | Okay. So and again you said you didn't create these folders but the link that |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 21

| | | |
|---|---|---|
| 901 | | you sent to these folders contained anything from infant up to 17? |
| 902 | | |
| 903 | VIDAL: | Mm-hmm. |
| 904 | | |
| 905 | SA RUIZ: | Okay. Did you ever save any of that content to the tablet, to your phone, SD |
| 906 | | card in the phone, a memory card outside, external hard drive? |
| 907 | | |
| 908 | VIDAL: | I have, but I deleted them. |
| 909 | | |
| 910 | SA RUIZ: | Okay. And we'll get into what - what they are on and the reason why I say |
| 911 | | that is because even though it's deleted from a device, it stays in unallocated |
| 912 | | space on a device and we want to make sure that that information is not |
| 913 | | accessible. |
| 914 | | |
| 915 | VIDAL: | Mm-hmm. |
| 916 | | |
| 917 | SA RUIZ: | Okay, so links, drop, and mega, infant to 17. Okay what about other platforms |
| 918 | | besides Omegle, |
| 919 | | |
| 920 | VIDAL: | That's the only platform I've known how to use and that's the only one I used. |
| 921 | | |
| 922 | SA RUIZ: | Well you mentioned, I think you said Kik when you first started. |
| 923 | | |
| 924 | VIDAL: | Yeah, that's - that's kind of like a social app. |
| 925 | | |
| 926 | SA RUIZ: | Okay. Well that, again, that's the same thing when I say platform I'm - I don't |
| 927 | | want - I don't want to say tell me the website and then you're only giving me |
| 928 | | websites when we have applications, we have - I know a guy who only does |
| 929 | | everything in person. He meets people on Craigslist and trades. So whatever |
| 930 | | platform or engagement you have where you've seen this material, you |
| 931 | | mentioned Kik. Do you still use Kik? |
| 932 | | |
| 933 | VIDAL: | No. When was the last time you used Kik for child pornography? |
| 934 | | |
| 935 | VIDAL: | It was a long time ago. |
| 936 | | |
| 937 | SA RUIZ: | Okay. |
| 938 | | |
| 939 | VIDAL: | It was - I don't - I don't know what specific month, but it was, like, a while |
| 940 | | back. |
| 941 | | |
| 942 | SA RUIZ: | Okay. |
| 943 | | |
| 944 | VIDAL: | Maybe I want to say last - sometime last year. |
| 945 | | |

| 946 | SA RUIZ: | Okay. It was - it sounds like it was one of the first platforms- |
| 947 | | |
| 948 | VIDAL: | Yeah. |
| 949 | | |
| 950 | SA RUIZ: | Is that right? Okay. |
| 951 | | |
| 952 | VIDAL: | Right. |
| 953 | | |
| 954 | SA RUIZ: | Do you remember what your username was at the time? |
| 955 | | |
| 956 | VIDAL: | No, I don't |
| 957 | | |
| 958 | SA RUIZ: | Okay. How many Kik accounts have you had? |
| 959 | | |
| 960 | VIDAL: | Honestly, I probably had, like, four or five but I deleted probably, like, them |
| 961 | | all because, like, I said, I felt guilty and then I deleted it. |
| 962 | | |
| 963 | SA RUIZ: | Okay. |
| 964 | | |
| 965 | VIDAL: | And then I went back to it. And then I deleted it. |
| 966 | | |
| 967 | SA RUIZ: | Okay. |
| 968 | | |
| 969 | VIDAL: | It was kind of, like, an on and off process. |
| 970 | | |
| 971 | SA RUIZ: | Okay. And I've heard that before too. It's not uncommon. When it comes to |
| 972 | | Kik, what are some of the terms you would use to find either people or rooms |
| 973 | | that are engaging in child pornography trading? |
| 974 | | |
| 975 | VIDAL: | So what I did is I went to a website Omegle. |
| 976 | | |
| 977 | SA RUIZ: | Okay. |
| 978 | | |
| 979 | VIDAL: | And people would say do you have stuff that you want to trade and I would |
| 980 | | say yes I did or links that I want to trade but then I would go - we'll use the |
| 981 | | app, Kik, and that's where we would talk. So in Kik I don't necessarily search |
| 982 | | for people but rather people from Omegle, that's where I found them. |
| 983 | | |
| 984 | SA RUIZ: | Okay. And kind of walk me through. How do you go from Omegle to Kik |
| 985 | | aside, you know, there's - is there - because there are two different companies. |
| 986 | | How do you - how do you know to find the person who posted this, I guess, |
| 987 | | ad or solicitation on Omegle to the specific Kik person and/or room? Are they |
| 988 | | giving you usernames, or rooms, or codes, or? |
| 989 | | |
| 990 | VIDAL: | No. So what they do, or what I've done in the past is that once I find someone |

| | | |
|---|---|---|
| 991 | | who has, like, content that they want to trade, like, websites or pictures or |
| 992 | | whatnot, they would say let's go to Kik and trade over there. |
| 993 | | |
| 994 | SA RUIZ: | Okay. |
| 995 | | |
| 996 | VIDAL: | That's what they would call it. |
| 997 | | |
| 998 | SA RUIZ: | Okay. |
| 999 | | |
| 1000 | VIDAL: | And send and so we would exchange usernames. |
| 1001 | | |
| 1002 | SA RUIZ: | Oh, okay. |
| 1003 | | |
| 1004 | VIDAL: | Yeah. |
| 1005 | | |
| 1006 | SA RUIZ: | So you would give each other your own Kik username? |
| 1007 | | |
| 1008 | VIDAL: | Yeah. |
| 1009 | | |
| 1010 | SA RUIZ: | Okay. So there's no Kik codes, QR codes, or anything like that you saved? |
| 1011 | | |
| 1012 | VIDAL: | Not that I know of, but I've heard about them. |
| 1013 | | |
| 1014 | SA RUIZ: | Okay. So that's how you go from Kik so Omegle to Kik, basically. Okay. |
| 1015 | | What about other platforms? |
| 1016 | | |
| 1017 | VIDAL: | There's also been Snapchat. |
| 1018 | | |
| 1019 | SA RUIZ: | Okay. |
| 1020 | | |
| 1021 | VIDAL: | That's also, like, the ones that - that got deleted, that's where I've done, like, |
| 1022 | | the trading as well.  So the same thing with Kik has also been was Snapchat. |
| 1023 | | |
| 1024 | SA RUIZ: | Okay. How many Snapchat accounts have you had? |
| 1025 | | |
| 1026 | VIDAL: | Okay, I want to say around six. |
| 1027 | | |
| 1028 | SA RUIZ: | Okay. |
| 1029 | | |
| 1030 | VIDAL: | Two of them are deleted. |
| 1031 | | |
| 1032 | Q2: | Where they shut down? Or did you delete them? |
| 1033 | | |
| 1034 | VIDAL: | Yeah, they were shut down. |
| 1035 | | |

| | | |
|---|---|---|
| 1036<br>1037<br>1038<br>1039 | SA RUIZ: | They were shut down. Two - Two were deleted. Do you remember those ones? I just want to make sure that those leads don't go to another office for enforcement. |
| 1040<br>1041 | VIDAL: | So the one that got deleted it's called I want to say ). |
| 1042<br>1043 | SA RUIZ: | Josh? |
| 1044<br>1045 | VIDAL: | Yeah, Josh7CSUSB1 one. I think. I'm not 100 percent sure. |
| 1046<br>1047 | SA RUIZ: | Okay. And what's the other one? |
| 1048<br>1049 | VIDAL: | It's I-T-S. |
| 1050<br>1051 | SA RUIZ: | I-T-S? |
| 1052<br>1053<br>1054<br>1055 | VIDAL: | J-A-Y-G-E and I can't remember the last one. The last one is a number. I'm not sure if it's - I'm not sure if it's 1. I think it's, so the username was - I'm not sure if it's 8 then it's called, it's JAYGEE1 or its JAYGEE2. |
| 1056<br>1057 | SA RUIZ: | Okay, so and a number. |
| 1058<br>1059 | VIDAL: | JAYGEE3? Yeah and I'm not sure what number it is. |
| 1060<br>1061 | SA RUIZ: | You said it's JAY and then it was G E E? Or just one E? |
| 1062<br>1063 | VIDAL: | G-E-E. |
| 1064<br>1065 | SA RUIZ: | Okay. Just like your email then? |
| 1066<br>1067 | VIDAL: | Can I see? |
| 1068<br>1069<br>1070 | SA RUIZ: | Yeah, I think so. It's JAY GEE with two E's and then I'll put and a number? Okay. |
| 1071<br>1072 | VIDAL: | Mm-hm. |
| 1073<br>1074<br>1075 | SA RUIZ: | Okay, okay. Now, those are two accounts that got shut down and you have approximately you said six? |
| 1076<br>1077 | VIDAL: | Yeah, six. |
| 1078<br>1079 | SA RUIZ: | Okay. |
| 1080 | A2: | Of them I used. And then two of them which I don't use a lot but probably - |

| | | |
|---|---|---|
| 1081 | | I've probably used them before but then I stopped for a little bit, like, I've |
| 1082 | | only used it a few times. |
| 1083 | | |
| 1084 | SA RUIZ: | Okay. These - so there's four other Snapchat accounts it sounds like that are |
| 1085 | | currently open? |
| 1086 | | |
| 1087 | VIDAL: | Yeah. |
| 1088 | | |
| 1089 | SA RUIZ: | Let's start with the ones that you don't use. Were those previously used for |
| 1090 | | child pornography? |
| 1091 | | |
| 1092 | VIDAL: | The ones that I don't use, one of them, no. |
| 1093 | | |
| 1094 | SA RUIZ: | Okay which one is that? |
| 1095 | | |
| 1096 | VIDAL: | I don't even know their names. |
| 1097 | | |
| 1098 | SA RUIZ: | Okay. Do you know any of the names of those remaining four accounts? |
| 1099 | | |
| 1100 | VIDAL: | Yeah. One of them is, what is it called? One of them is, hold on I'm trying to |
| 1101 | | remember. |
| 1102 | | |
| 1103 | SA RUIZ: | Take your time, man. |
| 1104 | | |
| 1105 | VIDAL: | I think it's - one of them is called firstlast6543, I think? I think. |
| 1106 | | |
| 1107 | SA RUIZ: | Okay. Possibly. Okay. Is this one that was used for child pornography? |
| 1108 | | Whether it's to receive or send out? |
| 1109 | | |
| 1110 | VIDAL: | I think, I think so.. |
| 1111 | | |
| 1112 | SA RUIZ: | Okay. Is this the one that your phone is currently logged into? |
| 1113 | | |
| 1114 | VIDAL: | I want to say yes. |
| 1115 | | |
| 1116 | SA RUIZ: | Okay. |
| 1117 | | |
| 1118 | VIDAL: | But hold on - it's either yes or no. One of them. |
| 1119 | | |
| 1120 | SA RUIZ: | Right. |
| 1121 | | |
| 1122 | VIDAL: | I don't think it's - no. I don't think it's logged in. |
| 1123 | | |
| 1124 | SA RUIZ: | Okay, not logged in? |
| 1125 | | |

| | | |
|---|---|---|
| 1126 | VIDAL: | But I'm not sure. |
| 1127 | | |
| 1128 | SA RUIZ: | Okay. |
| 1129 | | |
| 1130 | VIDAL: | It could be yes or no. |
| 1131 | | |
| 1132 | SA RUIZ: | Okay. What's the other one besides FirstLast643? |
| 1133 | | |
| 1134 | VIDAL: | There's also I think it's EPIC.JOSH or JOSHUA2020. I'm not sure if it's Josh |
| 1135 | | or Joshua. It's one of them. EPIC.JOSHUA2020. I think it's Joshua. |
| 1136 | | |
| 1137 | SA RUIZ: | JOSHUA2020? |
| 1138 | | |
| 1139 | VIDAL: | Yeah. EPIC.JOSHUA2020. |
| 1140 | | |
| 1141 | SA RUIZ: | And that one is the one you think your phone might be connected to now? |
| 1142 | | |
| 1143 | VIDAL: | Yeah. |
| 1144 | | |
| 1145 | SA RUIZ: | Is that when used for child pornography? |
| 1146 | | |
| 1147 | VIDAL: | Yeah. |
| 1148 | | |
| 1149 | SA RUIZ: | Okay. Now, when was the last time you were on that account? |
| 1150 | | |
| 1151 | VIDAL: | Either yesterday or two days ago. |
| 1152 | | |
| 1153 | SA RUIZ: | Okay. Yesterday or two days ago did you see child pornography on that |
| 1154 | | account? |
| 1155 | | |
| 1156 | VIDAL: | No. |
| 1157 | | |
| 1158 | SA RUIZ: | No? |
| 1159 | | |
| 1160 | VIDAL: | No, I don't want to. No. Yeah. |
| 1161 | | |
| 1162 | SA RUIZ: | Okay. |
| 1163 | | |
| 1164 | VIDAL: | But I'm - I'm, you know, unfortunately I hate to say this but I - I did have |
| 1165 | | links there that I had gotten from other people. |
| 1166 | | |
| 1167 | SA RUIZ: | Are they saved in the conversations? |
| 1168 | | |
| 1169 | VIDAL: | Mm-hmm. |
| 1170 | | |

| | | |
|---|---|---|
| 1171 | SA RUIZ: | Okay. That's fine. I would rather know ahead of time so that I'm not |
| 1172 | | representing, you know, hey, it looks, like, he's being, like, he's hiding |
| 1173 | | something, you know what I mean? Because what's on there is going to be on |
| 1174 | | there, you know? So I'd rather have you be honest about it versus lie and,, |
| 1175 | | like, I said, I'll reiterate. A lot of - a lot of times people say, yeah, I haven't |
| 1176 | | logged into that thing for, like, months and then the application stores logins |
| 1177 | | and we find that, hey, not only has it been this morning but we've got, like, 40 |
| 1178 | | logins in the morning. So it is what it is. I just want you to understand that |
| 1179 | | lying about it only makes things worse, right? So epic- EPIC.JOSHUA2020 is |
| 1180 | | a Snapchat account that you believe your phone that is the newer phone, the |
| 1181 | | Samsung – |
| 1182 | | |
| 1183 | VIDAL: | 7 |
| 1184 | | |
| 1185 | SA RUIZ: | 7. And does your phone have, like, your - what does it look like? Just so I can |
| 1186 | | separate it from everything else? |
| 1187 | | |
| 1188 | VIDAL: | It's black. |
| 1189 | | |
| 1190 | SA RUIZ: | Okay. Doesn't have any stickers? Does it have a case? |
| 1191 | | |
| 1192 | VIDAL: | Yeah, a black cover. |
| 1193 | | |
| 1194 | SA RUIZ: | Black cover. |
| 1195 | | |
| 1196 | VIDAL: | Mm-hmm. |
| 1197 | | |
| 1198 | SA RUIZ: | Okay. Doesn't have any stickers or anything on it? What's the home screen |
| 1199 | | look like? Does it have your name on it? Is it a picture of, I don't know, |
| 1200 | | football team, baseball team? |
| 1201 | | |
| 1202 | VIDAL: | You know what, I'll be honest with you, I can't even - I don't even pay |
| 1203 | | attention to that. |
| 1204 | | |
| 1205 | SA RUIZ: | Okay. Where is it and that way they can separate it. |
| 1206 | | |
| 1207 | VIDAL: | It's in my room. |
| 1208 | | |
| 1209 | SA RUIZ: | Okay. Where at? Desk? Bed? Is it charging? |
| 1210 | | |
| 1211 | VIDAL: | I left - okay, so when I went to sleep I left it on my desk and then when the |
| 1212 | | whole stuff what happened I was - I don't know where I put it now. |
| 1213 | | |
| 1214 | SA RUIZ: | Okay. Did you hide it? Did - did you stash it somewhere? |
| 1215 | | |

| 1216 | VIDAL: | No. It should be on my desk. |
| 1217 | | |
| 1218 | SA RUIZ: | Okay. So where is it - there's that phone, which is the S7? |
| 1219 | | |
| 1220 | VIDAL: | Mm-hmm. |
| 1221 | | |
| 1222 | SA RUIZ: | Samsung 7? Where is the old phone? |
| 1223 | | |
| 1224 | VIDAL: | The old phone. |
| 1225 | | |
| 1226 | SA RUIZ: | Closet? Desk drawer? Bed? |
| 1227 | | |
| 1228 | VIDAL: | Okay, that one I used to have it in my - in my desk, like, I hide it. Because I |
| 1229 | | didn't want anyone to know I had it. But I haven't use that one because it's, |
| 1230 | | like, the batteries dead. |
| 1231 | | |
| 1232 | SA RUIZ: | Doesn't have to stay plugged into use it? |
| 1233 | | |
| 1234 | VIDAL: | Yeah. |
| 1235 | | |
| 1236 | SA RUIZ: | Okay. |
| 1237 | | |
| 1238 | VIDAL: | But then I don't use it anymore right now. |
| 1239 | | |
| 1240 | SA RUIZ: | Okay. How - when was the last time you used it? |
| 1241 | | |
| 1242 | VIDAL: | I want to say last month. |
| 1243 | | |
| 1244 | SA RUIZ: | Okay. Doesn't have anything on it? |
| 1245 | | |
| 1246 | VIDAL: | No. |
| 1247 | | |
| 1248 | SA RUIZ: | Okay. You wiped it, but there's, okay, doesn't have a memory card in it? |
| 1249 | | |
| 1250 | VIDAL: | I think it might, yes. |
| 1251 | | |
| 1252 | SA RUIZ: | Okay. Anything saved to the memory card possibly? |
| 1253 | | |
| 1254 | VIDAL: | I have, yeah, some pictures but they're, like, regular pictures. |
| 1255 | | |
| 1256 | SA RUIZ: | They are non--child pornography pictures? Okay. So the old phone might be |
| 1257 | | in the desk. So - and then we have your tablet. Where's your tablet? |
| 1258 | | |
| 1259 | VIDAL: | The tablet also should be on my desk or my bed, I'm not sure where. |
| 1260 | | |

| 1261 | SA RUIZ: | Okay. Okay, so those are the three devices so far that we know has been used |
| 1262 | | or at least you've explained have been used for viewing child pornography. |
| 1263 | | Any other devices in the house? Meaning external hard drives, or thumb |
| 1264 | | drives, that even if they are no longer on it were used or saved to that device? |
| 1265 | | |
| 1266 | VIDAL: | Oh, I used to have an iPod. |
| 1267 | | |
| 1268 | SA RUIZ: | Okay. |
| 1269 | | |
| 1270 | VIDAL: | A small iPod. |
| 1271 | | |
| 1272 | SA RUIZ: | Okay, old-school. All right. |
| 1273 | | |
| 1274 | VIDAL: | But my brother destroyed it. |
| 1275 | | |
| 1276 | SA RUIZ: | Because he was being a dick or? |
| 1277 | | |
| 1278 | VIDAL: | No. He destroyed it. |
| 1279 | | |
| 1280 | SA RUIZ: | Okay. Why did he destroy it? Did he find something? |
| 1281 | | |
| 1282 | VIDAL: | Yeah. |
| 1283 | | |
| 1284 | SA RUIZ: | Okay. And - and that's kinda what I also want to talk to you to. I want - I want |
| 1285 | | for people who do know I want to make sure they are in a position to help, |
| 1286 | | okay? When did - when did this event take place? |
| 1287 | | |
| 1288 | VIDAL: | For sure last year. |
| 1289 | | |
| 1290 | SA RUIZ: | Okay so early, beginning? Okay. And you're talking about Emmanuel? |
| 1291 | | |
| 1292 | VIDAL: | Yeah. |
| 1293 | | |
| 1294 | SA RUIZ: | Okay. |
| 1295 | | |
| 1296 | VIDAL: | It happened sometime last year. |
| 1297 | | |
| 1298 | SA RUIZ: | Okay. And what did he - what was the image that he found that upset him? |
| 1299 | | |
| 1300 | VIDAL: | No, he didn't see any images.  He just saw the conversation I was having on |
| 1301 | | Omegle. |
| 1302 | | |
| 1303 | SA RUIZ: | Oh, okay - okay. |
| 1304 | | |
| 1305 | VIDAL: | That's all. That's - when he saw that conversation, he destroyed it. |

| | | |
|---|---|---|
| 1306 | | |
| 1307 | SA RUIZ: | Okay. Who was the conversation with? |
| 1308 | | |
| 1309 | VIDAL: | With (unintelligible). |
| 1310 | | |
| 1311 | SA RUIZ: | But, no, with the Omegle conversation. |
| 1312 | | |
| 1313 | VIDAL: | Oh, it was with someone that I talked to on Omegle. |
| 1314 | | |
| 1315 | SA RUIZ: | Okay. |
| 1316 | | |
| 1317 | VIDAL: | But it never led to anything. |
| 1318 | | |
| 1319 | SA RUIZ: | Okay. |
| 1320 | | |
| 1321 | VIDAL: | It was just, like... |
| 1322 | | |
| 1323 | SA RUIZ: | Was he upset because it was a minor and it just looked bad? |
| 1324 | | |
| 1325 | VIDAL: | No. It was, like, with the - so I was talking to a person and then they were |
| 1326 | | considering, like, sharing pictures (unintelligible). |
| 1327 | | |
| 1328 | SA RUIZ: | Okay. |
| 1329 | | |
| 1330 | VIDAL: | And then I just end of the conversation. And so my brother, he saw that on my |
| 1331 | | iPod and he decided to destroy that when he saw it. |
| 1332 | | |
| 1333 | SA RUIZ: | Okay. Seems like a protective brother. |
| 1334 | | |
| 1335 | VIDAL: | Mm-hmm. |
| 1336 | | |
| 1337 | SA RUIZ: | Yeah. I can totally understand and I sympathize with that. I think that he |
| 1338 | | probably wants what's best for you as well and that's good to have those kind |
| 1339 | | of people in your life. That iPod, did it have child pornography on it at any |
| 1340 | | point? It sounds like you had access to Omegle links or links on it by way of |
| 1341 | | Omegle. |
| 1342 | | |
| 1343 | VIDAL: | Yes, (unintelligible). |
| 1344 | | |
| 1345 | SA RUIZ: | Okay. And so the reason why I bring this up is whether you save it or not |
| 1346 | | those kinds of images get cached onto those devices and we want to make sure |
| 1347 | | that, again, those items do not have anything on them. It's not like you have to |
| 1348 | | click save for it to be on your phone. So the iPod, it's destroyed? It's in the |
| 1349 | | trash? It's not even at this residence? Or, it's just banged up in it somewhere |
| 1350 | | in your house? |

