E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6924
     Facsimile: (951) 276-6202
     Email:     Sonah.Lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 20-00192-JGB |
|---|---|
| Plaintiff, | <u>JOINT STATEMENT AND STIPULATION FOR ORDER OF RESTITUTION</u> |
| v. | |
| JOSUE GAMALIEL VIDAL QUINTANILLA, aka "Firstlast6543," | Sentencing Date: 2/27/2023<br>Sentencing Time: 2 P.M.<br>Location: Courtroom of the Hon. Jesus G. Bernal |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, and defendant Josue Gamaliel Vidal Quintanilla, both individually and through his counsel of record, Deputy Federal Public Defender Angela C. C. Viramontes, hereby file this Joint Statement and Stipulation for Order of Restitution in this case:

1.   On or about September 4, 2021, defendant signed a plea agreement in this case, ED CR No. 20-00192-JGB ("Plea Agreement").

Under this Plea Agreement, on October 4, 2021, defendant pled guilty to count three of the indictment, which charges him with violating 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography. Under the Plea Agreement, defendant agreed to pay restitution to his victims, including those encompassed by his relevant conduct.  (Plea Agreement ¶ 10.)

2. The government has received the following restitution requests from the following victims:

| Victim Series Name | Victim's Total Asserted Damages | Victim's Requested Restitution |
|---|---|---|
| "April" | $226,375 | $3,000-$20,000 |
| "Pia" | $286,000-$323,000 | $5,000 |
| "Mt. Lime" | At least $653,271.50 | $22,163.50 |

3. The government has provided to the defense all of the documentation it has received supporting the victims' restitution requests.  The parties have met and conferred concerning the appropriate amount of restitution to be ordered in this case.

4. The parties agree that the individuals listed in the table in paragraph 2 are "victims" in this case, meaning he/she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).  The parties agree that the Judgment and Commitment Order should designate these individuals as victims under 18 U.S.C. § 2259(c).

5. The parties further agree on the appropriate restitution that should be ordered to each requesting victim, and specifically

2

1 request that the Court include in the Judgment and Commitment Order
2 restitution to be paid to the victims as follows:
3     a.   $3,000 to April;
4     b.   $3,000 to Pia; and
5     c.   $3,000 to Mt. Lime.
6   6.   This amount must be paid as follows:
7     a.   A $1000 payment to each victim must be paid within 15
8 days of the Court issuing an order on restitution, with the Court
9 setting the schedule of further payments.
10     b.   All restitution payments must be made by issuing
11 payment in the form of a certified check, business check, or money
12 order (no personal checks) made payable to "Clerk, U.S. District
13 Court," and identify the case name and number on the "memo" line, and
14 further agree that no payment shall be made directly to a victim.
15 All payments shall be delivered to:
16         United States District Court
        Fiscal Department
17         255 East Temple Street, Room 1100
        Los Angeles, CA 90012
18
19   7.   The parties agree that when the Clerk's Office sends
20 restitution payments it receives from defendant, that such payments
21 should be delivered to the following addresses for the following
22 victims:
23     a.   For victim "April," to "Restore the Child in Trust for
24 April" at:
25         Restore the Child, PLLC
        2522 N. Proctor Street, Suite 85
26         Tacoma, Washington 98406
27     b.   For victim "Pia," to "Deborah A. Bianco, in trust for
28 'Pia'" at:

Deborah A. Bianco
PO Box 6503
Bellevue, Washington 98008

c. For victim "Mt. Lime," to "Brittany Wiegand, in trust for 'Mt. Lime'" at:

Brittany Wiegand
c/o Jones Day
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606

8. As of the filing of this stipulation, no other individuals have made any claims for victim restitution at this time.

IT IS SO STIPULATED.

Dated: February 6, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

/s/ Sonah Lee
SONAH LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2/23/23
Date

ANGELA C.C. VIRAMONTES
Deputy Federal Public Defender

Attorney for Defendant
JOSUE GAMALIEL VIDAL QUINTANILLA

4

I have read this Joint Statement and Stipulation and have carefully discussed it with my attorney and agree to its terms.

_____     2/23/23
JOSUE GAMALIEL VIDAL                 Date
QUINTANILLA
Defendant

5