1351
1352    VIDAL:          No, he told me that he destroyed it.
1353
1354    SA RUIZ:        Okay. So he took it from you and he said he destroyed it?
1355
1356    VIDAL:          Mm-hmm.
1357
1358    SA RUIZ:        Okay. And that was right when - last year sometime when all this kinda
1359                    started?
1360
1361    VIDAL:          No. It was, like, towards the end of last year.
1362
1363    SA RUIZ:        Okay.
1364
1365    VIDAL:          And I don't know if it was, like, towards October, November, December or
1366                    January, February, March, or April. But it was - it's kinda, like, I want to say
1367                    end of last year or beginning of this year.
1368
1369    SA RUIZ:        Okay.
1370
1371    VIDAL:          But it was a long time ago.
1372
1373    SA RUIZ:        So just so I can kinda keep things straight. So - and this first started you said
1374                    about January.
1375
1376    VIDAL:          Mm-hmm.
1377
1378    SA RUIZ:        Of 2019. And then in the end of that same year, possibly the earlier 2020, is
1379                    when he finds the iPod, is uncomfortable with it, destroys it and tells you?
1380
1381    VIDAL:          Okay.
1382
1383    SA RUIZ:        What other devices have been used to see, view, trade, send, distribute any
1384                    sort of child pornography images?
1385
1386    VIDAL:          I also had my old - old laptop. But I believe I deleted it. It's, like, a - it's a I
1387                    don't know the brand of the laptop is, but it's an old laptop.
1388
1389    SA RUIZ:        Okay. It's the - hold on one second. Old laptop.
1390
1391    VIDAL:          But I've never - I've never talked to anyone on the old laptop, just...
1392
1393    SA RUIZ:        Just viewing material?
1394
1395    VIDAL:          Just viewing material and I kinda hate to say but even on that laptop I saved

| 1396 | | the content of those links. |
|---|---|---|
| 1397 | | |
| 1398 | SA RUIZ: | Okay. |
| 1399 | | |
| 1400 | VIDAL: | And then I deleted them. |
| 1401 | | |
| 1402 | SA RUIZ: | Okay. What laptop is it? Or where is that in your room and we can identify it |
| 1403 | | as the old one? |
| 1404 | | |
| 1405 | VIDAL: | It's on the - inside one of my backpacks. |
| 1406 | | |
| 1407 | SA RUIZ: | - Okay. Is that a backpack you take with you every day, or? |
| 1408 | | |
| 1409 | VIDAL: | No. |
| 1410 | | |
| 1411 | SA RUIZ: | It's just, okay. It's in a backpack. |
| 1412 | | |
| 1413 | VIDAL: | And I believe everything should be deleted, I believe. |
| 1414 | | |
| 1415 | SA RUIZ: | Okay. When you say deleted is that you - you go to the file where it saved and |
| 1416 | | then you delete it and it goes to the recycle bin. |
| 1417 | | |
| 1418 | VIDAL: | And then I delete it from there. |
| 1419 | | |
| 1420 | SA RUIZ: | From the recycle bin. Okay. What - was it in a special folder? Was it |
| 1421 | | encrypted? Was it in... |
| 1422 | | |
| 1423 | VIDAL: | No, it was not encrypted. |
| 1424 | | |
| 1425 | SA RUIZ: | Okay. What was the folder that everything was saved in? |
| 1426 | | |
| 1427 | VIDAL: | There were several folders but they were on the downloads. |
| 1428 | | |
| 1429 | SA RUIZ: | Okay so it's - it's, okay. And where were they being downloaded from? |
| 1430 | | |
| 1431 | VIDAL: | From the - from the Dropbox or the Omegle. I mean the Dropbox or the |
| 1432 | | Mega, but there's an option to download. |
| 1433 | | |
| 1434 | SA RUIZ: | Okay. How were you getting from on your laptop, since you don't have Kik or |
| 1435 | | Snapchat on it, right? |
| 1436 | | |
| 1437 | VIDAL: | Mm-hmm. |
| 1438 | | |
| 1439 | SA RUIZ: | How were you getting the links? Is it only through Omegle website on the |
| 1440 | | computer? |

| | | |
|---|---|---|
| 1441 | | |
| 1442 | VIDAL: | I've used an email. |
| 1443 | | |
| 1444 | SA RUIZ: | Okay, so you - are you sending yourself the links? Via email? |
| 1445 | | |
| 1446 | VIDAL: | Yeah. |
| 1447 | | |
| 1448 | SA RUIZ: | Okay. And is it through both email accounts, or one email? Is it through the |
| 1449 | | JOSUE_VIDAL_█@YAHOO? |
| 1450 | | |
| 1451 | VIDAL: | No. I've never used that one. |
| 1452 | | |
| 1453 | SA RUIZ: | No? Not for links. |
| 1454 | | |
| 1455 | VIDAL: | No. I think I used a different email for- |
| 1456 | | |
| 1457 | SA RUIZ: | Is it different from JAYGEEVEEQ█@... |
| 1458 | | |
| 1459 | VIDAL: | I think it might be. I probably used another email. It's called A-B-E |
| 1460 | | |
| 1461 | SA RUIZ: | A-A-B? |
| 1462 | | |
| 1463 | VIDAL: | No - no -no, A-B-E. |
| 1464 | | |
| 1465 | SA RUIZ: | A-B-E. |
| 1466 | | |
| 1467 | VIDAL: | I've used - don't delete the old one. |
| 1468 | | |
| 1469 | SA RUIZ: | Oh, it's, uh, so here's - here's what we do. I'll do this. Let me just give this to |
| 1470 | | you to write down. That might be the easiest way so that I don't butcher it. |
| 1471 | | |
| 1472 | VIDAL: | So this is another email that...Okay, I think it was... |
| 1473 | | |
| 1474 | SA RUIZ: | And while you're there, why don't you just write them out so that I don't jack |
| 1475 | | up the other ones. Whatever other emails you have. Put your JAYGEE one |
| 1476 | | down there, your Josue one, and any others you can think of while - while I'm |
| 1477 | | there, since you have it already. |
| 1478 | | |
| 1479 | VIDAL: | I know I have other emails but I can't think of the username. |
| 1480 | | |
| 1481 | SA RUIZ: | Okay. |
| 1482 | | |
| 1483 | VIDAL: | Can't think of the other emails. |
| 1484 | | |
| 1485 | SA RUIZ: | Okay. If you want, just so I have it, clear, write your Josue one down and the |

| 1486 | | other one, the JAYGEE one. |
|---|---|---|
| 1487 | | |
| 1488 | VIDAL: | Those are the only emails that I memorized. |
| 1489 | | |
| 1490 | SA RUIZ: | Okay. |
| 1491 | | |
| 1492 | VIDAL: | And the other ones I haven't memorized. |
| 1493 | | |
| 1494 | SA RUIZ: | Okay. |
| 1495 | | |
| 1496 | VIDAL: | Wait. I think I remembered one. |
| 1497 | | |
| 1498 | SA RUIZ: | Oh. |
| 1499 | | |
| 1500 | VIDAL: | I think. |
| 1501 | | |
| 1502 | SA RUIZ: | No, that's okay. |
| 1503 | | |
| 1504 | VIDAL: | Let me write this down. |
| 1505 | | |
| 1506 | SA RUIZ: | That will just help us keep this conversation straight, that's all. |
| 1507 | | |
| 1508 | VIDAL: | And I'm not 100 percent sure this is correct. I'm not sure if that was Gmail. I |
| 1509 | | just put little arrows saying I'm not sure if this is correct. |
| 1510 | | |
| 1511 | SA RUIZ: | Okay. That's fine. So we have the tablet, the two phones, the old Samsung in |
| 1512 | | the new Samsung. |
| 1513 | | |
| 1514 | VIDAL: | The iPod that was destroyed. |
| 1515 | | |
| 1516 | SA RUIZ: | The iPod that's destroyed. And then the old laptop. |
| 1517 | | |
| 1518 | VIDAL: | Mm-hmm. |
| 1519 | | |
| 1520 | SA RUIZ: | Any other - and of course, may be the memory cards within the devices, like, |
| 1521 | | is there a memory card in the tablet in the phones? |
| 1522 | | |
| 1523 | VIDAL: | The tablet, there should be, yes. |
| 1524 | | |
| 1525 | SA RUIZ: | Okay and it might've been saved in there as well it sounds like? |
| 1526 | | |
| 1527 | VIDAL: | I think I saved some before but I haven't downloaded a large amount of stuff. |
| 1528 | | |
| 1529 | SA RUIZ: | Okay. So it might be in there, it might not. |
| 1530 | | |

| 1531 | VIDAL: | Hopefully it's deleted. |
| 1532 | | |
| 1533 | SA RUIZ: | What about any other external devices, hard drives, thumb drives? |
| 1534 | | |
| 1535 | VIDAL: | I don't know, what's a thumb drive? |
| 1536 | | |
| 1537 | SA RUIZ: | You know, a little memory sticks. Just the small ones that go in, versus a big |
| 1538 | | hard drive. |
| 1539 | | |
| 1540 | VIDAL: | Oh, no - no - no, not even. I haven't used that. I've only used the memory - |
| 1541 | | memory sticks. |
| 1542 | | |
| 1543 | SA RUIZ: | Of the small, like, SD cards? Okay. What about the - there's a blue one, |
| 1544 | | there's a bigger one that's, like, usually in cameras, there are the regular SD |
| 1545 | | cards in your room. I don't know what your tablet takes, if some of them use |
| 1546 | | the micro SDs which are the real tiny ones, like, a thumbnail. Is that what |
| 1547 | | you're referring to? Those are the ones you - okay. Not the bigger ones that |
| 1548 | | are, like, in a camera? |
| 1549 | | |
| 1550 | VIDAL: | No. |
| 1551 | | |
| 1552 | SA RUIZ: | Like an old point and shoot? Okay. The online devices of course or at least |
| 1553 | | platforms, the Snapchat, Mega, which you may have an account. Dropbox you |
| 1554 | | do have an account. But think that you've deleted it. Have you ever - have you |
| 1555 | | ever met with anyone from Omegle or any other platform- |
| 1556 | | |
| 1557 | VIDAL: | No. |
| 1558 | | |
| 1559 | SA RUIZ: | in person to exchange child pornography or talk about... |
| 1560 | | |
| 1561 | VIDAL: | No, it was all online. |
| 1562 | | |
| 1563 | SA RUIZ: | It was all online? Okay. So you don't know anybody personally. |
| 1564 | | |
| 1565 | VIDAL: | Uh-uh. |
| 1566 | | |
| 1567 | SA RUIZ: | Okay. Have you ever shown anybody these images before in person? |
| 1568 | | |
| 1569 | VIDAL: | No. |
| 1570 | | |
| 1571 | SA RUIZ: | Okay. Just - just online trading images and that's it? |
| 1572 | | |
| 1573 | VIDAL: | Mm-hmm. |
| 1574 | | |
| 1575 | SA RUIZ: | Okay. Now, when forensics goes through the folders that were saved to the |

USA_000956

| | | |
|---|---|---|
| 1576 | | computer I - I don't want them to be what is described as sort of your |
| 1577 | | collection, although it was collected at one point. What was the age range in |
| 1578 | | which you are seeking online, in rough terms, meaning youngest to oldest and |
| 1579 | | what genre, boys, girls, you know, what was it that - that you were saving, |
| 1580 | | typically? |
| 1581 | | |
| 1582 | VIDAL: | So the ones that I was mostly saving were girls from, like, 10 and older. |
| 1583 | | |
| 1584 | SA RUIZ: | Okay. |
| 1585 | | |
| 1586 | VIDAL: | That's, um, I was, I don't know why I'm saying saving these things for but I |
| 1587 | | was, like, really into that stuff, you know, like I said, when I first saw it was a |
| 1588 | | 14-year-old that girl I didn't know about so I would say that was the age |
| 1589 | | mostly I was looking for. |
| 1590 | | |
| 1591 | SA RUIZ: | Okay. |
| 1592 | | |
| 1593 | VIDAL: | They - those are the ones that I was saving to my laptop and then that - that I |
| 1594 | | deleted. |
| 1595 | | |
| 1596 | SA RUIZ: | The old laptop? |
| 1597 | | |
| 1598 | VIDAL: | Mm-hmm. |
| 1599 | | |
| 1600 | SA RUIZ: | Okay. So as young as around 10? And then were we, like, as old as, like, 13, |
| 1601 | | like, pre-pubescent? No pubic hair, pubic hair, or what? |
| 1602 | | |
| 1603 | VIDAL: | Yeah. |
| 1604 | | |
| 1605 | SA RUIZ: | Okay - okay. So approximate age 10 to what? |
| 1606 | | |
| 1607 | VIDAL: | I've also seen some older. I'm not sure that also counts. |
| 1608 | | |
| 1609 | SA RUIZ: | Everything counts. I mean, I don't want to mischaracterize. You know, I'm |
| 1610 | | not here to make you look like somebody who's only interested in, you know, |
| 1611 | | infants. I'm here to tell the truth. |
| 1612 | | |
| 1613 | VIDAL: | Yeah. |
| 1614 | | |
| 1615 | SA RUIZ: | So 10 to what? When it relates to child pornography, because adult |
| 1616 | | pornography, you know, what you're into - you're into and there's - I'm the |
| 1617 | | last person to be judging you on things that are legal like that. And I'm not |
| 1618 | | here to judge you on anything, really, I'm just here to get the facts. But, when |
| 1619 | | it comes to the images depicting minors, either engaged in a sex act or |
| 1620 | | displaying themselves nude, lascivious display of the genitals, you know, |

| | | |
|---|---|---|
| 1621 | | close-ups of - of whether it's a penis or vagina or anus or whatever, 10 to |
| 1622 | | about what? |
| 1623 | | |
| 1624 | VIDAL: | 17. |
| 1625 | | |
| 1626 | SA RUIZ: | 17? Okay. And just girls? |
| 1627 | | |
| 1628 | VIDAL: | Mm-hmm. |
| 1629 | | |
| 1630 | SA RUIZ: | Okay. The images that you did save, were there any videos? |
| 1631 | | |
| 1632 | VIDAL: | There were, yes. |
| 1633 | | |
| 1634 | SA RUIZ: | Okay. |
| 1635 | | |
| 1636 | VIDAL: | There were videos. |
| 1637 | | |
| 1638 | SA RUIZ: | And what kind of videos, what are they engaged in - in the videos? |
| 1639 | | |
| 1640 | VIDAL: | Usually, like, masturbation, sometimes sex. Yeah, masturbation videos, |
| 1641 | | having sex, and pictures of, like, them showing themselves. |
| 1642 | | |
| 1643 | SA RUIZ: | Okay. So they are displaying themselves, they are engaged in sex acts. With |
| 1644 | | men, women, or just masturbation? |
| 1645 | | |
| 1646 | VIDAL: | Both. |
| 1647 | | |
| 1648 | SA RUIZ: | Okay. Adults? Or... |
| 1649 | | |
| 1650 | VIDAL: | Yes. |
| 1651 | | |
| 1652 | SA RUIZ: | ...minors, or both? |
| 1653 | | |
| 1654 | VIDAL: | Both. |
| 1655 | | |
| 1656 | SA RUIZ: | Okay. Vaginally, anal? |
| 1657 | | |
| 1658 | VIDAL: | Yes. |
| 1659 | | |
| 1660 | SA RUIZ: | Oral? |
| 1661 | | |
| 1662 | VIDAL: | Both. |
| 1663 | | |
| 1664 | SA RUIZ: | Okay. That's typical. Do you use encryption at all? |
| 1665 | | |

| 1666 | VIDAL: | No. |
| 1667 | | |
| 1668 | SA RUIZ: | No encrypted volumes? |
| 1669 | | |
| 1670 | VIDAL: | No. |
| 1671 | | |
| 1672 | SA RUIZ: | Okay. What about your browsers? What kind of browsers are you using? |
| 1673 | | |
| 1674 | VIDAL: | I've used Google Chrome. |
| 1675 | | |
| 1676 | SA RUIZ: | Okay, so Google Chrome? |
| 1677 | | |
| 1678 | VIDAL: | Most of, I would say 99 percent Google Chrome and I've used Internet |
| 1679 | | Explorer, like, 3 times. |
| 1680 | | |
| 1681 | SA RUIZ: | Okay. So Google Chrome preferred. Any, like, privacy, like, are you using |
| 1682 | | incognito or are you using? |
| 1683 | | |
| 1684 | VIDAL: | Incognito. |
| 1685 | | |
| 1686 | SA RUIZ: | Okay. Do you save any of these chats, other than what was on your - on your |
| 1687 | | iPod that one time, did you - do you save any of these chats, or are you just |
| 1688 | | copying and pasting links to emails? |
| 1689 | | |
| 1690 | VIDAL: | Yeah, copying - copy and paste the links. |
| 1691 | | |
| 1692 | SA RUIZ: | Okay, so you're not screen shotting? |
| 1693 | | |
| 1694 | VIDAL: | Uh-uh. |
| 1695 | | |
| 1696 | SA RUIZ: | On any of that? |
| 1697 | | |
| 1698 | VIDAL: | I probably - I know that I've saved some conversations, but I don't recall what |
| 1699 | | the conversations were about. |
| 1700 | | |
| 1701 | SA RUIZ: | Okay. Do you recall why you saved them? |
| 1702 | | |
| 1703 | VIDAL: | I guess because they were interesting or because they probably had - I think I |
| 1704 | | probably saved conversations that had the links because I... |
| 1705 | | |
| 1706 | SA RUIZ: | To go to them later? |
| 1707 | | |
| 1708 | VIDAL: | Yeah. |
| 1709 | | |
| 1710 | SA RUIZ: | Okay. Any other devices that you can think of? Hidden, wireless drives, I |

| | | |
|---|---|---|
| 1711 | | mean, there's a whole team in there. They're going to conduct a search and |
| 1712 | | I'm hoping that there isn't anything you, like, forget about because I don't |
| 1713 | | want to have to, like, revisit conversations later on and have this awkward, |
| 1714 | | you know, I don't know that you're telling me the whole truth kind of spiel. |
| 1715 | | Any - any - anything else that you can think of that has this - that ever had this |
| 1716 | | kind of material on it that we haven't already discussed? |
| 1717 | | |
| 1718 | VIDAL: | I don't think so. I don't recall any other... |
| 1719 | | |
| 1720 | SA RUIZ: | Never went on Omegle on your school laptops? |
| 1721 | | |
| 1722 | VIDAL: | No. |
| 1723 | | |
| 1724 | SA RUIZ: | Okay. |
| 1725 | | |
| 1726 | VIDAL: | Hold on here so, for my school laptops, I did just for a conversation but never |
| 1727 | | to, like, download anything. |
| 1728 | | |
| 1729 | SA RUIZ: | Okay. What kind of conversations though? Were they involved, like, CP |
| 1730 | | conversations? Child pornography conversations but you didn't go to the... |
| 1731 | | |
| 1732 | VIDAL: | No, just regular conversations. |
| 1733 | | |
| 1734 | SA RUIZ: | On Omegle? |
| 1735 | | |
| 1736 | VIDAL: | Mm-hmm. |
| 1737 | | |
| 1738 | SA RUIZ: | Okay. What kind of - what are the regular conversations? Because those are |
| 1739 | | important to. What our regular conversations on Omegle about? |
| 1740 | | |
| 1741 | VIDAL: | So, regular would be, like, talking to people, like, how are you, you know, |
| 1742 | | where are you from? |
| 1743 | | |
| 1744 | SA RUIZ: | Okay. |
| 1745 | | |
| 1746 | VIDAL: | Just regular conversations. |
| 1747 | | |
| 1748 | SA RUIZ: | With just strangers? |
| 1749 | | |
| 1750 | VIDAL: | Yeah, with strangers. |
| 1751 | | |
| 1752 | SA RUIZ: | Okay, anonymous. |
| 1753 | | |
| 1754 | VIDAL: | Mm-hmm. |
| 1755 | | |

| | | |
|---|---|---|
| 1756<br>1757<br>1758<br>1759 | SA RUIZ: | And so I can separate it, what is the school laptops? What is it? I know you have three, pick one of them. What's the first one? Was it a Gateway, is it a Dell? |
| 1760<br>1761 | VIDAL: | It's a Dell. |
| 1762<br>1763 | SA RUIZ: | Okay. |
| 1764<br>1765<br>1766 | VIDAL: | Another one's a Chromebook and the other one is, I think it's a Dell as well. My old laptop. |
| 1767<br>1768 | SA RUIZ: | Okay. |
| 1769<br>1770 | VIDAL: | I mean it's the school's old laptop. |
| 1771<br>1772 | SA RUIZ: | The school's old - okay. Is that one that - do they all function? |
| 1773<br>1774 | VIDAL: | Yes. |
| 1775<br>1776 | SA RUIZ: | Is there a reason why you have three versus just one? |
| 1777<br>1778<br>1779 | VIDAL: | Well, I'm brought all of them from school just, you know, so I could have them with me and two of them I use. |
| 1780<br>1781 | SA RUIZ: | Okay. |
| 1782<br>1783 | VIDAL: | The other ones, like, an old one which is really - really slow. |
| 1784<br>1785 | SA RUIZ: | Okay. So there's an old - I think you said the old Dell? |
| 1786<br>1787 | VIDAL: | Mm-hmm. |
| 1788<br>1789<br>1790 | SA RUIZ: | Okay. And so you use the Chromebook and the Dell currently. Are they in the same bag? Are they - you keep... |
| 1791<br>1792 | VIDAL: | In the same bag. |
| 1793<br>1794<br>1795 | SA RUIZ: | Okay. Storage devices with them as well? Do you have external media with them, like, a external hard drive or anything? |
| 1796<br>1797 | VIDAL: | No. For the school laptops? No. |
| 1798<br>1799 | SA RUIZ: | Okay. What about passwords for those so they can preview them and... |
| 1800 | VIDAL: | Yes. |

| | | |
|---|---|---|
| 1801 | | |
| 1802 | SA RUIZ: | What is it? |
| 1803 | | |
| 1804 | VIDAL: | They both have passwords. |
| 1805 | | |
| 1806 | SA RUIZ: | That's the one you gave me earlier? The, let me make sure I have it. |
| 1807 | | |
| 1808 | VIDAL: | The J-E-M. |
| 1809 | | |
| 1810 | SA RUIZ: | J-E-M-P-N-M-F-23.1? |
| 1811 | | |
| 1812 | VIDAL: | Yes. |
| 1813 | | |

1814    SA RUIZ:    In fact, I'll have - let me have you write that to just so I jack that up. Thank
1815                you. Okay. So forensics will look at some of the devices. Some of the stuff
1816                they may not be able to preview here but they're going to try. What - we
1817                talked about briefly, initially, was my intent to try to take over or desire to
1818                take over the accounts used for trading images involving child pornography.
1819                Some of these platforms have and to end encryption. Do you know what that
1820                is?

1821

1822    VIDAL:      No.

1823

1824    SA RUIZ:    So that only the user and the recipient actually get the contents and, like, in a
1825                file, like, an image file for example if there is metadata, meaning GPS
1826                coordinates or make and model of the camera or even registration information
1827                of the camera, that information is in a photo that is only visible by the sender
1828                and the receiver. It isn't something I can intercept as it's being transmitted and
1829                so that's why taking over accounts is helpful. If a few of the users - and I
1830                expect, if you've never met these people in person, I wouldn't expect you to
1831                know who these people are. We have a handful of users that we are trying to
1832                identify who we believe not only are producing material but are profiteering
1833                from it. Meaning they are sending this material out and sending it with links
1834                and actually making money off of these referrals. So these are some of the
1835                people we want to identify and locate and a lot of times the way we do that is
1836                people liked yourself who have already engaged users and earned the trust of
1837                people who are engaging in this type of trading we take over their accounts.
1838                It's completely voluntary. It's something that you make that decision on your
1839                own if you allow us to do it. But what we do is we will go into the account,
1840                we would sign in, pretend to be you and try to gather that data and and exploit
1841                it. It would require, like, let's take Snapchat for example. The one account,
1842                the, I think you said, Josh1, you know, what was it?

1843

1844    VIDAL:      Josh 7.

1845

| | | |
|---|---|---|
| 1846 | SA RUIZ: | Josh7CSUSB1, the password, if it was registered with an email, you know, we |
| 1847 | | don't necessarily need the email to access it but we would need to - want to |
| 1848 | | change it - we would change the password so you would have no access to |
| 1849 | | that account from this day forward nor would you be held accountable for the |
| 1850 | | - for the activity that took place from that point forward. But we would exploit |
| 1851 | | that and we would search for people who were - who were profiteering in |
| 1852 | | engaging in this kind of behavior as well. It sounds like there were quite a few |
| 1853 | | handles and we do work with some companies like Kik in Snapchat to recover |
| 1854 | | shutdown accounts for that purpose so that we can open them back up and |
| 1855 | | pretend to be those people. But it does require your consent or the account |
| 1856 | | holder's consent to do that. That form I have. Take your time looking at it. If |
| 1857 | | it's something you are comfortable with letting us do what I would do then is |
| 1858 | | we would put the account here because, you know, you can have an account |
| 1859 | | and then register an email address. If the email address is not associated with |
| 1860 | | child pornography, I have no interest in taking it over. But, like, you know, we |
| 1861 | | would put Snapchat and we would use the username. It would say |
| 1862 | | Joshua7CSUSB1 and then we would need the password. Once I log into it you |
| 1863 | | would have no access to that account from here on out and likely never hear |
| 1864 | | about what happens from this point forward. Which is another reason why that |
| 1865 | | warrant that you have a sealed. The contents of the investigation is not public. |
| 1866 | | And it's - I do that for a reason because I'm hoping people who are in your |
| 1867 | | situation do cooperate because I don't want anybody else to find out that this |
| 1868 | | is how we got to you. Okay? Or that that's how we found them is going back |
| 1869 | | to, you know, from this search warrant here. I want to keep it private. But that |
| 1870 | | is something that we do. In many cases, it's how we identify the more |
| 1871 | | egregious individuals who are involved in hands-on offenses. So that |
| 1872 | | something that all have you look at and if you're comfortable with I have |
| 1873 | | multiple forms because it sounds like you have multiple accounts we could do |
| 1874 | | multiple sheets here. But Kik and Snapchat, Omegle I don't think there is an |
| 1875 | | account you - you... |
| 1876 | | |
| 1877 | VIDAL: | No. |
| 1878 | | |
| 1879 | SA RUIZ: | ...you create as much as you just login with a name. But that is something to |
| 1880 | | kind of consider. Before he move on to this, let me ask you have you ever |
| 1881 | | been accused of any inappropriate contact or had inappropriate contact with |
| 1882 | | any minors? Okay. Now some of the stuff we know. Some of the stuff we |
| 1883 | | know about, okay? I appreciate you at least being honest about it upfront, |
| 1884 | | okay? It's sort of the kind of come to Jesus talk we have and so I'm hoping |
| 1885 | | kind of like a Band-Aid will just rip this off and get it - get it over with a we |
| 1886 | | can move on, okay? Go ahead and - when was it, how did it start, and what's |
| 1887 | | happened since? |
| 1888 | | |
| 1889 | VIDAL: | Well, it all started with that video. |
| 1890 | | |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 43

| | | |
|---|---|---|
| 1891 | SA RUIZ: | About, in early 19, 2019? Okay. |
| 1892 | | |
| 1893 | VIDAL: | And since I was just watching the video I got very curious about what it |
| 1894 | | would be like actual, talking with a minor. |
| 1895 | | |
| 1896 | SA RUIZ: | You said, I'm sorry, talking? Or? |
| 1897 | | |
| 1898 | VIDAL: | Yeah. |
| 1899 | | |
| 1900 | SA RUIZ: | Okay. |
| 1901 | | |
| 1902 | VIDAL: | I was curious about what it would be like to talking with a minor. |
| 1903 | | |
| 1904 | SA RUIZ: | Okay. |
| 1905 | | |
| 1906 | VIDAL: | When I first started having contact with minors and this was in my Snapchat. |
| 1907 | | |
| 1908 | SA RUIZ: | The Josh7CSUSB? |
| 1909 | | |
| 1910 | VIDAL: | Yeah, one of them and the other was the one that I told you. The other one |
| 1911 | | that I deleted. That one I, unfortunately, I've done that before. |
| 1912 | | |
| 1913 | SA RUIZ: | Okay. You met up? |
| 1914 | | |
| 1915 | VIDAL: | No, not met up. |
| 1916 | | |
| 1917 | SA RUIZ: | You just - you just talked? That's it? |
| 1918 | | |
| 1919 | VIDAL: | We talked and kinda sent and received images from her. |
| 1920 | | |
| 1921 | SA RUIZ: | Okay. You never met in person though? |
| 1922 | | |
| 1923 | VIDAL: | No. |
| 1924 | | |
| 1925 | SA RUIZ: | Okay. How old was - or what was the person's name? |
| 1926 | | |
| 1927 | VIDAL: | This happened, like, a long time ago. I want to say Ava was one of them, |
| 1928 | | Morgan... |
| 1929 | | |
| 1930 | SA RUIZ: | Ava Morgan? Or Ava and Morgan? |
| 1931 | | |
| 1932 | VIDAL: | No, Ava and Morgan. |
| 1933 | | |
| 1934 | SA RUIZ: | Okay. |
| 1935 | | |

| | | |
|---|---|---|
| 1936 | VIDAL: | And these are all people that I met on Omegle, all of them. |
| 1937 | | |
| 1938 | SA RUIZ: | Okay. How old is Ava? |
| 1939 | | |
| 1940 | VIDAL: | 16 I want to say. |
| 1941 | | |
| 1942 | SA RUIZ: | Okay, how old is Morgan? |
| 1943 | | |
| 1944 | VIDAL: | 15 or 16. |
| 1945 | | |
| 1946 | SA RUIZ: | Okay. What area are they from? |
| 1947 | | |
| 1948 | VIDAL: | They were from the United States. One of them from New Hampshire the |
| 1949 | | other one I don't remember what her state. |
| 1950 | | |
| 1951 | SA RUIZ: | And about how many videos just in general do you think you sent them and |
| 1952 | | they sent you, just in general, both nude and non-nude? |
| 1953 | | |
| 1954 | VIDAL: | I don't know. |
| 1955 | | |
| 1956 | SA RUIZ: | Okay. Now what about pornographic ones? About how many of those do we |
| 1957 | | have? I did a bad job with that. |
| 1958 | | |
| 1959 | DET RODRIGUEZ: | Sun is out here. |
| 1960 | | |
| 1961 | SA RUIZ: | Yeah, just a little bit. I just - I want to be able to pay attention to you. Sorry. A |
| 1962 | | little better. |
| 1963 | | |
| 1964 | VIDAL: | Those I don't know, but… |
| 1965 | | |
| 1966 | SA RUIZ: | Less then ten? More than 100? |
| 1967 | | |
| 1968 | VIDAL: | No. I don't think more than 100. No. I don't know. But I I've sent, like, all the |
| 1969 | | same ones. |
| 1970 | | |
| 1971 | SA RUIZ: | And what kind of images. Lets talk about - the images you sent, what are |
| 1972 | | those of? Like, of the pornographic ones, what did those depict? |
| 1973 | | |
| 1974 | VIDAL: | (Unintelligible)? |
| 1975 | | |
| 1976 | SA RUIZ: | So let's start with Ava. The images or videos that you sent, what were they |
| 1977 | | of? That are pornographic, what were they of? |
| 1978 | | |
| 1979 | VIDAL: | That I sent? Was of myself. |
| 1980 | | |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 45

| | | |
|---|---|---|
| 1981 | SA RUIZ: | Okay. Penis, buttocks, what? |
| 1982 | | |
| 1983 | VIDAL: | Penis. |
| 1984 | | |
| 1985 | SA RUIZ: | Okay. Just - just erect? And - or are you masturbating in them? Or? |
| 1986 | | |
| 1987 | VIDAL: | Okay. Are they - are they videos you sent? |
| 1988 | | |
| 1989 | VIDAL: | (Unintelligible) |
| 1990 | | |
| 1991 | SA RUIZ: | Okay. Did she reply with similar? |
| 1992 | | |
| 1993 | VIDAL: | Sometimes. |
| 1994 | | |
| 1995 | SA RUIZ: | Okay. Now, on Snapchat you can see that it's pulled from the gallery versus |
| 1996 | | being live, all right? Are - is she providing you with live responses, or from a |
| 1997 | | gallery? |
| 1998 | | |
| 1999 | VIDAL: | Live - sometimes live. |
| 2000 | | |
| 2001 | SA RUIZ: | Sometimes live? Okay. So you know you weren't talking to another man? |
| 2002 | | |
| 2003 | VIDAL: | Yeah. |
| 2004 | | |
| 2005 | SA RUIZ: | Okay. Because that happens a lot too. Okay. Now, when - when I look at these |
| 2006 | | conversations, when - when Snapchat, as you know, the conversation may |
| 2007 | | disappear from the users but Snapchat has the ability to pull the stuff up and |
| 2008 | | does and often retains it. When I look at these images or these uh, these uh |
| 2009 | | conversations are these conversations that - are you asking for her for very |
| 2010 | | specific videos? Does she do things for you and them? Like, are you asking |
| 2011 | | her, hey, send me a video of you... |
| 2012 | | |
| 2013 | VIDAL: | I've, I've. I have asked that. |
| 2014 | | |
| 2015 | SA RUIZ: | Okay. So you've asked her to - to masturbate? We'll talk about Ava. You've |
| 2016 | | asked her to send you a video of her masturbating? Have you ever asked her |
| 2017 | | to do anything else, like, involve her brother or sister? Penetrate herself with |
| 2018 | | an object? |
| 2019 | | |
| 2020 | VIDAL: | No. No, I don't think I've done that. |
| 2021 | | |
| 2022 | SA RUIZ: | Okay. Involve herself with an animal? For example or things like that or meet |
| 2023 | | you somewhere or as far as the totality of these conversations, has it just been |
| 2024 | | you asking her for pornographic material? |
| 2025 | | |

| 2026 | VIDAL: | Mm-hmm. |
|---|---|---|
| 2027 | | |
| 2028 | SA RUIZ: | And just regular conversation? Okay. |
| 2029 | | |
| 2030 | VIDAL: | I have a quick question. |
| 2031 | | |
| 2032 | SA RUIZ: | Yeah. |
| 2033 | | |

2034     VIDAL:     I'll be honest with you, like, I've been wanting to stop with this for, like, the
2035                               longest and now that, you know, this has been like really serious, like, I for
2036                               sure I want - I want to completely stop it and completely stop with everything.
2037                               I know that what I've done is absolutely wrong and I hope you guys give me,
2038                               like, I don't want to say second chances but, like, for a person to, like, change
2039                               completely. And I was just hoping, like, I really don't want this to go into,
2040                               like, prison or jail kind of thing. Is it going to be one of those cases?
2041

2042     SA RUIZ:     That's not my decision to make and kind of how I talked to you initially, you
2043                               know, whether or not a prosecutor moves forward is not my decision. I have a
2044                               job to make sure that I represent the facts accurately. I'm not here to make you
2045                               look like anything that you aren't. You know what I mean? So the
2046                               conversations that we talk about, although I have to write a report on it, it's
2047                               not in anyone's interest to misrepresent these facts. And so I want to be clear
2048                               about that. What I want to - and I think were having is an open discussion and
2049                               honest discussion so that things that are on that computer that show what were
2050                               talking about I'm hoping their consistent. I have no reason to disbelieve you.
2051                               That could go a long way for somebody who has to make the decision as to
2052                               whether or not to move forward and prosecute. We often hear what you're
2053                               telling us is, hey, I want to change. I want to do this. And then I can't tell you
2054                               - and I'm sure you - Rodriguez here has come across this where in a month we
2055                               get more - we get more leads on the same guy who told me, hey, I want to
2056                               stop. I want to do this and then they never sought counseling, they lied during
2057                               the interview after we found out on their devices all these other things that
2058                               they were engaged in. So, you know, I am not going to assume that you are
2059                               like anybody else. You are you. And I'm going to give you the benefit of the
2060                               doubt until we see what forensics has and if it's consistent, that information
2061                               gets relayed to those prosecutors that make that decision as to whether or not
2062                               to move forward. So, in my opinion, I think it's helpful to be open and frank
2063                               with this information. Because I think appearing to be inconsistent or lying
2064                               about it only makes things worse, as I've told you. I'd rather have you not say
2065                               anything than, you know, lie about it. When it comes to Morgan, and it sounds
2066                               like you are remorseful, and that's something that also has to get relayed to
2067                               those people is where well. You know, it's not like I'm dealing with a guy
2068                               who says, you know, we should be able to marry infants. I've had that
2069                               conversation before to. You know, it's not the same. Were talking apples and
2070                               oranges here. When it comes to Morgan similar types of conversations?

| | | |
|---|---|---|
| 2071 | | You're just asking her for news and it sounds like she sent - did she also send |
| 2072 | | live images or videos? Okay. Did you save those anywhere? |
| 2073 | | |
| 2074 | VIDAL: | I've - I've saved them to the phone but I deleted them. |
| 2075 | | |
| 2076 | Q2: | Your old phone? Okay. You didn't back them up anywhere? |
| 2077 | | |
| 2078 | VIDAL: | No. |
| 2079 | | |
| 2080 | SA RUIZ: | Because I'll tell you, in 14 years, I mean, people who have obtained, created, |
| 2081 | | or produced material like that from somebody that you know. Because I'm |
| 2082 | | sure you talked to these girls regularly for a while. That stuff is usually kept |
| 2083 | | somewhere. And it's common - it's often that that happens. I just want to |
| 2084 | | make sure you're being honest with me about it. It's not saved anywhere else? |
| 2085 | | It's not in a thumb drive or a memory card as far as you know? |
| 2086 | | |
| 2087 | VIDAL: | I deleted it. |
| 2088 | | |
| 2089 | SA RUIZ: | Okay did you save it to a folder, like, Morgan and Ava? |
| 2090 | | |
| 2091 | VIDAL: | I - I've done that in my old laptop. |
| 2092 | | |
| 2093 | SA RUIZ: | Okay. The one that you deleted from the recycle bin? Those folders of Ava |
| 2094 | | and Morgan have been deleted? |
| 2095 | | |
| 2096 | VIDAL: | I didn't. I saved them to those laptops and I deleted them. |
| 2097 | | |
| 2098 | SA RUIZ: | Mm-hmm. |
| 2099 | | |
| 2100 | VIDAL: | And, you know, being upfront they're not the only ones that I've talked to. |
| 2101 | | There were several. |
| 2102 | | |
| 2103 | SA RUIZ: | It's - it's - it's not - it shouldn't be happening, right? It's, you know, against |
| 2104 | | the law to do that. That I also understand that, you know, we have often |
| 2105 | | conversations with minors who engage in this conduct themselves. So, it's |
| 2106 | | something that I'm familiar with. What are these other kids names? That you |
| 2107 | | know of? |
| 2108 | | |
| 2109 | VIDAL: | I can't recall the other ones. |
| 2110 | | |
| 2111 | SA RUIZ: | How many approximately, you think? |
| 2112 | | |
| 2113 | VIDAL: | I'll be honest with you, like, over the course of, like, since January to, like, |
| 2114 | | this day, like, a lot. I don't know how many. |
| 2115 | | |

| | | |
|---|---|---|
| 2116<br>2117<br>2118 | SA RUIZ: | More than - that you've got to produce material for you? Like that sent you masturbation videos or nude videos? |
| 2119<br>2120 | VIDAL: | Yeah. |
| 2121<br>2122 | SA RUIZ: | Okay. More than 50? Okay. More than 100? |
| 2123<br>2124 | VIDAL: | I know. |
| 2125<br>2126 | SA RUIZ: | Okay. It's just been a lot? |
| 2127<br>2128 | VIDAL: | Yeah. |
| 2129<br>2130 | SA RUIZ: | Okay. |
| 2131<br>2132 | VIDAL: | Yeah. I never kept track. |
| 2133<br>2134<br>2135 | SA RUIZ: | Okay. Were these being saved to a specific folder every single time? Or to an account? |
| 2136<br>2137<br>2138<br>2139 | VIDAL: | I would save them, but never to an account. Like, I would save them to my phone and I would keep them saved for a bit and then I would delete - I deleted them. |
| 2140<br>2141<br>2142 | SA RUIZ: | Okay. These - these ones, not Ava and Morgan but all the other ones, are they on the Snapchat account you currently logged into? |
| 2143<br>2144 | VIDAL: | I think so. |
| 2145<br>2146 | SA RUIZ: | Or some. |
| 2147<br>2148<br>2149 | SA RUIZ: | They were in the - that one, those two that I mentioned to you about that were deleted. |
| 2150<br>2151 | SA RUIZ: | Okay. |
| 2152<br>2153 | VIDAL: | Also in the other ones that I had. |
| 2154<br>2155 | SA RUIZ: | So there's the FirstLast6543. |
| 2156<br>2157 | VIDAL: | That one I don't think I've ever contacted - I think I have. |
| 2158<br>2159 | SA RUIZ: | Okay. |
| 2160 | VIDAL: | But I'm not 100 percent sure. |

| | | |
|---|---|---|
| 2161 | | |
| 2162 | SA RUIZ: | But epic Joshua or EPIC.JOSHUA2020 is the one you think that the phone is |
| 2163 | | currently logged into? Do you think some of those girls around there? Okay. |
| 2164 | | When was the last conversation you had with one of those girls you think? |
| 2165 | | Was this the one you were talking about from last week? |
| 2166 | | |
| 2167 | VIDAL: | The Ava one and the Morgan one that was from last year. |
| 2168 | | |
| 2169 | SA RUIZ: | Okay. But as far as the girls that have sent you stuff, you know, you've asked |
| 2170 | | them for videos, is that on the EPIC.JOSHUA as well? |
| 2171 | | |
| 2172 | VIDAL: | That's one of them. |
| 2173 | | |
| 2174 | SA RUIZ: | Okay. And that was as recently as last week? |
| 2175 | | |
| 2176 | VIDAL: | Of this week. |
| 2177 | | |
| 2178 | SA RUIZ: | Of this week? |
| 2179 | | |
| 2180 | VIDAL: | Yeah, within the last 7 days. |
| 2181 | | |
| 2182 | SA RUIZ: | Okay. Any other accounts you can think of then, that that material might be on |
| 2183 | | there? |
| 2184 | | |
| 2185 | VIDAL: | Yes. |
| 2186 | | |
| 2187 | SA RUIZ: | Okay. |
| 2188 | | |
| 2189 | VIDAL: | I'm trying to think of the name right now. Oh, JOSUELEGEND123. I think. |
| 2190 | | |
| 2191 | SA RUIZ: | JOSUELEGEND? |
| 2192 | | |
| 2193 | VIDAL: | Mm-hmm. 123. |
| 2194 | | |
| 2195 | SA RUIZ: | 123, okay. |
| 2196 | | |
| 2197 | VIDAL: | And those are accounts that I have used. |
| 2198 | | |
| 2199 | SA RUIZ: | Are you using your devices to record, like, on Snapchat so that they don't - I |
| 2200 | | think you know what I'm going to say because it happens all the time. Go |
| 2201 | | ahead. |
| 2202 | | |
| 2203 | VIDAL: | Yeah, I've recorded them. |
| 2204 | | |
| 2205 | SA RUIZ: | Okay. From one device to another? Are we talking about using the Samsung? |

| 2206 | | Okay. Where are those images that now, that you recorded? |
| 2207 | | |
| 2208 | VIDAL: | I - I want to say I deleted them. I'm not sure if I deleted them this week or |
| 2209 | | sometime last week. |
| 2210 | | |
| 2211 | SA RUIZ: | Okay. When you say deleted, are you still talking about having wiped the |
| 2212 | | phone are we kind of talking about something different now? Because you |
| 2213 | | said you wiped it... |
| 2214 | | |
| 2215 | VIDAL: | No, I wiped it from the phone. |
| 2216 | | |
| 2217 | SA RUIZ: | Okay. So you deleted it from the phone. You didn't wipe the phone, like, a |
| 2218 | | factory reset, if you will? |
| 2219 | | |
| 2220 | VIDAL: | No. |
| 2221 | | |
| 2222 | SA RUIZ: | Okay. So the Samsung still operates. It's not wiped, right? It's just certain |
| 2223 | | things have been removed from it - it sounds like? Okay. So you are using |
| 2224 | | your Samsung S7 to engage the conversation and then your S6 is what your |
| 2225 | | recording with, or the old Samsung? |
| 2226 | | |
| 2227 | VIDAL: | No - no - no. With the phone itself I record. |
| 2228 | | |
| 2229 | SA RUIZ: | Oh, screen - your screen recording? |
| 2230 | | |
| 2231 | VIDAL: | Mm-hmm. |
| 2232 | | |
| 2233 | SA RUIZ: | Okay. So those get saved to your gallery, all right? Or does get saved to your |
| 2234 | | photos and those might be on the memory card or on the phone itself? |
| 2235 | | |
| 2236 | VIDAL: | I would have saved them there. |
| 2237 | | |
| 2238 | SA RUIZ: | If they're still on there. |
| 2239 | | |
| 2240 | VIDAL: | Yeah but I - I hope - I want to say I deleted it. I hope I deleted it. |
| 2241 | | |
| 2242 | SA RUIZ: | Okay and that is on the new phone, the old phone, or both? That was a |
| 2243 | | practice you did on both phones? |
| 2244 | | |
| 2245 | VIDAL: | The new one. |
| 2246 | | |
| 2247 | SA RUIZ: | On the new phone? Okay. Is there only one user profile on there, or do you |
| 2248 | | have multiple users on your - your Samsung? |
| 2249 | | |
| 2250 | VIDAL: | What you mean? |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 51

| | | |
|---|---|---|
| 2251 | | |
| 2252 | SA RUIZ: | Like, do you have, you know, you can have multiple logins., like, you could |
| 2253 | | have one phone... |
| 2254 | | |
| 2255 | VIDAL: | Oh, yes. |
| 2256 | | |
| 2257 | SA RUIZ: | You do have multiple? |
| 2258 | | |
| 2259 | VIDAL: | (unintelligible). |
| 2260 | | |
| 2261 | SA RUIZ: | Okay. So the one that we are talking about where this material is on, what user |
| 2262 | | profile is that one on? Like, doesn't have a special name? Is it the host way |
| 2263 | | user or is it a different name? Because you could change - on your phone you |
| 2264 | | have different logins. You could use one as Josue when you type in your |
| 2265 | | password it goes to this, it opens up everything, and then you can swipe and |
| 2266 | | go to a different user, right? Are you following? Maybe I'm just doing a really |
| 2267 | | bad job at explaining this. One phone can have multiple accounts. Not Internet |
| 2268 | | accounts, but I'm talking actual, you type in your password and it opens up a |
| 2269 | | platform, right? The password that you gave me, the 84 - 8237, that goes into |
| 2270 | | one user profile on your phone, right? Like, you have your phone, you have |
| 2271 | | your contacts list, you have all your apps. And then there's a way to change it |
| 2272 | | to, like, a hidden or alternate user. Or do you only have the one user on your |
| 2273 | | phone? |
| 2274 | | |
| 2275 | VIDAL: | No, so on my phone, the Samsung, allows me to have, like, to accounts at the |
| 2276 | | same time and I'm logged into both. |
| 2277 | | |
| 2278 | SA RUIZ: | On? Okay. So do you have - so when you login to Snapchat on one user |
| 2279 | | account how do you get to the other? Do you have to switch users on your? |
| 2280 | | |
| 2281 | VIDAL: | Switch windows. |
| 2282 | | |
| 2283 | SA RUIZ: | Switch windows, that's what... |
| 2284 | | |
| 2285 | VIDAL: | Switch apps. Because there - okay, so, Samsung has their regular Snapchat |
| 2286 | | and then you can download a 2nd Snapchat app. |
| 2287 | | |
| 2288 | SA Ruiz: | Okay. It's different from the first Snapchat app? |
| 2289 | | |
| 2290 | VIDAL: | Yes. |
| 2291 | | |
| 2292 | SA RUIZ: | It's a android specialized dual app? |
| 2293 | | |
| 2294 | VIDAL: | Yeah, a dual app. |
| 2295 | | |

| | | |
|---|---|---|
| 2296<br>2297<br>2298<br>2299<br>2300<br>2301<br>2302 | SA RUIZ: | Okay. Now I'm following you. Okay. Both of those different accounts or you have two different accounts logged in at the same time? Is that what you're saying? Okay. And then you're using the on-screen or device built in recording software to capture that? Okay. The two accounts that we are talking about on these different apps, these different Snapchat apps, are these the EPIC.JOSH2020 and JOSUELEGEND123? |
| 2303<br>2304 | VIDAL: | I think. |
| 2305<br>2306 | SA RUIZ: | Okay. |
| 2307<br>2308 | VIDAL: | I think so, or I could be using the FirstLast one. |
| 2309<br>2310<br>2311<br>2312 | SA RUIZ: | Or the FirstLast6543? Okay. There is content saved in there. It doesn't - does it alert them on - I'm not familiar, because they change these android apps all the time. Does it alert the user of the screen recording? |
| 2313<br>2314 | VIDAL: | I don't know. I don't think so. |
| 2315<br>2316 | SA RUIZ: | They haven't told you? At least, hey, why are you screen shotting? |
| 2317<br>2318 | VIDAL: | (Unintelligible). |
| 2319<br>2320<br>2321<br>2322 | SA RUIZ: | It will put it in the conversation if it identifies it. Okay. As far as you know, they are not? Okay. Now, what do you do with these - these images are these videos that you've created? |
| 2323<br>2324<br>2325 | VIDAL: | So the ones that I've had I would just save them for myself. Like, I don't think I've ever shared them with anyone. |
| 2326<br>2327 | SA RUIZ: | Okay. |
| 2328<br>2329<br>2330 | VIDAL: | Because, you know, they are - I would say they were - they were personal ones. So I would keep them saved. |
| 2331<br>2332<br>2333<br>2334<br>2335 | SA RUIZ: | And before we move on, what's the youngest of the ones you recorded, like, person depicted? And what's the oldest? Are we talking - so the youngest user you've spoken to them got to produce an image of themselves masturbating is 10 and then it goes up to about you said 16? |
| 2336<br>2337 | VIDAL: | 17. |
| 2338<br>2339<br>2340 | SA RUIZ: | Okay. Any of these girls local? Do you - have you any of them within the area or that you know personally or? |

USA_000973

| 2341 | VIDAL: | No, it's just that a lot of them, like, were from different - different places. |
| 2342 | | |
| 2343 | SA RUIZ: | Okay. |
| 2344 | | |
| 2345 | SA RUIZ: | Spanish-speaking? English-speaking- |
| 2346 | | |
| 2347 | VIDAL: | Yeah. |
| 2348 | | |
| 2349 | SA RUIZ: | Both? Okay. Now, mainly it would be, you know, for obvious reasons |
| 2350 | | concerned about the younger side. Any of these girls, from the 10-year-old on |
| 2351 | | up to the 16-year-old, aside from them just masturbating, what else have you |
| 2352 | | asked them to do? |
| 2353 | | |
| 2354 | VIDAL: | Just show parts of themselves. |
| 2355 | | |
| 2356 | SA RUIZ: | Okay, so just vagina, buttocks, and breasts? All girls? Okay. No - anything |
| 2357 | | specific about penetration? Like, are you telling them to… combs or |
| 2358 | | toothbrushes are things like that to direct them in what to do? I know... |
| 2359 | | |
| 2360 | VIDAL: | They would do that. |
| 2361 | | |
| 2362 | SA RUIZ: | They would? Okay. No animals, no family members, no nothing that involves |
| 2363 | | stuff like that? Okay. Because I just want to see - I'm trying to gauge how - |
| 2364 | | how the conversations when we see them are going to appear, if they're going |
| 2365 | | to be consistent with what you're saying or - or not. You know, I wanted to - |
| 2366 | | just wanted to get my head wrapped around it. Okay, you're not selling these |
| 2367 | | images? You're not trading them as far as - as far as we've talked about? You |
| 2368 | | haven't sent them out to anybody? |
| 2369 | | |
| 2370 | VIDAL: | Okay, so the - okay so let me explain. So the stuff, like, the links that people |
| 2371 | | have sent before, those are the ones that I would send. |
| 2372 | | |
| 2373 | SA RUIZ: | The ones you have received that - the images and videos by way of links or |
| 2374 | | even just images and videos ones on or, you know, onesies, you sent those |
| 2375 | | out. |
| 2376 | | |
| 2377 | VIDAL: | Mm-hmm. |
| 2378 | | |
| 2379 | SA RUIZ: | But the stuff that you've been involved in and say producing or creating with |
| 2380 | | this other people saving them as they come on your phone, those you have not |
| 2381 | | sent out, is that correct? |
| 2382 | | |
| 2383 | VIDAL: | No. |
| 2384 | | |
| 2385 | SA RUIZ: | Okay. And those are as young as 10 and up to 16, 17. No one you know |

| 2386 | | personally, they are not students are they? Okay. No one you've met up with? |
| 2387 | | Okay. Now have you ever been accused of inappropriate contact with a |
| 2388 | | minor? Your brother - your brother said he found an uncomfortable, you |
| 2389 | | know, Omegle communication. But has anybody come forward and filed or |
| 2390 | | made aware... |
| 2391 | | |
| 2392 | VIDAL: | No. |
| 2393 | | |
| 2394 | SA RUIZ: | ...to you that, hey, I know what you're doing or, I believe you're doing |
| 2395 | | something, like, engaged in inappropriate conduct with kids. Have you ever |
| 2396 | | been accused of that? |
| 2397 | | |
| 2398 | VIDAL: | No (unintelligible). |
| 2399 | | |
| 2400 | SA RUIZ: | Okay. Have you ever had, aside from these images we talked about, have you |
| 2401 | | ever had inappropriate physical contact with the child? |
| 2402 | | |
| 2403 | VIDAL: | No. |
| 2404 | | |
| 2405 | SA RUIZ: | Have you ever, you know, heavy petting or kissing or just inappropriate |
| 2406 | | touching about the clothes, under the clothes, with any minor ever? |
| 2407 | | |
| 2408 | VIDAL: | (Unintelligible). |
| 2409 | | |
| 2410 | SA RUIZ: | No? Okay. Aside - and I note your employed at a middle school, but aside |
| 2411 | | from just the middle school involvement with kids, do you have any outside |
| 2412 | | involvement with kids? Do you mentor? Do you - are you a youth pastor? Do |
| 2413 | | you coach? Do anything like that? |
| 2414 | | |
| 2415 | VIDAL: | No. |
| 2416 | | |
| 2417 | SA RUIZ: | Okay. Aside from what we have talked about right now, is there anything that |
| 2418 | | we should know that we haven't learned from you yet because we haven't |
| 2419 | | asked? Anything you can think of where it's, like, you know what, John, look, |
| 2420 | | just I want to be upfront about this. You're probably going to find this on my |
| 2421 | | laptop, this on my computer, this on my thumb drive, this on my, whatever. |
| 2422 | | Let me just address this now. |
| 2423 | | |
| 2424 | VIDAL: | Oh! Okay, I am most forgot to mention. Unfortunately, I've also have an |
| 2425 | | Instagram account. |
| 2426 | | |
| 2427 | SA RUIZ: | Okay. |
| 2428 | | |
| 2429 | VIDAL: | I have it as well. |
| 2430 | | |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 55

| 2431 | SA RUIZ: | And his Instagram another platform that you've engaged in this material? |
| 2432 | | Okay. When was last time on Instagram? |
| 2433 | | |
| 2434 | VIDAL: | Yesterday. |
| 2435 | | |
| 2436 | SA RUIZ: | Okay. And the stuff that happened yesterday, what was it? |
| 2437 | | |
| 2438 | VIDAL: | I, um, masturbated for a girl. |
| 2439 | | |
| 2440 | SA RUIZ: | Okay. What was her name? |
| 2441 | | |
| 2442 | VIDAL: | I don't know. |
| 2443 | | |
| 2444 | SA RUIZ: | Oh, you don't know? |
| 2445 | | |
| 2446 | VIDAL: | I think it's - I don't know the name. |
| 2447 | | |
| 2448 | SA RUIZ: | Okay. |
| 2449 | | |
| 2450 | VIDAL: | I can't think of it. I can't think straight right now, I'm sorry. |
| 2451 | | |
| 2452 | SA RUIZ: | No, it's - take your time. Was it live? |
| 2453 | | |
| 2454 | VIDAL: | Yes. |
| 2455 | | |
| 2456 | SA RUIZ: | Okay. And how old was she? |
| 2457 | | |
| 2458 | VIDAL: | 11. |
| 2459 | | |
| 2460 | SA RUIZ: | Okay. You know where she was at? Like, where she lived or? |
| 2461 | | |
| 2462 | VIDAL: | I don't remember where. She told me, but I don't remember. But she was not |
| 2463 | | from California. |
| 2464 | | |
| 2465 | SA RUIZ: | Okay. Did you record this conversation as well? |
| 2466 | | |
| 2467 | VIDAL: | It's saved. I mean, it's not saved I'm just saying. It's - it's - the conversation, |
| 2468 | | like, it's already saved. Not sure how to explain that. |
| 2469 | | |
| 2470 | SA RUIZ: | You mean, it's - it's in the account? |
| 2471 | | |
| 2472 | VIDAL: | Yeah. |
| 2473 | | |
| 2474 | SA RUIZ: | Okay. Did you - but when I say live, meaning you know how you can do |
| 2475 | | video? |

USA_000976

| | | |
|---|---|---|
| 2476 | | |
| 2477 | VIDAL: | Mm-hmm. |
| 2478 | | |
| 2479 | SA RUIZ: | You know, like, face time for example if you're on your iPhone or Facebook |
| 2480 | | has a live feature, is that what you are engaging in on her? Okay. Did you |
| 2481 | | record - screen record that though? |
| 2482 | | |
| 2483 | VIDAL: | No. |
| 2484 | | |
| 2485 | SA RUIZ: | Okay. So you don't - did you record her doing anything? |
| 2486 | | |
| 2487 | VIDAL: | No. |
| 2488 | | |
| 2489 | SA RUIZ: | No? So when you say the conversation is recorded, do you mean it's just in |
| 2490 | | the account still? You can pull it up? Okay. Which account is that on |
| 2491 | | Instagram? |
| 2492 | | |
| 2493 | VIDAL: | I don't know the name of it but I think it's - let me see if I can think of it. |
| 2494 | | Honestly, I can't right now. |
| 2495 | | |
| 2496 | SA RUIZ: | Okay. Is it - it's in the phone? It's whatever's logged into the phone? Okay. |
| 2497 | | Did she perform masturbation back to you? |
| 2498 | | |
| 2499 | VIDAL: | (Unintelligible). |
| 2500 | | |
| 2501 | SA RUIZ: | Okay. Okay. Anything else? Forensics - I mean, I haven't really gone through |
| 2502 | | the messages forensics has sent me because I kind of want to give you my |
| 2503 | | undivided attention. So aside from the event that took place yesterday were |
| 2504 | | you masturbated and it was a live video call through this - this account? |
| 2505 | | There's a Snapchat, there is Omegle, there is Kik, there are the links on Mega |
| 2506 | | and Dropbox. Anything else that you can think of that we should know while |
| 2507 | | we have this opportunity to talk that - that you might want to at least explain? |
| 2508 | | |
| 2509 | VIDAL: | I can't think of anything. |
| 2510 | | |
| 2511 | SA RUIZ: | Okay. |
| 2512 | | |
| 2513 | VIDAL: | Sorry. |
| 2514 | | |
| 2515 | SA RUIZ: | No, you don't - don't apologize. I want to make sure that we kinda air it all |
| 2516 | | out there so that there isn't any reason why I would think that you're not being |
| 2517 | | honest with us, right? So I was wondering if you had any questions? I know |
| 2518 | | you've been trying to but in and cut me off and - and chime in. |
| 2519 | | |
| 2520 | DET. RODRIGUEZ: | Yeah, no, I mean, I appreciate your cooperation. I think, to be completely |

| | | |
|---|---|---|
| 2521 | | honest, you know, our whole goal today is to just leave with a clean slate. I've |
| 2522 | | been doing this for a lot of years. He's been doing this for a lot of years. The |
| 2523 | | total of our experience is probably over 20 years of experience with this. It's |
| 2524 | | totally not uncommon, man, okay? We deal with this every single day in our |
| 2525 | | whole goal is to have a clean slate by the time we leave here and not |
| 2526 | | misrepresent you. One thing, obviously you are a teacher for 8th grade, is it? |
| 2527 | | |
| 2528 | VIDAL: | 6th. |
| 2529 | | |
| 2530 | SA RUIZ: | 6th grade, okay. And how long have you been teaching for? |
| 2531 | | |
| 2532 | VIDAL: | For - as a teacher? |
| 2533 | | |
| 2534 | DET. RODRIGUEZ: | Yeah. |
| 2535 | | |
| 2536 | VIDAL: | This is my third year. |
| 2537 | | |
| 2538 | DET. RODRIGUEZ: | 3rd year, okay, and it's San Bernardino Unified or what is it? |
| 2539 | | |
| 2540 | VIDAL: | Yes. |
| 2541 | | |
| 2542 | DET. RODRIGUEZ: | Okay. With all your devices - because we just went to online school 3,4 |
| 2543 | | months ago. So, I mean, there's been obviously class in session. Has any |
| 2544 | | students or anybody - does, like I said, the forensics are going through all this |
| 2545 | | stuff. Are there going to be any photos or any contact with the students that |
| 2546 | | have gone to your school that have sent you pictures? Cuz I went back to high |
| 2547 | | school? |
| 2548 | | |
| 2549 | VIDAL: | From the school? No. My own school? No. |
| 2550 | | |
| 2551 | DET. RODRIGUEZ: | Okay. Because when I went to high school I remember teachers and all |
| 2552 | | this stuff they are cool and teachers always were friendly with the people and I |
| 2553 | | used to have their cell phone numbers and I would text them and all that stuff. |
| 2554 | | Same with all my friends and the girls would do the same thing. Is there any |
| 2555 | | students or anyone that you know if - you personally know - that is of the age |
| 2556 | | of whatever, is under 18 obviously, but the ages that you like from 10 to 18, |
| 2557 | | have they ever sent any type of photos? |
| 2558 | | |
| 2559 | VIDAL: | From my school? No. Like - I - I didn't want any contact from my own, |
| 2560 | | basically, my own area. I just didn't want that. |
| 2561 | | |
| 2562 | DET. RODRIGUEZ: | Do you have any communications with your students outside of, like, |
| 2563 | | whether it's Aries or – or- |
| 2564 | | |
| 2565 | VIDAL: | No. |

2566
2567    SA RUIZ:        Class dojo, or whatever those are, do you have any on Instagram or anything
2568                    like that?
2569
2570    VIDAL:          Nope.
2571
2572    SA RUIZ:        Or text message?
2573
2574    VIDAL:          I didn't want any contact with my own students.
2575
2576    SA RUIZ:        Okay.
2577
2578    DET. RODRIGUEZ:  So all the – all the, everything you have are some unknown children that
2579                    you don't personally know or you have no personal connection to?
2580
2581    SA RUIZ:        Okay.
2582
2583    DET RODRIGUEZ: (Unintelligible.)
2584
2585    SA RUIZ:        Any person any hidden camera stuff that's going to be found?
2586
2587    VIDAL:          No I don't...
2588
2589    SA RUIZ:        Meaning bathrooms or, or, or, recordings of that nature? Anything like that
2590                    that you've plugged in the classroom? Do you have any devices in your
2591                    classroom currently?
2592
2593    VIDAL:          In the classroom? No.
2594
2595    SA RUIZ:        Do you have your desktop? Do you have a web - another laptop or anything
2596                    like that?
2597
2598    VIDAL:          In the classroom, I just have, like, the school laptop.
2599
2600    SA RUIZ:        Okay, but those are here. You said those 3?
2601
2602    VIDAL:          Oh, hold on. I'm confused.
2603
2604    SA RUIZ:        Would you have at your classroom out in is it Shandin Hills?
2605
2606    VIDAL:          Yes.
2607
2608    SA RUIZ:        Any - any electronic devices at your classroom currently that, that, that are
2609                    there now?
2610

2611  VIDAL:          Just-
2612
2613  SA RUIZ:        At Shandin Hills?
2614
2615  VIDAL:          Just the school laptop. And that's it.
2616
2617  DET. RODRIGUEZ:  Different - those are different from the 3 you have here? Okay. Were any
2618                  of those used for, like, Omegle or...
2619
2620  VIDAL:          No, never. No.
2621
2622  SA RUIZ:        ...chatting or anything like that? Okay.
2623
2624  VIDAL:          Never.
2625
2626  DET. RODRIGUEZ:  The only reason we are want to ask is because we want to make sure we
2627                  don't leave anything that might have that type of material at the school, you
2628                  know?
2629
2630  VIDAL:          Mm-hmm.
2631
2632  DET. RODRIGUEZ:  So be completely honest with any other devices or any of that stuff at the
2633                  school in the classroom?
2634
2635  VIDAL:          No. I never - never brought anything from school that I wanted - I've never
2636                  used anything from the school laptop for personal use.
2637
2638  SA RUIZ:        Okay.
2639
2640  VIDAL:          Just my own laptop that I have with me.
2641
2642  SA RUIZ:        Okay. The Internet that you are using to get this material is it just the house
2643                  here? Or are you using, like, - who's your service provider on your cell
2644                  phone?
2645
2646  VIDAL:          I'll be honest with you, I don't know. I'm not sure if it's AT&T or Verizon.
2647
2648  SA RUIZ:        Okay. What about Sprint?
2649
2650  VIDAL:          Sprint?
2651
2652  SA RUIZ:        Did you ever use Sprint?
2653
2654  VIDAL:          I'm not sure. I'm not sure, like, my mom (unintelligible).
2655

| 2656 | SA RUIZ: | Does she pay the bill? |
| 2657 | | |
| 2658 | VIDAL: | Yeah. For sure she knows about that. |
| 2659 | | |
| 2660 | SA RUIZ: | Okay. The Internet you have here is it Wi-Fi, protected, encrypted, you have, |
| 2661 | | like, a password to get into it? |
| 2662 | | |
| 2663 | VIDAL: | Yes. |
| 2664 | | |
| 2665 | SA RUIZ: | Okay, nobody - just not everybody has access to it? Okay. Any other phone |
| 2666 | | numbers that you communicate on aside from your phone number the one |
| 2667 | | that's, like, what, 2055? Is that what your phone number ends in? Okay. Any |
| 2668 | | other online Internet numbers you text with? |
| 2669 | | |
| 2670 | VIDAL: | I've used voice. |
| 2671 | | |
| 2672 | SA RUIZ: | The Voice app? |
| 2673 | | |
| 2674 | VIDAL: | The voice app. |
| 2675 | | |
| 2676 | SA RUIZ: | Okay. |
| 2677 | | |
| 2678 | VIDAL: | And I think I used it to send and receive but I'm not sure if that's what it - I'm |
| 2679 | | not sure if it was with and adult or a minor. I don't know. |
| 2680 | | |
| 2681 | SA RUIZ: | Okay. |
| 2682 | | |
| 2683 | VIDAL: | I've probably used it with someone, like, 2 or 3 times. |
| 2684 | | |
| 2685 | SA RUIZ: | Okay. And that's - that app is still on the, on the phone? |
| 2686 | | |
| 2687 | VIDAL: | I'm not sure if it has that on or if I removed it. |
| 2688 | | |
| 2689 | SA RUIZ: | Okay. |
| 2690 | | |
| 2691 | VIDAL: | I'm not sure. |
| 2692 | | |
| 2693 | SA RUIZ: | Okay. So, with the - the form that we had talked about as far as taking over |
| 2694 | | online accounts, like I said, it would involve me, I would go into your - I |
| 2695 | | would go into your account, I would change the password, I would change the |
| 2696 | | recovery email, the recovery phone number, everything so that you no longer |
| 2697 | | have access to this account. We would be ultimately I would be looking for all |
| 2698 | | your correspondences, searching this stuff, because I want to assume your - |
| 2699 | | your online identity. I want - you speak Spanish? |
| 2700 | | |

2701 DET. RODRIGUEZ:  Yeah, I'll call you when we get clear.
2702
2703 SA RUIZ:   I normally only speak English so, like, if somebody that I'm communicating
2704       with that I had previously communicated with all of a sudden sees that change
2705       that's a little suspicious to that person. So we'd be looking at and, and trying
2706       to use your presence, okay, to identify these other people. That's what this
2707       form is basically about, kinda outlines it, and then again, like, I said, there's
2708       an account platform and then there's a login or username or handle, whatever
2709       you use to put in, and then of course the password. That would be what is
2710       necessary to do those things. It's completely voluntary. Should you allow us
2711       to do that - that would also be something that I explained to a prosecutor and
2712       say, hey, look, he is cooperating. Here is something that he's willing to do for
2713       us. I wouldn't omit that information to those people as well. I can't tell you - I
2714       can't give you legal advice about it, I'm just letting you know that that is
2715       something that as an investigator who wants to make sure that this is no longer
2716       happening on sort of this global level. Is what we try to do. You know, it's
2717       just like the guy who is out, you know, getting street dealers and moving to
2718       the next person, you know, that's what we do is law enforcement. We try, we
2719       try to make it better for everybody. That's what this form is about. I'm going
2720       to give it to you. Take your time reading it. If you have any questions, let me
2721       know. I want to be transparent with you. And then if you're comfortable with
2722       it, you know, I would ask that all of the platforms that I would encourage you
2723       but it's not obligated - it's voluntary. Any platform that you have used,
2724       whether it no longer has CP on it, or child pornography on it or not, but any
2725       platform you have used for receiving, distributing child pornography or
2726       communicating with minors in a sexual nature. Those the ones we are looking
2727       for because a lot of the times these minors are - are adults as well to. There
2728       just posing as minors. Those would be the ones were looking to take over.
2729       And so if you're comfortable with it, I would have you identify the platform,
2730       Snapchat, Kik, Omegle, or, Omegle is not an account, but Mega, Dropbox,
2731       and put - and identify - give us the password and then we would take it over if
2732       you're comfortable doing that. But there's two forms here. If we need more,
2733       but take your time looking at it. Here's a pen.
2734
2735 VIDAL:    Put in the deleted ones as well?
2736
2737 SA RUIZ:   Please. Should I be able to have Kik reactivate or have Snapchat reactivate
2738       them, that could be helpful.
2739
2740 VIDAL:    I don't remember (unintelligible) Kik if that was (unintelligible).
2741
2742 SA RUIZ:   I'm sorry. You don't remember the - what?
2743
2744 VIDAL:    I don't remember like the Kik account password because like that was along
2745       time ago.

| | | |
|---|---|---|
| 2746 | | |
| 2747 | SA RUIZ: | Okay. Let me ask you a question. ITSJAYKING2 sound familiar? |
| 2748 | | |
| 2749 | VIDAL: | (unintelligible). |
| 2750 | | |
| 2751 | SA RUIZ: | No. It's J-A-Y-K-I-N-G-2. |
| 2752 | | |
| 2753 | VIDAL: | Yeah, that name sounds familiar. |
| 2754 | | |
| 2755 | SA RUIZ: | Okay. |
| 2756 | | |
| 2757 | VIDAL: | I don't know the password to that. |
| 2758 | | |
| 2759 | SA RUIZ: | Okay. To the extent, I mean, if we can - if you consent to us taking it over |
| 2760 | | that's all we would need if we can put in what you think is the password and |
| 2761 | | we can try it. And then maybe Kik will work with us. |
| 2762 | | |
| 2763 | VIDAL: | You said what was ITSJAYKING2? |
| 2764 | | |
| 2765 | SA RUIZ: | ITSJAYKING2, the number 2. |
| 2766 | | |
| 2767 | VIDAL: | The password? I don't know. So you said just try to guess? |
| 2768 | | |
| 2769 | SA RUIZ: | Well, I mean, whatever you think it might be or, you know, you could put I |
| 2770 | | don't recall. But if you're - if you allow us to do it, it was registered with your |
| 2771 | | Josue, Josue Vidal email, so to the extent we can recover it, you know, we |
| 2772 | | might be able to. |
| 2773 | | |
| 2774 | VIDAL: | I don't recall from my - the other ones - the accounts that were deleted? I |
| 2775 | | don't recall the passwords but I think they might be the same. But I'm not 100 |
| 2776 | | percent sure. |
| 2777 | | |
| 2778 | SA RUIZ: | Okay you can put, like, quotes down there to reflect that if you'd like. |
| 2779 | | |
| 2780 | VIDAL: | I'm not sure if it's – ITSJAYGEE2 or 7. |
| 2781 | | |
| 2782 | SA RUIZ: | Okay. Well, you could list it as another account if it's one you're willing to |
| 2783 | | have us take over. You can list them both. |
| 2784 | | |
| 2785 | VIDAL: | So the quotes mean the password is (unintelligible). |
| 2786 | | |
| 2787 | SA RUIZ: | Is the same as the one above. |
| 2788 | | |
| 2789 | VIDAL: | But I'm not - I'm not 100 percent sure if it's the same for the Kik, I don't- it |
| 2790 | | was a long time ago. |

| | | |
|---|---|---|
| 2791 | | |
| 2792 | SA RUIZ: | Okay. So I see we have - go ahead and write your name at the top and then I |
| 2793 | | will put mine and again you can write my name in there Jonathan Ruiz R-U-I- |
| 2794 | | Z. Yeah, J-O-N-A-T-H-A-N and R-U-I-Z. Go ahead and finish reading the |
| 2795 | | document. We'll talk about the accounts when you're done. Okay. If you're |
| 2796 | | comfortable, go ahead and sign. And then I think there's a date and then we |
| 2797 | | sign as witnesses. |
| 2798 | | |
| 2799 | VIDAL: | What's the date? |
| 2800 | | |
| 2801 | SA RUIZ: | Today's the 23rd. Okay. So I see Snapchat, there's EPIC.JOSHUA2020. |
| 2802 | | |
| 2803 | VIDAL: | Mm-hmm. |
| 2804 | | |
| 2805 | SA RUIZ: | And then password is that 9-A-Z-W... |
| 2806 | | |
| 2807 | VIDAL: | No, that's a Q. |
| 2808 | | |
| 2809 | SA RUIZ: | That's a Q? Okay. Let me - let me try to write these in. You had nice |
| 2810 | | penmanship a minute ago. Maybe it's just because you're writing on that silly |
| 2811 | | thing, but... |
| 2812 | | |
| 2813 | VIDAL: | (Unintelligible). |
| 2814 | | |
| 2815 | SA RUIZ: | Well, it looks, like, they are all the same password so I'll read it above and all |
| 2816 | | is have you eat initial but is that Q-A? |
| 2817 | | |
| 2818 | VIDAL: | Yes, it's Q-A. |
| 2819 | | |
| 2820 | SA RUIZ: | Q... |
| 2821 | | |
| 2822 | VIDAL: | A... |
| 2823 | | |
| 2824 | SA RUIZ: | A... |
| 2825 | | |
| 2826 | VIDAL: | Z... |
| 2827 | | |
| 2828 | SA RUIZ: | Z-W. |
| 2829 | | |
| 2830 | VIDAL: | No, it's - there's a pattern of keyboard Q-A-Z and the next one is I think A-B- |
| 2831 | | C or what did I wrote there? |
| 2832 | | |
| 2833 | SA RUIZ: | Well here, I mean we can do like a QWERTY keyboard like this? Okay, so if |
| 2834 | | you're looking at that... |
| 2835 | | |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 64

| | | |
|---|---|---|
| 2836 | VIDAL: | Q-A-Z-W-S-X-E-D-C. |
| 2837 | | |
| 2838 | SA RUIZ: | 123? |
| 2839 | | |
| 2840 | VIDAL: | 123. |
| 2841 | | |
| 2842 | SA RUIZ: | Q-A-Z-W-S-X-E-D-C. |
| 2843 | | |
| 2844 | VIDAL: | Mm-hmm. |
| 2845 | | |
| 2846 | SA RUIZ: | 123. I see the pattern.-S-X-E-D-C. Okay. And then I'll just have you initial |
| 2847 | | where I just made the change to the document then, just at the top. You can |
| 2848 | | just - by my - by my writing is all. Just initial there if that's okay. Up here |
| 2849 | | where I wrote it. Just so I can read it. |
| 2850 | | |
| 2851 | VIDAL: | What do I wrote? |
| 2852 | | |
| 2853 | SA RUIZ: | Just your initials. Just because I changed the document at all, that way it's - |
| 2854 | | you acknowledged it. |
| 2855 | | |
| 2856 | VIDAL: | Oh. |
| 2857 | | |
| 2858 | SA RUIZ: | That's fine. So there is in Alcatel in your room as well, and older phone. |
| 2859 | | |
| 2860 | VIDAL: | Yes. |
| 2861 | | |
| 2862 | SA RUIZ: | Okay what about- what about that device? |
| 2863 | | |
| 2864 | VIDAL: | That one, I don't think I ever used that, I don't know if I have but that one's, |
| 2865 | | like, a really - really old one. |
| 2866 | | |
| 2867 | SA RUIZ: | Okay. So on the search warrant a judge compels us to search your domicile |
| 2868 | | and all of the devices in it. And so whether or not it has been used or hasn't, |
| 2869 | | we have to at least identify and have a conversation about what it is so |
| 2870 | | forensics can either rule it out or have to take it back to the lab. So now that - |
| 2871 | | so we have an Alcatel old phone. Is there any other old devices that we |
| 2872 | | haven't talked about that are in there? Because I don't know where the - the |
| 2873 | | phone - they found a phone under the bed. |
| 2874 | | |
| 2875 | VIDAL: | Oh, so it fell off my- |
| 2876 | | |
| 2877 | SA RUIZ: | Okay, it may have fallen - that's the newer phone. |
| 2878 | | |
| 2879 | VIDAL: | Mm-hmm. |
| 2880 | | |

| | | |
|---|---|---|
| 2881 | SA RUIZ: | Okay. With the older phone, do you think it's in your desk you said? |
| 2882 | | |
| 2883 | VIDAL: | It's inside my desk. |
| 2884 | | |
| 2885 | SA RUIZ: | Okay. |
| 2886 | | |
| 2887 | VIDAL: | That Alcatel that one, the older one, yeah, that's inside my closet. |
| 2888 | | |
| 2889 | SA RUIZ: | Okay. Any other older phones that you can think of? |
| 2890 | | |
| 2891 | VIDAL: | Those are the only, no, those that's the only one I can think of in my closet. |
| 2892 | | |
| 2893 | SA RUIZ: | Okay. Okay. Okay, and I'll just make sure that they - they grab that. Any |
| 2894 | | other devices? |
| 2895 | | |
| 2896 | VIDAL: | The phones, the tablet, then I also have my 3 laptops. Those are the only |
| 2897 | | devices I can think of in my room right now. |
| 2898 | | |
| 2899 | SA RUIZ: | Okay. This - what about this email account? You had said not your |
| 2900 | | JOSUE_VIDAL_91@YAHOO but the Gmail account. Is that one - yeah, does |
| 2901 | | that one have contraband or child pornography links in it that you've emailed |
| 2902 | | to yourself? Even though it's not child pornography, possession of the links |
| 2903 | | itself is something that is - is - I would encourage you not to have access to. If |
| 2904 | | it is an account you are willing to abandon, we would - we would want that to. |
| 2905 | | |
| 2906 | VIDAL: | Yeah, that would definitely be one. |
| 2907 | | |
| 2908 | SA RUIZ: | Okay. So I'll add it to this one. This will just be - since we're out of room |
| 2909 | | here, I'll just - we'll put it here. Let me do this. I can write it on this. Give you |
| 2910 | | a little bit more to write on and here's a pen. |
| 2911 | | |
| 2912 | VIDAL: | So this is for the- |
| 2913 | | |
| 2914 | SA RUIZ: | The email account. The, yeah, whatever email account. |
| 2915 | | |
| 2916 | VIDAL: | Okay. |
| 2917 | | |
| 2918 | SA RUIZ: | That dog cracks me up. |
| 2919 | | |
| 2920 | DET. RODRIGUEZ: | How old is that dog? Probably 18 years. |
| 2921 | | |
| 2922 | SA RUIZ: | I was going to guess about 30, 40 years old, like a parrot. She's, like, just let |
| 2923 | | me go. |
| 2924 | | |
| 2925 | DET. RODRIGUEZ: | Yeah. |

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 66

| | | |
|---|---|---|
| 2926 | | |
| 2927 | VIDAL: | I do not recall if I ever used another email besides these two that are |
| 2928 | | connected. |
| 2929 | | |
| 2930 | SA RUIZ: | Okay. |
| 2931 | | |
| 2932 | VIDAL: | I don't know if I have. I don't think that I have because these are the only ones |
| 2933 | | that are mostly from the (unintelligible). So that's why I'm putting them |
| 2934 | | down. The other emails I don't know because it's been so long since I use |
| 2935 | | them. |
| 2936 | | |
| 2937 | SA RUIZ: | Okay. Your - your JOSUE_VIDAL_91, did you ever use that for links or? |
| 2938 | | |
| 2939 | VIDAL: | I don't think I ever did. |
| 2940 | | |
| 2941 | SA RUIZ: | Or any images? |
| 2942 | | |
| 2943 | VIDAL: | I think because since that was my personal email and that's the one I've had |
| 2944 | | the longest I never wanted to use that one. |
| 2945 | | |
| 2946 | SA RUIZ: | Okay. |
| 2947 | | |
| 2948 | VIDAL: | I created these other emails. |
| 2949 | | |
| 2950 | SA RUIZ: | Is that safe to say then you only use that to register on platforms then like |
| 2951 | | Kik? |
| 2952 | | |
| 2953 | VIDAL: | Yes. |
| 2954 | | |
| 2955 | SA RUIZ: | Okay. |
| 2956 | | |
| 2957 | VIDAL: | And I think- Since I was, like, new to this I used, like, my old email, the |
| 2958 | | JOSUE_VIDAL I used Kik with that email and then also the old Snapchat, the |
| 2959 | | one that got deleted, I've also used the JOSUE_VIDAL- |
| 2960 | | |
| 2961 | SA RUIZ: | The JOSH7... |
| 2962 | | |
| 2963 | VIDAL: | No - no - no, JOSUE_VIDAL█@YAHOO. |
| 2964 | | |
| 2965 | SA RUIZ: | No - no - no, but Snapchat you were saying your old Snapchat where we were |
| 2966 | | talking about the Josh7CSUSB1? |
| 2967 | | |
| 2968 | VIDAL: | Yes. |
| 2969 | | |
| 2970 | SA RUIZ: | Okay. |

2971
2972   VIDAL:          That's the one that I used my personal email for was JOSUE_VIDAL.
2973
2974   SA RUIZ:        Okay.
2975
2976   VIDAL:          And then what's it called? The other emails - the other snapshots I'm using
2977                   this email the JAYGEEVEE(unintelligible).
2978
2979   SA RUIZ:        Okay. And it looks like the same password then?
2980
2981   VIDAL:          Mm-hmm.
2982
2983   SA RUIZ:        Okay. So if you want to fill out the top one.
2984
2985   VIDAL:          Oh, I'm sorry, Oh, I'm sorry.  Let me correct this one. I don't know the
2986                   password but it's just already saved in the phone automatically.
2987
2988   SA RUIZ:        Okay.
2989
2990   VIDAL:          I don't really remember the actual password.
2991
2992   SA RUIZ:        Okay. Do you remember if you linked it to another account so if we did a
2993                   password recovery we could do it, do you know?
2994
2995   VIDAL:          Yeah, I think I used the JAYGEEVEE or my personal email.
2996
2997   SA RUIZ:        Okay. Okay. Okay. I need you to fill out the same thing. Fill out the top and
2998                   then sign it. And then Jonathan R-U-I-Z.
2999
3000   VIDAL:          Okay. This is the same?
3001
3002   SA RUIZ:        It's the same form, yeah.
3003
3004   VIDAL:          23?
3005
3006   SA RUIZ         23. Now, they haven't found the Samsung that they're looking for, the S6.
3007                   They said they didn't see it in the desk. Any other place it could be?
3008                   Otherwise we'll just have you may be going there look for it then?
3009
3010   VIDAL:          I don't know. Wait, it (unintelligible) cabinet?
3011
3012   SA RUIZ:        The - well, there's an – isn't there an S6, an old Samsung, and then you have
3013                   your new Samsung. Where's the old - the S7 is the one they found that
3014                   must've fallen on the ground under the bed and then there's the older phone
3015                   that you used with the first accounts you had mentioned, the Snapchat and Kik

INTERVIEW WITH JOSUE VIDAL
Case # RV07QR20RV0014
Audio Recordings VN810011, VN810012, VN810013
Page 68

| | | |
|---|---|---|
| 3016 | | accounts. That's the phone we're looking for to make sure that we don't leave |
| 3017 | | it behind. |
| 3018 | | |
| 3019 | VIDAL: | The last time I've used it would've been a month or two. I'm not sure where I |
| 3020 | | put a. The last time I had it, it was in the desk and I used it and then I stopped |
| 3021 | | using it and then I don't know where I put it. I don't know if it could be in my |
| 3022 | | - because the only thing is I place I can think of is may closet, my bed... |
| 3023 | | |
| 3024 | SA RUIZ: | Like, just on the bed, or, like, in the bed? Because you said you were trying to |
| 3025 | | make sure no one found it. You said you had hidden it. May be in the bed? |
| 3026 | | |
| 3027 | VIDAL: | It could be in. |
| 3028 | | |
| 3029 | SA RUIZ: | Okay. |
| 3030 | | |
| 3031 | VIDAL: | Under, or in my backpack, in my closet, or in one of my drawers. |
| 3032 | | |
| 3033 | SA RUIZ: | Basically your whole room? |
| 3034 | | |
| 3035 | VIDAL: | Yeah, I don't- Yeah. |
| 3036 | | |
| 3037 | SA RUIZ: | Okay. All right, I'll let them know. If, for the time being, unless you have any |
| 3038 | | other questions I don't have any other questions right now. I just have to make |
| 3039 | | a couple of phone calls. I have to talk to forensics and see what they found |
| 3040 | | and see if what we have is consistent. For the time being, you're more than |
| 3041 | | welcome to sit out here. I don't want to assume that going and there's going to |
| 3042 | | be comfortable for you. It's probably going to be a difficult situation I imagine |
| 3043 | | but your family seems like nice people. I'm sure they want what's best for you |
| 3044 | | and so to the extent you want some time out here or you want to go inside, it's |
| 3045 | | really up to you. You're - before I forget, your vehicle - are you using the |
| 3046 | | Camry - do you drive the Camry or are you driving the Corolla? |
| 3047 | | |
| 3048 | SA RUIZ: | I'm driving the Camry but my brother uses it to go to work. |
| 3049 | | |
| 3050 | SA RUIZ: | Okay. So your brother uses it to go to work and then the Corolla is that what |
| 3051 | | you use when he's got the Camry? |
| 3052 | | |
| 3053 | VIDAL: | No, my mom car to go to work. |
| 3054 | | |
| 3055 | SA RUIZ: | Okay. So you only drive the Camry? |
| 3056 | | |
| 3057 | VIDAL: | Yeah. |
| 3058 | | |
| 3059 | SA RUIZ: | Okay. So if you want to - if you want to sit tight out here, I understand that. |
| 3060 | | And I'll come back out shortly but it's really up to you, okay? Give me a |

| | | |
|---|---|---|
| 3061 | | second. Excuse me. I'll get somebody - I'll get a second. |
| 3062 | | |
| 3063 | DET. RODRIGUEZ: | No worries. |
| 3064 | | |
| 3065 | SA RUIZ: | Coming in. Hold on a second. Coming in. The time is approximately 8:30. |
| 3066 | | Terminating interview with Mr. Vidal. |
| 3067 | | |
| 3068 | | END OF RECORDING VN810011 |
| 3069 | | |
| 3070 | | START OF RECORDING VN810012 |
| 3071 | | |
| 3072 | SA RUIZ: | Ah, Jonathan Ruiz gonna re, um, approach Vidal with a couple questions. It's |
| 3073 | | 8:35 am. |
| 3074 | | |
| 3075 | Woman: | Now, if she comes, you know, did you call her? |
| 3076 | | |
| 3077 | SA RUIZ: | Do you have the two phones? |
| 3078 | | |
| 3079 | SA ROELFS: | Mm, yeah, Oh - ah... |
| 3080 | | |
| 3081 | SA KWAN: | There's the one and. |
| 3082 | | |
| 3083 | SA ROELFS: | Yeah, this is... |
| 3084 | | |
| 3085 | SA RUIZ: | That's the S7? And... |
| 3086 | | |
| 3087 | SA ROELFS: | Yeah. |
| 3088 | | |
| 3089 | SA RUIZ: | ...this is the Alcatel, okay. |
| 3090 | | |
| 3091 | SA KWAN: | Ah, the Alcatel is busted. |
| 3092 | | |
| 3093 | SA RUIZ: | It's old, yeah. I - I need him to identify it. |
| 3094 | | |
| 3095 | SA KWAN: | Oh - oh, okay. |
| 3096 | | |
| 3097 | SA RUIZ: | So. |
| 3098 | | |
| 3099 | SA CAVENY: | Do you know if he happened to say anything about Mega? |
| 3100 | | |
| 3101 | SA RUIZ: | Yeah. |
| 3102 | | |
| 3103 | SA CAVENY: | Um, because if you want I can get a consent form paper. |
| 3104 | | |
| 3105 | SA RUIZ: | I have it. |

| 3106 | | |
|---|---|---|
| 3107 | SA CAVENY: | Okay. |
| 3108 | | |
| 3109 | SA RUIZ: | Yeah. |
| 3110 | | |
| 3111 | SA ROELFS: | Yeah. Thanks. |
| 3112 | | |
| 3113 | SA RUIZ: | Oh, God, I'm gonna trip. |
| 3114 | | |
| 3115 | SA KWAN: | Hey Jonathan do you want to take a look at the stuff first, or? |
| 3116 | | |
| 3117 | SA RUIZ: | No, not yet, let me - let me, I'll be right back. Ah, can somebody help me with |
| 3118 | | this, I can't get this open. |
| 3119 | | |
| 3120 | SA KWAN: | Yeah, it's just jammed? |
| 3121 | | |
| 3122 | SA RUIZ: | Ah. You might have to lift it. Yeah, um. |
| 3123 | | |
| 3124 | Man: | What's in there? |
| 3125 | | |
| 3126 | SA RUIZ: | Ah. There we go. Thank you. I just wanna, ah, make sure we're talking apples |
| 3127 | | to apples here, so well, they have this Alcatel, this is just an old phone. Okay. |
| 3128 | | This is the one we had talked about. Then there is the S7, this is your current |
| 3129 | | phone? Okay, the S7 was the one they found jammed under the bed. It wasn't |
| 3130 | | like, it didn't fall under the bed, I mean, it was in the planks. Was that done |
| 3131 | | this morning or? |
| 3132 | | |
| 3133 | VIDAL: | Mm. I don't know, I slept with it. From... |
| 3134 | | |
| 3135 | SA RUIZ: | This was under the mattress, in between, now it maybe it fell after they lift it |
| 3136 | | up. I don't know. |
| 3137 | | |
| 3138 | VIDAL: | Okay. |
| 3139 | | |
| 3140 | SA RUIZ: | But they said they found it in the - the - the wooden planks on the bed. |
| 3141 | | Underneath the mattress. Is there another phone? Besides, this, an older |
| 3142 | | Samsung? |
| 3143 | | |
| 3144 | VIDAL: | Um, ah. |
| 3145 | | |
| 3146 | SA RUIZ: | I mean, like an S6? Something that predates this S7? |
| 3147 | | |
| 3148 | VIDAL: | I do have one, but I don't know where I could have put it. But I... |
| 3149 | | |
| 3150 | SA RUIZ: | Okay. Okay, this is the one, and that one you used about a month ago, you |

| | | |
|---|---|---|
| 3151 | | said. |
| 3152 | | |
| 3153 | VIDAL: | Mm-hm. |
| 3154 | | |
| 3155 | SA RUIZ: | Is that, correct? |
| 3156 | | |
| 3157 | VIDAL: | Yeah. |
| 3158 | | |
| 3159 | SA RUIZ: | Okay. Okay. The, let me just put this here. The one thing I wanted to - I |
| 3160 | | wanted to talk about your Mega. Do you have - they say you have, there is a |
| 3161 | | Mega account. |
| 3162 | | |
| 3163 | VIDAL: | Mm-hm. |
| 3164 | | |
| 3165 | SA RUIZ: | Okay, that would be one we're interested in taking over as well, if it has |
| 3166 | | contraband on it. But I noticed it's not on here. |
| 3167 | | |
| 3168 | VIDAL: | Mm-hm. |
| 3169 | | |
| 3170 | SA RUIZ: | Is that one you're willing? |
| 3171 | | |
| 3172 | VIDAL: | Oh, yes - yes, ah, but the problem is that, I don't know the - the username, but |
| 3173 | | I think that I would... |
| 3174 | | |
| 3175 | SA RUIZ: | It - it would be an em- it would be an email address. |
| 3176 | | |
| 3177 | VIDAL: | Yes. |
| 3178 | | |
| 3179 | SA RUIZ: | So, ah, okay. |
| 3180 | | |
| 3181 | VIDAL: | Ah. |
| 3182 | | |
| 3183 | SA RUIZ: | If that's one you're willing to - to turn over, then I'll have you add it. |
| 3184 | | |
| 3185 | VIDAL: | Sure. |
| 3186 | | |
| 3187 | SA RUIZ: | Um. |
| 3188 | | |
| 3189 | VIDAL: | Um, and I'm - I'm not sure which email it's associated with. |
| 3190 | | |
| 3191 | SA RUIZ: | If it's your Mega account, then you can, you're the one who can, um, ah - ah, |
| 3192 | | consent to us taking it over. |
| 3193 | | |
| 3194 | VIDAL: | Yeah. |
| 3195 | | |

| | | |
|---|---|---|
| 3196 | SA RUIZ: | So, if - if - if you wanna put both emails down, you can do that. If you know |
| 3197 | | the password, um, it - it's up to you. You know, you can put 'em both if you |
| 3198 | | want to - to be thorough about it, I've had them do that. I can't - I can't |
| 3199 | | remember if it's my top email, my bottom email, but whatever it is, you can |
| 3200 | | have it and they'll list both emails. So, in this case, you would put Mega, and |
| 3201 | | then the email you think it is associated with, the password. If you think it |
| 3202 | | might be another account, go ahead and put Mega again. And the email |
| 3203 | | address or the other email address you think it might be associated with. And |
| 3204 | | we can - we can go that route. |
| 3205 | | |
| 3206 | VIDAL: | And I'm, ah, I'm not 100% sure of the, um, the Mega is the same password, |
| 3207 | | but I'm just listing it in case. |
| 3208 | | |
| 3209 | SA RUIZ: | If - if it's associated with that email address. Those are email addresses, you |
| 3210 | | have allowed us to take us over as well, right? |
| 3211 | | |
| 3212 | VIDAL: | Mm-hm. |
| 3213 | | |
| 3214 | SA RUIZ: | So, we could - we could do a password recovery. Is that - is that, okay? |
| 3215 | | |
| 3216 | VIDAL: | Yeah. |
| 3217 | | |
| 3218 | SA RUIZ: | We can say, hey, forgot email. Send it or forgot password, send it to, ah, to my |
| 3219 | | email and do that, is that okay? |
| 3220 | | |
| 3221 | VIDAL: | Yeah. Yes. |
| 3222 | | |
| 3223 | SA RUIZ: | Okay. |
| 3224 | | |
| 3225 | VIDAL: | But like, again, I don't know what email account. I'm not sure if it's one of |
| 3226 | | these two, I don't think I've used the JOSUE_VIDAL. |
| 3227 | | |
| 3228 | SA RUIZ: | Okay. So, if you think it's one of those two, then if you're comfortable with it, |
| 3229 | | list both emails. |
| 3230 | | |
| 3231 | VIDAL: | Okay. |
| 3232 | | |
| 3233 | SA RUIZ: | Um, just so that we're clear. |
| 3234 | | |
| 3235 | VIDAL: | And this is a 9. |
| 3236 | | |
| 3237 | SA RUIZ: | Okay. |
| 3238 | | |
| 3239 | VIDAL: | Um. And I don't know the password to that one. |
| 3240 | | |

| | | |
|---|---|---|
| 3241 | SA RUIZ: | It could be the - the, oth- the - the little pattern one as - as above is what |
| 3242 | | you're saying? |
| 3243 | | |
| 3244 | VIDAL: | Yeah. |
| 3245 | | |
| 3246 | SA RUIZ: | Okay. Okay. Okay, let me get this back and then, I think that's it. Okay, sorry |
| 3247 | | well, give me one second Gorden. I'm. Oh, this things coming off, that's why. |
| 3248 | | It's off the track. Um, approximately 8:39 terminating interview. |

<u>END OF RECORDING VN810012</u>

<u>START OF RECORDING VN810013</u>

| | | |
|---|---|---|
| 3253 | SA RUIZ: | Let's see, time is... |
| 3254 | | |
| 3255 | GS BURDETT: | What do you need sir? |
| 3256 | | |
| 3257 | SA RUIZ: | Oh, nothing. Not from you, yet. 9:47. Re-approaching interview with Vidal. |
| 3258 | | Thank you guys. Um, sorry, thank you for patient. I just - I just wanted to be |
| 3259 | | on the phone and I want to make sure that - that what we have is compare |
| 3260 | | apples to apples. I don't wanna mischaracterize anything, we talked about a |
| 3261 | | couple of the accounts. I was able to log into one of 'em, which is a Snapchat |
| 3262 | | account. This is a Snapchat account, EPIC.JOSUA2020. Mm-kay. Now, I |
| 3263 | | don't want to, when I talk to the U.S. Attorney, or - or whoever, I don't wanna |
| 3264 | | take what's - I don't wanna take anything out of context, okay. So, as I go |
| 3265 | | through this app, which - which ones are you referring to, that are of the |
| 3266 | | minors that you communicated with? You can.... |
| 3267 | | |
| 3268 | VIDAL: | Mm, like, basically most of the girls. |
| 3269 | | |
| 3270 | SA RUIZ: | Okay, so most of the ones here? |
| 3271 | | |
| 3272 | VIDAL: | Yeah, so, |
| 3273 | | |
| 3274 | SA RUIZ: | Now- |
| 3275 | | |
| 3276 | VIDAL: | So, now, I'm sorry, to interrupt but some of them I've never contacted. I just... |
| 3277 | | |
| 3278 | SA RUIZ: | Okay. |
| 3279 | | |
| 3280 | VIDAL: | ...add them from quick add. |
| 3281 | | |
| 3282 | SA RUIZ: | Okay. |
| 3283 | | |
| 3284 | VIDAL: | But I've never contacted them before. |
| 3285 | | |

| 3286 | SA RUIZ: | Okay. |
| 3287 | | |
| 3288 | VIDAL: | So, some of them I have and some of them I haven't. So. |
| 3289 | | |
| 3290 | SA RUIZ: | Which - which are the ones, like, I said. There's a - there's a lot here. And I |
| 3291 | | don't wanna pick one that's, you know, gonna, ah, like, when you're referring |
| 3292 | | to having recorded, ah, a picture of a minor, which one - which one was it, |
| 3293 | | that you're referring to? |
| 3294 | | |
| 3295 | VIDAL: | Um, I think for a second, her. |
| 3296 | | |
| 3297 | SA RUIZ: | Okay, so you, Grace, okay. So, as I go through, I know it's - it's gonna take a |
| 3298 | | little while to - to load some of this stuff. But I don't necessarily see, unless I |
| 3299 | | go into your - your phone, specifically, these attachments, are these saved |
| 3300 | | anywhere? Or are they just an app? |
| 3301 | | |
| 3302 | VIDAL: | What - what do you mean? |
| 3303 | | |
| 3304 | SA RUIZ: | Like, ah, when - when they're talking about the videos and images you guys |
| 3305 | | send back and forth, is it - is it only live, or are you sending images? |
| 3306 | | |
| 3307 | VIDAL: | Live. |
| 3308 | | |
| 3309 | SA RUIZ: | Okay. So, like, Grace ███, do you know how old she is? Was she the 11- |
| 3310 | | year-old? |
| 3311 | | |
| 3312 | VIDAL: | Mm-hm. She's 12. |
| 3313 | | |
| 3314 | SA RUIZ: | She's 12, okay. So, Grace is 12 like, everything is live with her? |
| 3315 | | |
| 3316 | VIDAL: | I'm sorry, ah, I think yeah, I think - I think she might be 12, I'm - I'm not |
| 3317 | | 100% sure. |
| 3318 | | |
| 3319 | SA RUIZ: | Okay. |
| 3320 | | |
| 3321 | VIDAL: | She said she was like, 14 or 15. |
| 3322 | | |
| 3323 | SA RUIZ: | Ah, okay. |
| 3324 | | |
| 3325 | VIDAL: | But I think she's 12. |
| 3326 | | |
| 3327 | SA RUIZ: | Okay. 'Cause she... |
| 3328 | | |
| 3329 | VIDAL: | Because that was... |
| 3330 | | |

| | | |
|---|---|---|
| 3331 | SA RUIZ: | ...did she tell you that later on? She like her - her okay. |
| 3332 | | |
| 3333 | VIDAL: | Mm-mm, I just heard it from someone else. I mean, um, so, when I was |
| 3334 | | trading names with someone else, um, I got her account. |
| 3335 | | |
| 3336 | SA RUIZ: | Okay. |
| 3337 | | |
| 3338 | VIDAL: | That's where I - I had her. |
| 3339 | | |
| 3340 | SA RUIZ: | So, someone sent you a link of her and then you found her on Snapchat? |
| 3341 | | |
| 3342 | VIDAL: | Mm-hm. |
| 3343 | | |
| 3344 | SA RUIZ: | Okay, and they said she's actually 12? Okay. Any - any others that there's - |
| 3345 | | there's content saved? Like, in the chat? |
| 3346 | | |
| 3347 | VIDAL: | Oops, sorry about that. |
| 3348 | | |
| 3349 | SA RUIZ: | Ah, take your time. |
| 3350 | | |
| 3351 | VIDAL: | Like a lot of them are, and see, I never contacted them. Um. Um, I don't know |
| 3352 | | if some of them I have contacted before and I sent. |
| 3353 | | |
| 3354 | SA RUIZ: | Mm-hm. |
| 3355 | | |
| 3356 | VIDAL: | But some of them I had - I had conversations, but never sent. |
| 3357 | | |
| 3358 | SA RUIZ: | Okay. |
| 3359 | | |
| 3360 | VIDAL: | Um - um, Jessica, I think... |
| 3361 | | |
| 3362 | SA RUIZ: | Jessica █, was that █ ? |
| 3363 | | |
| 3364 | VIDAL: | Yeah. |
| 3365 | | |
| 3366 | SA RUIZ: | Okay. |
| 3367 | | |
| 3368 | VIDAL: | I think this was from a long time before. |
| 3369 | | |
| 3370 | SA RUIZ: | From a long time ago? |
| 3371 | | |
| 3372 | VIDAL: | But, um, yeah, this was around and the date was kind a there. |
| 3373 | | |
| 3374 | SA RUIZ: | Yeah, it says the 27th, you deleted a chat. And that was one of the older ones. |
| 3375 | | I don't see... |

| | | |
|---|---|---|
| 3376 | | |
| 3377 | VIDAL: | Yeah. |
| 3378 | | |
| 3379 | SA RUIZ: | ...if I go to her, it looks like her accounts been deleted. |
| 3380 | | |
| 3381 | VIDAL: | Yeah, okay. |
| 3382 | | |
| 3383 | SA RUIZ: | Um, like, you know, it - it's not in there, and like I said, I mean, all... |
| 3384 | | |
| 3385 | VIDAL: | Uh-huh. |
| 3386 | | |
| 3387 | SA RUIZ: | ...of these appear to be, you know, young girls. But like, I - I don't wanna say |
| 3388 | | hey, look at all these, you know, he's talking to all of these girls. When some |
| 3389 | | of 'em aren't that. |
| 3390 | | |
| 3391 | VIDAL: | Mm-hm. |
| 3392 | | |
| 3393 | SA RUIZ: | Um, and so, when they ask me okay, well what kind of material is he trading |
| 3394 | | or - or distributing back and forth that isn't live that we can get an idea of |
| 3395 | | what it is, um, it does- I don't know, ah, what - what to really show them. |
| 3396 | | Other than, you know, what you've dis- or tell them than other... |
| 3397 | | |
| 3398 | VIDAL: | Mm-hm. |
| 3399 | | |
| 3400 | SA RUIZ: | ...than what you've described. So, like, do you, you know, can see if anything |
| 3401 | | is in memories. |
| 3402 | | |
| 3403 | VIDAL: | Mm-hm. |
| 3404 | | |
| 3405 | SA RUIZ: | But, um, we have just your - like your - your videos. But I mean, let's get out |
| 3406 | | of the glare. You can go ahead and turn around this way. Any boys? |
| 3407 | | |
| 3408 | VIDAL: | No. |
| 3409 | | |
| 3410 | SA RUIZ: | Okay. So, do you ever pose as somebody else? |
| 3411 | | |
| 3412 | VIDAL: | No, this is me. |
| 3413 | | |
| 3414 | SA RUIZ: | Okay. So, these, are these the videos you're sending out to people? |
| 3415 | | |
| 3416 | VIDAL: | Yeah. |
| 3417 | | |
| 3418 | SA RUIZ: | Okay. And oh, let's see okay, and, ah, these are the ones that you're referring |
| 3419 | | to having sent to the, one, um, recently, the 11-year-old? What was her name? |
| 3420 | | |

| 3421 | VIDAL: | Um, I think it was Grace. |
| 3422 | | |
| 3423 | SA RUIZ: | Grace? Okay. |
| 3424 | | |
| 3425 | VIDAL: | Um, but only sharing with her like, a few photos. |
| 3426 | | |
| 3427 | SA RUIZ: | Okay. |
| 3428 | | |
| 3429 | VIDAL: | Um, things like, two, three, four, five times that I sent. I don't know. |
| 3430 | | |
| 3431 | SA RUIZ: | Okay. Okay. Okay, um, the authenticate, 'cause I'm trying to make sure that |
| 3432 | | the - the app that you have to get into Mega, is, it's using an authenticator app. |
| 3433 | | |
| 3434 | VIDAL: | Mm-hm. |
| 3435 | | |
| 3436 | SA RUIZ: | Do you ever use, do you know what it's talking about? |
| 3437 | | |
| 3438 | VIDAL: | No. No, I don't know how to use it. |
| 3439 | | |
| 3440 | SA RUIZ: | Like, when you try to log into Mega and then Mega says, hey we need a code. |
| 3441 | | Does one get text messaged to you, or does one do you... |
| 3442 | | |
| 3443 | VIDAL: | Um. |
| 3444 | | |
| 3445 | SA RUIZ: | ...have to go to another app to make it happen, or? |
| 3446 | | |
| 3447 | VIDAL: | I'm not sure, because all I did was sign up with an email. Um, but it since I |
| 3448 | | didn't know how to use it, like very much, I stopped using that. |
| 3449 | | |
| 3450 | SA RUIZ: | Okay. |
| 3451 | | |
| 3452 | VIDAL: | So, um, the, I heard about the authentic he - the authentication key, but I don't |
| 3453 | | know how that one works. |
| 3454 | | |
| 3455 | SA RUIZ: | Okay. Okay. And the, before I move on, um, and I think we'll be done. Um, |
| 3456 | | the Instagram? |
| 3457 | | |
| 3458 | VIDAL: | Mm-hm. |
| 3459 | | |
| 3460 | SA RUIZ: | Let me see if we can, the internet out here is pretty slow for us. So. It's been |
| 3461 | | so long since I've used it, I can't even figure out how to log out. Yeah, it's |
| 3462 | | starting to heat up isn't it. Okay. Did you sign over Instagram? |
| 3463 | | |
| 3464 | VIDAL: | I'm sorry? |
| 3465 | | |

| | | |
|---|---|---|
| 3466 | SA RUIZ: | Was that - was that one you were willing to... |
| 3467 | | |
| 3468 | VIDAL: | Oh, yeah. |
| 3469 | | |
| 3470 | SA RUIZ: | ...give to us? Okay. Got it. |
| 3471 | | |
| 3472 | VIDAL: | Sorry. |
| 3473 | | |
| 3474 | SA RUIZ: | No, don't no, I appreciate it. Before I - I go in I wanna make sure that, I have |
| 3475 | | it. Okay. You can add it to this one. |
| 3476 | | |
| 3477 | VIDAL: | Okay. |
| 3478 | | |
| 3479 | SA RUIZ: | And then just initial next to it. |
| 3480 | | |
| 3481 | VIDAL: | Oh. I'm not sure about the user, but I think the email is this one changed, |
| 3482 | | yeah. |
| 3483 | | |
| 3484 | SA RUIZ: | For Instagram? |
| 3485 | | |
| 3486 | VIDAL: | Yeah. |
| 3487 | | |
| 3488 | SA RUIZ: | Not the, okay. |
| 3489 | | |
| 3490 | VIDAL: | Um, ah, I'm trying to remember the user name. |
| 3491 | | |
| 3492 | SA RUIZ: | Well, the emails fine. |
| 3493 | | |
| 3494 | VIDAL: | Okay. |
| 3495 | | |
| 3496 | Man: | Sounds like a good one. |
| 3497 | | |
| 3498 | SA RUIZ: | The the same password, it looks like? |
| 3499 | | |
| 3500 | VIDAL: | Yes. |
| 3501 | | |
| 3502 | SA RUIZ: | Okay. |
| 3503 | | |
| 3504 | VIDAL: | Oh, sorry. |
| 3505 | | |
| 3506 | SA RUIZ: | Let me see. So, it's the JAY G-E-E-V-E-E-Q@g, oh, ▮ . Okay. I was trying |
| 3507 | | to figure that. And you said, you're not sure about the password? |
| 3508 | | |
| 3509 | VIDAL: | Um, the email. I wasn't too sure about the email. |
| 3510 | | |

| | | |
|---|---|---|
| 3511<br>3512<br>3513 | SA RUIZ: | Okay, the email works. Let's see, maybe I typed in the password wrong. Q-A-Z-W-S-X-E-D-C-1-2-3, sound, right? |
| 3514<br>3515 | VIDAL: | Mmm. |
| 3516<br>3517 | SA RUIZ: | Okay. Ah. So, the girl you're referring to, is it Naomi, is it the most recent? |
| 3518<br>3519 | VIDAL: | I'm sorry? |
| 3520<br>3521 | SA RUIZ: | The girl you're referring to on - on Insta, that you... |
| 3522<br>3523 | VIDAL: | Mm-hm. |
| 3524<br>3525 | SA RUIZ: | ...talked to, ah, that you sent, I think you said last night? |
| 3526<br>3527 | VIDAL: | Um, no, it was, ah, I think it's - had her name Marcie or something. |
| 3528<br>3529 | SA RUIZ: | Okay. |
| 3530<br>3531 | VIDAL: | I don't remember. It had the word Marcie in it. Or Mercy or... |
| 3532<br>3533 | SA RUIZ: | Marcie D████? |
| 3534<br>3535 | VIDAL: | Ah. No. |
| 3536<br>3537 | SA RUIZ: | That's Marc D█████? |
| 3538<br>3539 | VIDAL: | Um, how about M████? Username but I think it had an M on it. |
| 3540<br>3541 | SA RUIZ: | Okay. Any of these? Okay. |
| 3542<br>3543 | VIDAL: | Yeah, I don't remember. |
| 3544<br>3545 | SA RUIZ: | It makes sense. |
| 3546<br>3547 | VIDAL: | Ah. |
| 3548<br>3549<br>3550 | SA RUIZ: | There's Marley, ah, those are people. See, I don't use Instagram very much, but here's your - Mari? |
| 3551<br>3552 | VIDAL: | Ewe. |
| 3553<br>3554 | SA RUIZ: | White girl? |
| 3555 | VIDAL: | Yeah! |

| | | |
|---|---|---|
| 3556 | | |
| 3557 | SA RUIZ: | Okay. |
| 3558 | | |
| 3559 | VIDAL: | That's the one. |
| 3560 | | |
| 3561 | SA RUIZ: | Okay, so here are the - here are the video chats you're referring to? |
| 3562 | | |
| 3563 | VIDAL: | Uh-huh. |
| 3564 | | |
| 3565 | SA RUIZ: | Okay. But yeah, it's, nothing - nothing saved? |
| 3566 | | |
| 3567 | VIDAL: | No. |
| 3568 | | |
| 3569 | SA RUIZ: | Okay. And how old did she tell you she was? |
| 3570 | | |
| 3571 | VIDAL: | I believe 11. |
| 3572 | | |
| 3573 | SA RUIZ: | Okay. Does 13, sound right? |
| 3574 | | |
| 3575 | VIDAL: | Ah, I'm sorry? |
| 3576 | | |
| 3577 | SA RUIZ: | So, oh, that's how you're telling her? |
| 3578 | | |
| 3579 | VIDAL: | Yeah. |
| 3580 | | |
| 3581 | SA RUIZ: | I'm sorry. Okay. Do you usually just pose as a - as a minor? |
| 3582 | | |
| 3583 | VIDAL: | Mm-hm. |
| 3584 | | |
| 3585 | SA RUIZ: | Okay. Okay. Okay. Okay, um, ah, turn this on. Let me see, it doesn't look like |
| 3586 | | any conversations are saved in here. Sorry. And I'm sorry, that - that's the |
| 3587 | | one, did you say you sent her a vid- a video last night? |
| 3588 | | |
| 3589 | VIDAL: | No, I just wrote... |
| 3590 | | |
| 3591 | SA RUIZ: | Or that's the one you a live... |
| 3592 | | |
| 3593 | VIDAL: | ...a live. |
| 3594 | | |
| 3595 | SA RUIZ: | ...okay, last night. But she didn't show you anything? Okay. That' - that's |
| 3596 | | right. Oh, I fucking sweating my butt of out there.. Coming in. Okay, |
| 3597 | | terminating reapproach. |
| 3598 | | |
| 3599 | | <u>START OF RECORDING VN810013</u> |

# EXHIBIT B

Case Name:    JOSUE GAMALIEL VIDAL        Conviction Date:     10/04/2021
QUINTANILLA

Docket#:      20-CR-192-JGB-1              Request Date:        01/11/2022
AprilBlonde (April)

### 'AprilBlond' Victim Impact Statement/November 2020

Being a teenager is hard no matter what. But because I had to live with a messed up person who abused me and put my abuse on the internet, my life will always be more challenging. I want to be a normal teenager and it makes me feel angry and violated that I can't.

I have to feel afraid to have a social media profile picture of myself due to fears of being recognized. I am afraid that pedophiles who look at the images of my abuse could try to find me and hurt me or my family. As a victim, it is my right to be notified each time an image of my abuse is viewed. My mom received 22,000 notifications and I had to stop the notifications because it made me have panic attacks. It also makes me feel weird, uncomfortable, anxious, and sad. It's hard to imagine 22,000 people have seen or shared images of my abuse. It makes me sick to think about how many people there are in the world who don't care they are supporting child abuse.

It is difficult to trust people because I wonder if they have seen the images of my child abuse and are a pedophile. I get nervous when a person looks at me too long or just more than a passing glance. I wonder if they are putting together who I am from an image they saw on the internet. I feel scared, anxious, and angry I could be abused again if a person recognizes me who saw the images of my abuse. I have had to go to therapy to learn to talk about what happened. I might have to continue going for the rest of my life because the images will always be there. It's hard to trust people  and when I'm older and want to get married it might be hard to feel close to someone. I hope to have children when I'm an adult. I know I will be very over protective, paranoid, and struggle to let them be independent because I fear they will be abused. Instead of those years happy, they could be really hard for me and I might have to get help to deal with those feelings.

As a child I didn't have a choice what happened to me. Now, I have to suffer twice; the first time was being abused and the second time is the ongoing anxiety due to the images of my abuse forever accessible. It's impossible to cope with and accept that I have to live with the images of my abuse being available on the internet indefinitely. These images will live on the internet longer than I will live. It's very possible I could have to go to therapy for the rest of my life because of this. If the feelings get too bad, I could have to take medication to help.

I can't get support from my close friends and family about my feelings because I'm paranoid and anxious that if I tell them, they will go to the internet and try to find and look at the images. It feels like nobody knows how I feel. A coping skill is supposed to make a person feel better. It's hard to feel better about knowing I can't do anything about the images of my abuse being put on the internet and people using those images.

# EXHIBIT C

Case Name:   JOSUE GAMALIEL VIDAL   Conviction Date:   10/04/2021
QUINTANILLA

Docket#:   20-CR-192-JGB-1   Request Date:   01/11/2022
BalletGirl2

The things my father did
have greatly affected the lives of
my family and I. Pictures of
me and my sister are all over
the world on the internet. There
is nothing we can do about it now
except find the people with them,
and give them great punishment.
I don't think anyone knows what
going through this is like unless
they have gone down the same
path. It is very troubling knowing
that our pictures are still out there
for nasty, sick, perverts to look
at. I don't see how somebody
can do that and not feel
horrible about it. The pictures
they are looking at are of real
people. People like me and my
sister who are completely
mortified that this has happened
to them. When I take a look
at my past... I am not proud,
most of it I try not to
remember but I do. All I can
say is that none of this is
my fault and I had no
control over it. But I still cry
sometimes at night wishing I
could have done something,
anything, for this to not have
happened.

# EXHIBIT D

| | | | |
|---|---|---|---|
| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
| Docket#: Mt_Lime | 20-CR-192-JGB-1 | Request Date: | 01/11/2022 |

Do you know what it feels like to have your privacy ripped away from you? Because I sure do. Ever since I found out that these photos existed on the internet I have been afraid. Afraid for my own safety and the safety of others around me. When I walk down the street and someone looks at me funny, my first thought is that they have seen my naked 12 year old body. It is a horrific thought to have on such a regular basis. The world is full of people and not all of them are good. The bad ones look at child pornography images of me, download them, and touch themselves. I do not know who these people are. They could walk by me on the street and I would not know it. So I am afraid. Constantly.

I have been to many different therapists. But nobody really understands what that feels like. It isn't normal to be afraid of so many people. It isn't normal to worry about your life this much. I am about to graduate from college and I am afraid to even interview for jobs because I never know who has viewed my images. Because there are people like the defendant who download and possess these images and continue to defile my name and reputation.

Nobody wants to be remembered by the worst thing that ever happened to them. And this is mine. People know my name, where I live, and what I looked like naked at age 12. I am now 22 years old and these photos from 10 years ago continue to follow me. No amount of money will ever make this go away. No amount of money will take away my fear. No amount of money will make me forget. I am seeking restitution to ensure I am reimbursed for past expenses as well as future therapy and safety precautions.

# EXHIBIT E

Case Name:   JOSUE GAMALIEL VIDAL        Conviction Date:     10/04/2021
QUINTANILLA

Docket#:     20-CR-192-JGB-1              Request Date:       01/11/2022
Sweet White Sugar (Pia)

VICTIM IMPACT STATEMENT

BY PIA'S MOTHER

"SWEET SUGAR" VICTIM

Regarding my daughter:

How has this crime affected my child's general well being? A crime of this magnitude
has had an enormous emotional effect on my child. My child's life has been changed
forever.  She is very aware of the images and videos that were produced and
distributed online. She is aware of the seriousness and vastness of this crime. This
crime creates a crippling insecurity in her and makes her worried and extremely
upset. The fear consumes her daily. Talking about this crime (the distribution of her
abuse images) causes her to feel sick almost to the point of vomiting. When her
siblings start to talk about anything related to this crime, she will ask us, her family,
to stop talking about it and will go on to say how she feels ill. She will shut down and
not want to talk about it. At times my child is full of anxiety, and does not know how
to express it. Sometimes she tries to just bury it. But, she is not able to keep it
buried, and it re-emerges in unexpected and unpredictable ways—often anger, but
also sadness. I believe that she worries that others will learn what has happened to
her, and that she will be shunned, ridiculed or victimized  by others who don't know
how to react to the reality that my daughter has to cope with. She is embarrassed
and humiliated, knowing that images that portray her in a sexual manner are
available for others to see.  She is afraid, as am I,  that she will be recognized by
those who have downloaded the images of her abuse. At times, she appears to be
depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes
tearful, occasionally paralyzed and unable to move forward or complete tasks that
she is quite capable of completing, appearing to be unmotivated, unable to
concentrate, and overwhelmed. It is as if this child has a huge burden that she has to
carry, and all of her energy goes into carrying that burden, so she has less energy for
everything else in life. She doesn't want to be defined as a victim, but she cannot
escape her victimization, and she can never put it in the past, because it is ongoing.
My child, the victim, understands that I, her parent, will do whatever is necessary to
keep her safe and be her voice in the ongoing criminal proceedings. I do not know
how to help her come to terms with what she continues to experience. I worry that
it may never be possible for her to "recover" from the ongoing abuse. I fear that she
may not be able to grow beyond it because she is forever that little girl, caught in
those images that are repeatedly viewed by the defendant and his ilk.

What physical injuries or symptoms has my child suffered as a result of this crime?
My child has prolonged major trauma that will mess with her mind for the rest of
her life. She is concerned for her appearance, and, at times, has asked to alter her
features to change her appearance. Around the time when our family was notified of
the crime of the circulation of her images, she wanted her hair style to cover her

| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
|---|---|---|---|

| Docket#: | 20-CR-192-JGB-1 Sweet White Sugar (Pia) | Request Date: | 01/11/2022 |

eyes. She was so little and scared, that it was a possibility that other predators might notice her from pictures and videos that surfaced online so she tried to hide herself! At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see. She is afraid, as am I, that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing.

How has this crime affected the way my child relates to his or her friends, either at school or in my neighborhood? Has the crime affected my child's school work in any way? I'd like to give you an example of how this crime has affected her in relation to social situations at home and school. At home, she is often afraid to go outside and play unless one of her family members is watching and keeping an eye on her. Mostly she has resorted to staying inside where she feels safe. She used to be such a carefree, outgoing little girl, not afraid of anything. The circulation of her abuse images has fueled a type of ingrown fear causing her to be withdrawn, often causing her to not want to engage in public events. Most recently, there was talk about a school project that the teacher had requested the students converse with an adult (a Community Political Party Leader) online, for the sole purpose of asking questions related to politics. My child was in no way comfortable communicating online with an adult, especially a stranger. She is afraid of the internet, and what she knows is out there.

My joy of parenting has been paralyzed. When I became a mom, never did I once think that my child would become a victim of sexual exploitation. Abused and molested over and over again through online child pornography. Sexual predators watching my little girl being coerced into performing degrading acts of cruel and violent abuse. My child's body being violated incessantly. She is my baby. Her well-being and my job to protect her is my concern. How is she protected from individuals such as this person? Individuals that willingly upload, possess and share videos of her? My older children are appalled to learn that these videos are in circulation. One of my children said to me, "But Mom, they can be removed forever, right?" How do I reply to a question like that? This particular individual somehow gained possession of the videos we speak of. How can I insure they will be removed forever?

| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
|---|---|---|---|
| Docket#: | 20-CR-192-JGB-1 | Request Date: | 01/11/2022 |
| Sweet White Sugar (Pia) | | | |

I worry about my daughter's safety and wonder if she is recognized by other pedophiles when we are out in public. My trust in other people is forever tarnished. Neither I nor my child know: who has seen her images? What do people assume or believe about her, based upon what has been circulated on the internet? She does not want to be defined by her abuse, but she cannot escape it either. When we go to a public place, like a mall, a theater, a sporting event, I wonder: who here has seen my child's abuse? Like my child, I am suspicious of everyone, and I no longer believe in the goodness of other people. I fear that strangers may come after my child, seeking to perpetuate or re-enact the abuse they've witnessed, perhaps even trying to kidnap her. My child and I are defensive and fearful in ways that other children don't have to be—because their privacy isn't invaded on a regular basis by strangers, like the defendant.

Do you have any idea how this has affected us? Counseling is ongoing, but it can only help us cope with the reality—it cannot un-do the harm. Financially we have struggled greatly. My mental and emotional health has been affected due to the crime and has impacted my ability to work full time. Emotionally we have all had to manage depression brought on by the knowledge of the ongoing crimes.

As the parent, I try to be strong, but feel very weak. I am overcome with grief; I feel dead. I myself have been diagnosed with Post-Traumatic Stress Disorder. I have had to delicately handle my older children's emotional turmoil that they have experienced due to their knowledge of these crimes.

I look at my beautiful little girl and am heartbroken. I wish I could put a stop to this crime. Today I am her advocate. I am her voice. She is the victim of a horrible crime, that no one ever, especially a child, should ever have to go through. When she becomes an adult she will be retold the stone cold truth, about what is fully online and how she has been silently abused all these years. I know she will be livid but beyond that, what other life-long health issues will she encounter? It pains me to even imagine.

This defendant has damaged, demeaned and de-valued my child. He or she may tell the court they are sorry, but there is no actual accountability to my daughter for the ways that the defendant has harmed her .

To the defendant:

You make me angry. I stand here broken-hearted for my child. As the parent, I am devastated. How will this crime affect her future? My own mind can't even comprehend why an individual would seek to possess, distribute and watch images of my child being abused. I want to protect her and keep her safe. My well being is at stake. Insecurity runs rampant through all of us. It is a daily struggle to maintain strength. The uncertainty of who is watching or viewing my exploited child is killing me!

Your actions more than disgust me! How can you prey on helpless, innocent little kids? How could you deceive everyone? It's because of people like you that our trust

Case Name:     JOSUE GAMALIEL VIDAL              Conviction Date:        10/04/2021
QUINTANILLA

Docket#:        20-CR-192-JGB-1                   Request Date:          01/11/2022
Sweet White Sugar (Pia)

in others has been compromised. My kids attend school. Are they safe to do so? How many other people like you are there out there?

I want to keep my child in a bubble to ensure that she is safe from people like you. Unfortunately, her abuse is on the internet. How can I reassure her that those images and videos are no longer being circulated online?

Her little body is supposed to be her most valuable possession, and not intended to be available for unlimited exposure. She becomes powerless through your actions. I want to know how many times you indulged in watching my child be abused. How many other people did you share the abuse with? I want to make it clear to you that my child is not a sexual object or your toy! This child is my pride and joy. I love her more than anything in the world. Being a mom is all I have ever dreamed of. What I didn't ever dream of is her life being crushed by this horrendous crime.

I have prepared this statement to speak on her behalf. I am determined to be her advocate. I strive to be the best Mom that I can be. I sacrifice my needs for the sake of my child's needs. Unfortunately, it's apparent that you and people like you selfishly pursue your own self-interest with no regard for the harm inflicted upon my child. You make me sick. Have you any remorse? Because my child has to live the rest of her life knowing that she was and is still being looked at and watched by people like you.

No court order can restore what you have taken from her—and what she is exposed to by the continuing circulation of her images to others, with no regard for her, as a child, as a person. I want you to understand the damage you have done to my daughter. I want you to understand the tremendous costs she bears and I bear for the damage you have done by invading my daughter's privacy and circulating her images.

I swear and affirm that the above statement is true and accurate.

Dated this _27th_ day of March, 2019.



| | | | |
|---|---|---|---|
| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
| Docket#: | 20-CR-192-JGB-1 | Request Date: | 01/11/2022 |
| Sweet White Sugar (Pia) | | | |

ADDENDUM TO VICTIM IMPACT STATEMENT

I'm in disbelief that I am actually having to explain the on-going suffering of my daughter(s) in point form. Each criminal found guilty of contributing to the exploitation of my girls should be handed a sentence that includes restitution for them. The restitution is justice for my daughters.

I have four children that each have different needs at different times. In the last few months I've been trying to keep Pia's head above the water. This little girl is in a downward spiral. She is at an age that she wants larger answers and yet it is not in her best interest for her own health and wellness to be exposed to the gross details of her abuse. It would be even more detrimental to her development. It pains me to have to explain myself and the situation she is having to deal with. I myself have to remove my protective layer and feel completely violated and vulnerable (just like my girls must feel each and every time they need to be evaluated) just to prove that my children deserve restitution.

I've been dealing with a little girl who talks daily about not wanting to exist anymore. A little girl whose pain is so great and who feels so hopeless and angry that she talks openly about wanting to kill herself. She has become more depressed and anxious as she is maturing and growing, and as she understands to a greater depth the ongoing crimes committed against her. She will not socialize with peers outside of school. School attendance is irregular and I am working with the school counsellor. My daughter had a breakdown at school just last week when she was speaking to her school counsellor. She is easily overwhelmed by her emotions. Her counsellor was very worried and concerned about her talk about suicide. Pia will be seeing a new counsellor, soon. It's not a problem that will ever be solved but it is the only option out there to teach her how to manage the continuous pain experienced from the existing ongoing abuse she must endure.

DATED THIS 30 DAY OF JUNE, 2019.

# EXHIBIT F

| | | | |
|---|---|---|---|
| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
| Docket#: | 20-CR-192-JGB-1 Vicky (Lily) | Request Date: | 01/11/2022 |

**Series Disclaimer: Vicky**
Current as of September 26, 2017

This victim has provided more than one victim impact statement; the 3 most current (dated December 2011, January 2013, and September 2013) are available on VISA. Additionally there are statements attached here from the husband of the victim (dated November 2016) as well as the mother and step-father of the victim (both dated October 2010). The victim has indicated that she wishes all of these statements be used by prosecutors instead of, and not in addition to, any other previously provided statements. The other statements prepared by the victim and her parents can be provided upon request.

Please note that since the victim has reached the age of majority, only she has the right to be heard by the court pursuant to 18 U.S.C. § 3771(a)(4). However, the victim has requested that the statements of her husband and parents be provided to the court along with hers, to be heard in the court's discretion. *See United States v. Matthew*, 449 Fed. Appx. 542 (8th Cir. 2011); 18 U.S.C. § 3661.

The attorney of record has indicated that she has a video of Vicky reading her victim impact statement and it can be made available upon request. If you feel the video would be more helpful in your case, please contact the attorney directly.

For questions regarding restitution and/or the video statement, please contact:

Carol Hepburn
200 First Ave., Suite 550
Seattle, WA 98119
Office Number: 206-957-7272
Office Fax: 206-957-7273
Cell Number: 206-498-8668

| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
|---|---|---|---|
| Docket#: | 20-CR-192-JGB-1 | Request Date: | 01/11/2022 |
| Vicky (Lily) | | | |

## UPDATED VICTIM IMPACT STATEMENT FROM "VICKY" SERIES VICTIM—September 23, 2013

Dear Judge

I am writing to let you know that I am still having emotional and psychological problems due to knowing that the images of me being abused as a child are circulated freely on the internet. I am attending counseling or don't need it any more.  That is very far from the truth. I have been in counseling  over the last several years and am continuing on.  Many of my same problems remain but I have made good progress in dealing with the disassociation problems that I have had in the past.

I have recently gotten married and with this change to a new stage in my life I have found that I have a new set of emotional challenges.  I also have a step daughter who is just two years old.  I see myself in her in so many ways and this triggers many concerns I have about keeping her safe given the amount of people who are downloading images of me.  Because of this I know that the world is not a safe place for children.  Knowing that there are so many out there who have taken pleasure in my pain has also interfered with my intimacy with my husband.  The images which were intermittently flashing in my waking thoughts and in my nightmares are now more frequent as my marital relationship brings up things which trigger these symptoms for me.  I know now that my life will always be an emotional roller coaster because of the "public" nature of my own private hell.  Even though I know this and can see it coming, it is very hard to bear.  Counseling is a rock for me and helps me hang on to what stability that I can.

I am still focused on my schooling so that I can become a counselor and psychologist myself one day and help other children who have been abused.  I have to take it more slowly than other students do as I still find that I cannot attend open classes in the usual manner.  I have not found a job that I can do and feel safe,  I have not been able to work because of the panic attacks that I get when working in public or the intrusive questions that always seem to come from co-workers in my small town.  So the restitution which I received is very important to allow me to pay for the extra schooling and to take the place of the income I would have received had I been able to work and support myself in this process.

All of the statements in the impact statements I have given before are still true for me. As I go on with my life the effects of these crimes still hurt me and I want the court and every one involved in the child pornography cases to understand this and how serious it is.

Thank you for reading my statement and considering me and the effects of this crime on me.

I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencings in cases in which involve my images.

SUBSCRIBED AND SWORN TO BEFORE ME                          this
____30____ day of ___September_____, 2013.

STATE OF _____          :
                                 : ss:
COUNTY OF _____         :

I certify that I know or have satisfactory evidence that _____ signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 30th day of September, 2013.

_____
Type/printed name
Notary Public in and for the State of
My commission expires: __11-6 -13__

Case Name:   JOSUE GAMALIEL VIDAL     Conviction Date:     10/04/2021
QUINTANILLA

Docket#:     20-CR-192-JGB-1              Request Date:        01/11/2022
Vicky (Lily)

**Supplement to Victim Impact Statement of Vicky Series Victim**

**January 31, 2013**

I am making this supplement to my prior Victim Impact Statement to make clear that each additional time that another person downloads and sees the computer images that are now known as the "Vicky series" it does me immeasurable additional harm.  I am hurt every time I hear about another criminal case that involves my images. With each criminal case that I hear about I know that many more copies of my images are spread around the internet; I know that there is a lesser and lesser chance that the horror I feel about people seeing me in this way will ever end.

It seems the cases will never stop coming.  With each one I have more to talk to my therapist about.  I don't know if I will ever not need a therapist.  I have hopes that some day there will be no more new cases and I can then see an end to the therapy that is my lifeline now.  But so far, that does not seem to be possible.

Despite feeling hurt each time I learn about another case with my images, I feel strongly that I have a right to know about every case.  My attorney keeps me up to date on there being notices coming in with new and on-going cases.  Even though we don't talk about the details of each case, I do know that additional notices about new cases are coming in.  Each one means an additional hurt to me. This hurt is over and above the general "aching" in my heart that is always there.  It tells me that someone else was enjoying my pain.  It may be hard for someone else to understand, but I feel that by knowing about the cases, even though it hurts, it helps me better protect myself in some small way.  My knowledge that this defendant was among those who have downloaded, looked at, and enjoyed the pictures of me at my most vulnerable has caused me more and real psychological and emotional hurt and harm.

I declare that this statement is true and correct under penalty of perjury under the laws of _____ .  Signed at

_____1/31/13_____.

Case Name:      JOSUE GAMALIEL VIDAL        Conviction Date:      10/04/2021
QUINTANILLA

Docket#:        20-CR-192-JGB-1             Request Date:         01/11/2022
Vicky (Lily)

**UPDATED VICTIM IMPACT STATEMENT FROM
"VICKY" SERIES VICTIM—December 2011**

I live everyday with the horrible knowledge that many people
somewhere are watching the most terrifying moments of my life and
taking grotesque pleasure in them.  I am a victim of the worst kind of
exploitation: child porn.  Unlike other forms of exploitation, this one is
never ending.  Everyday, people are trading and sharing videos of me
as a little girl being raped in the most sadistic ways.  They don't know
me, but they have seen every part of me.  They are being entertained
by my shame and pain.

My world came crashing down the day I learned that pictures of me
being sexually abused had been circulated on the internet.  Since
then, little has changed except my understanding that the distribution
of these pictures grows bigger and bigger by the day and there is
nothing I can do about it.  The enormity of this has added to my grief
and pain, and given me a paranoia.  I wonder if the people I know
have seen these images.  I wonder if the men I pass in the grocery
store have seen them. I feel totally out of control.  They are trading
around my trauma like treats at a party and it feels like I am being
raped all over again by every one of them.  It sickens me to the core,
terrifies me and makes me want to cry.  So many nights I have cried
myself to sleep thinking of a stranger somewhere staring at their
computer with images of a naked me on the screen.  I have
nightmares about it often.  I can never feel safe so long as my images
are out there; every time they are downloaded I am exploited again,
my privacy is breached, and I feel in danger again.  I fear that any of
them may try to find me and do something to me.

I have a right to know who has my pictures and who is trading them.
While it hurts to know, not knowing makes me feel more in danger.
To be criticized for wanting to know what is going on with the
humiliating pictures of me, to exercise the few rights I have under the
law, only makes the hurt that much worse.  How can such people not
understand, or care?

I am justified in my paranoia.  Some of these perverts have contacted
me. I have received emails suggesting making porn with these

Page 1 of 4

strangers; one has stalked me.  Another created a slideshow of me on YouTube.

As I go on with my life the effects of these crimes still hurt me and I hope the court and every one involved will understand this and how serious it is.  While the abuse from my biological father was awful, as time goes on that is farther and farther away from me.  He is in jail and can never hurt me.  That is over.  The men that download my pictures are all around me for all I know and it will keep going on forever.  I have no control over it at all.  This is frightening, beyond belief.

I still have nightmares that come from knowing that pictures of me are spread around the internet by people with perverted interests in my pain.  I have panic attacks and flashbacks.  I can't sleep a lot of nights--no matter how early I go to bed or how early I wake up in the morning. Even if I've barely slept for days and I'm exhausted, sleep doesn't come easy. I take afternoon naps just to function, but something about the night time puts my mind on alert and after all these years and going to different counselors, I still haven't learned the trick to let my mind rest. When I do sleep, my dreams are vivid and I remember them for weeks. A common theme is finding myself naked in front of a crowd of people or in an enclosed space and I can't escape or run away fast enough.

Most days I can put away the thoughts of the previous night and function okay, but some days I get "stuck" and zone out. When this happens, I sit in the same spot motionless for a long time. My mind will come back at some point later in the day, maybe 30 minutes later or maybe 6 hours later. I can't remember what I did during that time but I look around my apartment for clues. This happens a few days out of the month, more frequently if I'm under a lot of stress.

I've left my home in this "zoned-out" state of mind a few times. Friends and family who've seen me in this state describe me as "loopy" and tell me that they can talk me out of it by pointing out my odd behavior and talking me through some deep breaths. They've told me my personality changes when this happens. I can't remember things I've said in that state, and when they repeat them back to me it's really surprising.

Page 2 of 4

Case Name:    JOSUE GAMALIEL VIDAL          Conviction Date:      10/04/2021
QUINTANILLA

Docket#:      20-CR-192-JGB-1                        Request Date:        01/11/2022
Vicky (Lily)

I have struggled off and on with this, which I now know is called dissociating.  This last year I felt under such stress, I started zoning out (or disassociating) a few times a week and having the personality issues so bad that my friends were really concerned about me. They kept telling me I wasn't acting normal, especially at night.  I had missed a lot of the first two weeks of school so I had the added stress of trying to catch up. I felt like I couldn't control it. I never knew when I was going to zone out and I kept missing classes and appointments. It seems crazy, but it took me a long time to recognize what was going on and to get myself to start working on my coping skills again.

School has been a struggle.  I have had to quit two different times; I cannot attend a regular college away from home due to my paranoia. Over the last year I have been disassociating and missing classes. This puts me behind and hurts my grades.  I'm doing my best to salvage my grade and do all the extra credit I can to compensate. My struggles with sleep due to the fear of unknown people watching my images and coming after me compounds all the other problems.  It frustrates me because I hate the feeling of being out of control, yet these effects can get triggered when I least expect it.

My paranoia about pornography and panic attacks have so far made a serious relationship beyond my capabilities.  The paranoia of knowing people are viewing videos of me messes with my mind and adds a back burner type of stress to my life constantly that is brought to the front of my mind by unexpected situations and still throws me for a loop, the episodes of disassociation and personality change, and stress management. Many of my PTSD symptoms have gotten better.  One thing that has gotten worse is that the stress affects my health and makes me sick. I sometimes stress out to the point of not being able to keep food down for days.  It also seems to wear down my immune system because I seem to be getting sick more often. In my efforts to counteract this I try to work on doing regular exercise, eating healthy, and taking vitamins every day.

I want you to know that dealing with the effects of the stress of random men looking at pictures of my sex abuse as a child is like a full time job that wears me down and colors every aspect of my life. Please think of me and what I am going through.

Page 3 of 4

I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief.  I submit the statement to the court for its use in sentencings in cases in which involve my images.

_____

SUBSCRIBED AND SWORN TO BEFORE ME                 this _____ day of _Maveh_____, 2012.

_____

CAROL L. HEPBURN
Notary Public in and for the State of
Residing at                    .
My commission expires 11-6-13.

Page 4 of 4

Case Name:     JOSUE GAMALIEL VIDAL          Conviction Date:          10/04/2021
QUINTANILLA

Docket#:       20-CR-192-JGB-1              Request Date:             01/11/2022
Vicky (Lily)

**LETTER TO DEFENDANT FROM VICKY'S HUSBAND**

In my home every day is riddled with challenges: each with its own challenges that plague the mind and sear a broken heart towards callous obscurity.  We chase the ghosts of the past and battle the phantoms that fight to keep that darkness circulating.  Unfortunately, time can't heal all things, this is especially true as we face the persecution of a wound opened again and again for the pleasure of strangers.  You have more impact than you know.  It is our desire not only that justice be served, but that true change would be enacted through the enlightenment of this unfortunate situation.

I assure you that child pornography is not a victimless crime.  These are not the recorded tales of mutual love, but of the violation of a child's trust and the savage destruction of their childhood; resulting in a fractured and unforgiving adulthood.  There are many affects of child pornography, some more extreme than others. My wife suffers from dissociative personality disorder, which means her memory shuts off to protect her from triggers to perceived trauma.  Many of these triggers (some as simple as a word) have been discovered; but as you might guess, there are still new scenarios encountered all the time.  We are still unable to celebrate her birthday because of events that were beyond her control and their effects still linger today. Our family must guard our personalities very closely when using social media or other internet accounts.  We have been plagued by stalker after stalker calling themselves "fans" and being oblivious to the damage they are causing a survivor of one of the most traumatic evens a human can experience.

My aim is not to hurt you with these words; I pray that you were unaware of the damage you have caused.  My greatest hope is that we can meet with the realization that child pornography must stop.  There are too many little girls with broken hearts, walking around feeling empty because someone wanted what was not theirs and then took it by force and coercion.

You are a participant in that crime. You became part of the problem.

I am asking you now to help us make amends for your sins and the sins of many.  Please speak out against this act, impact the world around you for good, and turn away from what I can only describe as a great evil in our midst.  This evil creeps into the lives of otherwise good men, and begins to corrupt the heart.

I am imperfect and so how could I expect you to be? You have already been forgiven, and I want nothing more than your full restoration without the mar of your past habits and appetites.  Unfortunately, that means consequences; those that challenge you and place you in new scenarios in life.  I believe that God has a plan for you, He has not cast you aside or condemned you outright.  Please consider the ways that you can turn your perspective around, experience true repentance, and walk freely as a man redeemed.

I don't wish you pain, I don't wish you sorrow, I only ask for your assistance in putting the light back in so many broken little girls' eyes.  Help put an end to child pornography, you have more impact than you know.

Sincerely,

Vicky's Husband

DECLARATION OF COUNSEL

This Letter to Defendant was received by me November 17, 2016 from the person I know to be the husband of the Vicky series victim.  It has not been edited or altered by me and is presented to the Court in this form to preserve the anonymity of the Vicky series victim and her family.

_____
Carol L. Hepburn

STATE OF _____    :
                                  : ss:
COUNTY OF _____           :

I certify that I know or have satisfactory evidence that _____ signed this instrument, on oath, and acknowledged it as his/her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this ___ day of _____, 2016.

Notary Public
State of Washington
MICHELLE D SPARKS
My Appointment Expires May 16, 2019

_____
Type/printed name _Michelle D. Sparks_
Notary Public in and for the State of _____
My commission expires: _5/16/19_
Residing at: _____

Case Name:   JOSUE GAMALIEL VIDAL   Conviction Date:   10/04/2021
QUINTANILLA

Docket#:   20-CR-192-JGB-1   Request Date:   01/11/2022
Vicky (Lily)

Victim's Impact Statement – Mother of Victim Vicky Series          October 1, 2010

Your Honor and ladies and gentlemen of the court:

My daughter was raped and sexually abused in so many horrible ways, as a child, by her biological father.  He also videotaped her abuse, as he ravaged, raped, and pillaged her 10 year old body.  This sick man shared these repulsive pictures and videos of her on the internet for perverts like himself, to see.  The sexual abuse she suffered at the hands of her father, without a doubt, started her agonizing pain, but this is certainly not where her pain ends, or mine.  Yes, the memories and trauma of her abuse still haunt her, and our family, but, now, there is a new abuser.  The new abusers are the sick individuals who down load her pictures, and enjoy watching her being sexually assaulted as a child.  This sickens me!  Every time these pictures of my daughter are looked at and passed around, the depraved people doing this are furthering my daughter's pain, shame and abuse.  They pass it around like some dirty magazine, when in fact it's the footage of an abused, helpless child.  There are days when the pain from this is unbearable for me.  These vile people increase her pain, and mine.  These are certainly not the hopes and dreams I had for my little girl; this life of pain and shame.  It is so terribly sad and painful, to watch her struggle with this.  These awful people are raping my little girl all over again, by cruelly enjoying her pain and deriving some sick sexual pleasure out of it.  The knowledge of this sends me into mourning; mourning the loss of my child's dignity and well being, and mourning the fact that she suffers such deep pain.  I have watched her suffer so much already and it kills me.  I have to watch her suffer still, at the hands of people wanting to view the nightmare of her abuse, as her innocence was being robbed.  She was a child and helpless, and made to do disgusting things she did not want to do.  Approval from her biological father came only when she carried out his every dirty command.  He posed her, insisted she say certain things, and made her force a smile as he was brutalizing her.  When I think of my daughter being groomed and posed and make to feel so dirty in these perverted, and depraved pictures, and videos, it hurts me to the core.  I wonder how there can be people that could actually enjoy watching my little girl getting raped, and sexually abused.  I wish they knew how much it hurts, and how much they are worsening our pain.  Knowing that these disturbing videos of her and her abuser are being viewed, and are continuing to foster this corrupt sexual behavior, bring a lot of pain, stress and shame to her.  At the cost of here dignity, modesty, and innocence, people viewing those images of her, are furthering the terrible addiction of child pornography for themselves and others they pass it on to.  Those images are not who my daughter is, or ever wanted to be, but because she was robbed of her innocence, forced to do ugly things, and it was videotaped, she is continually being viewed as someone she is not.  She is in fact the opposite.  These offenders are still victimizing and torturing her, bringing pain and shame every time they look at those images of her.  As her mother, I share in this heartbreaking pain and the sadness this brings to me is unending.  These viewers need to understand that there is a helpless little girl on the other side of these videos, whose innocence and childhood were shattered and viewing these things make them a part of the abuse, and unimaginable pain my daughter, and our family have to face all the time.  Making viewing, and downloading child pornography is wrong and a crime.  I hope everyone can know that child pornography is not a victimless crime by the statement I've shared with you about my daughter, and our family's constant pain and struggle.

Victim's Impact Statement – Mother of Victim Vicky Series    October 1, 2010

**Update 10/01/2010**

Now as a young adult, my daughter's life is still very hard and she still struggles so much, due to her sexual abuse and it being constantly viewed.  I also struggle.  It is so devastating to know your child's life has been brutalized, and to make matters worse, it has been released to the public for any deviant, at the press of a button, to view and continue this sickening process of enjoying my daughter's pain.

Although, she is making progress and growing stronger, this still has a major grip on her life, as it also does on mine.  She has never had a boyfriend, due to trust issues and fear of relationships.  She does very well in college and is trying to open herself up more to her friends, and fellow students.  This is going to be a continuing process.  She feels like she is marked with a scarlet letter because of her victimization and rape, marking her with shame.  The pornographic images of her are out there continually being viewed, and will continue to be forever.

If I could quote my daughter in something she often says in describing how she feels about these people downloading her images….If you can imagine having a bad picture of yourself taken, one that you're really embarrassed about ….now picture yourself naked, being raped and abused and hurt at the age of nine or ten….your pictures of abuse at the hands of someone else are now being viewed for anyone to see at the touch of a button on a computer…..these viewers are even interacting with your images of abuse.  That is how she feels everyday……wondering who is going to see her next.

As I write this impact statement I find myself drained because of the emotional strain and pain that comes from reliving this horrible ongoing crime that terribly affects me and my family.  It's a huge sorrow every day of my life, and my daughter's life, knowing her images of abuse are being traded, viewed, and inter acted with, by sick people using her nine year old body as a sexual thrill. To know these perverted people want to partake in, and are excited about the horror of your child's little body being raped over and over again makes me sick!  These viewers know she is a child. They can very clearly see that.  It makes no difference to them.  They're the reason my daughter and our family have to keep reliving this horror of her abuse because they keep it going.  They keep viewing it and passing it on to others.  She didn't have a choice….they do!!  Their choice is traumatizing my daughter and exploiting the broken pieces of her life.  These viewers made the choice to descend to the lowest degree and rape her with their eyes , and with their minds,  as she was being robbed of her innocence at 9 years old. I feel robbed every time I get notified of another case involving my daughter's images.  I feel like some part of her is being taken and used and abused every time I hear of another perpetrator.  Can you imagine how hard it is for her to regain her self esteem, dignity, and well being?  It confuses me that some people in powerful positions can believe this is a victimless crime…..not only is our daughter a victim, but our family is also.

As her mother, the sadness of what has happened to her and what is still happening to her is unending.  They say time is a healer of all wounds, but I have yet to feel this pain sub side.

Child pornography is a crime and those viewing it are committing a crime that always hurt the child or children who are involved.  It is destructive in every way to the viewer as well. This crime needs to have severe consequences because of the devastating pain, fear, and shame it causes children.  This pain

Case Name:   JOSUE GAMALIEL VIDAL    Conviction Date:    10/04/2021
QUINTANILLA

Docket#:    20-CR-192-JGB-1    Request Date:    01/11/2022
Vicky (Lily)

Victim's Impact Statement – Mother of Victim Vicky Series                October 1, 2010

does not end for the child or their families, but continues on for the rest of their lives.  I wish I could take away my daughter's pain and give her back what has been stolen from her.  I cannot, but I am asking for accountability from the individuals who have hurt her and are continuing to hurt her.  For my daughter and countless others who are victims of such a terrible and painful crime; please grant us justice today!

 Sincerely,



**VERIFICATION**

STATE OF                                )
                                        ) ss.
COUNTY OF _____                        )

    I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief.  I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my daughter.



SUBSCRIBED AND SWORN TO before me this 16 day of October,
2010.

PRINTED/TYPED NAME: CAROL HEPBURN

NOTARY PUBLIC in and for the State of
                    , residing at_____
My Commission Expires     11-6-13          .

| | | | |
|---|---|---|---|
| Case Name: | JOSUE GAMALIEL VIDAL QUINTANILLA | Conviction Date: | 10/04/2021 |
| Docket#: | 20-CR-192-JGB-1 | Request Date: | 01/11/2022 |
| Vicky (Lily) | | | |

Victim's Impact Statement – Step-Father of Victim Vicky Series                October 1, 2010

To whom it may concern,

My family has endured five years, to date, of a living hell because of the selfish, perverted actions of a very sick and evil individual.  My daughter lived with this pain and trauma for six years prior, unable to tell anyone because of the fear she had for her biological father.  We thought we were dealing with one "bad apple", but as time goes by we are finding that there are more and more of these sick individuals that are viewing, and sickly satisfying their awful desires.

We still have the haunting memories of the letters in the mail, and emails letting us know of all the individuals that are being prosecuted because they have our daughter's images, child pornographic images, on their computer.  We don't' receive the notices anymore, the pain and gut wrenching reminder of receiving enough notices to over flow a 55 gallon drum is more than my family can take.  It's also unfathomable to know there are so many perverts in this country and around the world.  It sickens me and hurts me to the core knowing that so many perverts are viewing my little daughter as she was made to dress up like a hooker, and is molested and raped time and time again.  I am heartbroken knowing that I couldn't protect my daughter.  The letters and emails brought that pain up again and again and I couldn't deal with that, knowing her innocence has been torn away and now how she is continually reminded that her pictures will be there forever!   This father's heart is broken.

My daughter carries her shame like a scarlet letter.  She knows that if a friend or acquaintance looks her up on the internet they are going to find the ugly, horrible, awful history that eats away at her self-esteem and paralyzes or inhibits her ability to function at school and as a normal young adult.  She knows that this is the challenge that she has to live with, but the horrible trauma continues to take its toll on her body and soul.  The constant reminder that her pictures are out there brings forward the guilt and shame, which cause nightmares and makes her want to isolate herself from others.  Each time she hears about these cases she looks so strong on the outside, but when you sit and talk with her you see the pain, you hear the struggles and feel the sadness, despair and the emotional drain that it causes.

My family is asking for Justice with each case that is brought forward with these perverted individuals.  We are hoping and praying that they can understand how wrong they are and how hurtful their actions are for each victim in the pictures and videos on their computers.  We want them to know that they have a choice to decide to view the images, or not, and because they have chosen to view these child pornographic images they are victimizing each child viewed… bring back the pain and suffering these children have already had to endure.  Our Justice System needs to protect these children from the preying eyes and hands of these perverts, because they can't fight back, or don't know how to.  Our Justice System needs to understand that there is a victim in each of these images, and each time a picture is downloaded these children are victimized again and again.  Please help these perverted individuals understand the significance of what they are doing and how each child is a victim because each child has done nothing wrong.

My daughter is the strongest person that I know and I am so proud of her.  It is extremely sad to see how this horrible situation continues to beat her down emotionally and physically.  She still has trouble sleeping due to nightmares of the horrible trauma she went through, and also of new people finding out

Case Name:     JOSUE GAMALIEL VIDAL        Conviction Date:     10/04/2021
QUINTANILLA

Docket#:       20-CR-192-JGB-1                Request Date:        01/11/2022
Vicky (Lily)

Victim's Impact Statement – Step-Father of Victim Vicky Series          October 1, 2010

who she is, or unknown people finding her and abusing her.  She also has severe stomach aches and headaches that incapacitate her, causing her to miss school and work.  I pray that she can heal from the trauma that her biological father did to her and from the constant reminders that each of these sick individuals bring with each download.  I also pray for the rest of my family.  The crimes against my daughter have had untold effects on our other children, my wife and myself.  This "living hell" that I first mentioned is a day-to-day ordeal that can raise its ugly head at the most in-opportune times.  Like my daughter, we are sometimes paralyzed by the trauma that comes from being the parents of a sexually abused child.  The sad fact is this doesn't end, because my daughter's images will be out on the internet forever, continually reminding her and us of how fragile we all are.  The internet is such a powerful tool, but child pornography, and how it perpetuates the re-victimization of children is an extreme consequence to our society as a whole, but specifically to our vulnerable children.

Our society views our children as precious little gifts that we should love and protect.  Some sick, perverted individuals use the internet as their evil play ground to share and use in their sick, fantasy world.  They choose to do this. They choose to push the buttons.  They make a decision to download and view.  Actions sometimes have consequences, and when actions like this happen the consequences should be powerful and lasting.  Give my daughter her justice, so that she may completely heal some day.

Respectfully,



Case Name:   JOSUE GAMALIEL VIDAL
QUINTANILLA

Docket#:   20-CR-192-JGB-1
Vicky (Lily)

Conviction Date:   10/04/2021

Request Date:   01/11/2022

p

**VERIFICATION**

STATE OF ▮▮▮▮ )
  ) ss.
COUNTY OF ▮▮▮▮ )

I, ▮▮▮▮, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief.  I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my step-daughter.

SUBSCRIBED AND SWORN TO before me this _16_ day of _October_ ,
2010.

PRINTED/TYPED NAME: _Carol Hepburn_

NOTARY PUBLIC in and for the State of _____ , residing at____
My Commission Expires _____ _11-6-13_ .